IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MILLERSVILLE UNIVERSITY, | : | |
| et al. | : | 07-1660 |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of defendants Millersville University, J. Barry Garvin, Dr. Jane S. Bray and Dr. Vilas A. Prabhu in the above-captioned matter.

                                    THOMAS W. CORBETT, JR.
                                    ATTORNEY GENERAL

BY:   s/s Barry N. Kramer
        BARRY N. KRAMER
        Senior Deputy Attorney General
        Identification No. 41624

        Susan J. Forney
        Chief Deputy Attorney General
        Civil Litigation Section

Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-1581
Fax:    (215) 560-1031

**CERTIFICATE OF SERVICE**

  I, Barry N. Kramer, Senior Deputy Attorney General, hereby certify that Entry of Appearance has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System.  The ECF System's electronic service of the Notice of Electronic Case Filing constitutes service on all parties who have consented to electronic service:

 Mark W. Voigt, Esquire
 Plymouth Meeting Executive Campus
 Suite 400
 600 West Germantown Pike
 Plymouth Meeting, PA  19462
 mwvoigt2@aol.com

          THOMAS W. CORBETT, JR.
          ATTORNEY GENERAL

       BY: s/s Barry N. Kramer
          BARRY N. KRAMER