IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MILLERSVILLE UNIVERSITY | : | NO. 07-1660 |

NOTICE

AND NOW, this 7th day of May, 2007, please take note that a

[X] preliminary pretrial conference
[] telephone conference

in the above-captioned case will be held on **May 25, 2007,** at **9:30 a.m.** before the Honorable Paul S. Diamond. This conference will be held in chambers, Room 6613.

Lead Trial counsel shall attend the conference. Counsel should be familiar with all aspects of the case and shall have full authority to negotiate an amicable settlement. **COUNSEL MUST BE ACCOMPANIED BY HIS OR HER CLIENT OR A REPRESENTATIVE WITH FULL SETTLEMENT AUTHORITY. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.** Any communications with the Court should be directed to the Courtroom Deputy.

*All official filings submitted to the Clerk of the Court must be filed directly on ECF.*

ATTEST:                                              or   BY THE COURT:

BY: _____                           _____
    Carol D. James                                   PAUL S. DIAMOND, J.
    Deputy Clerk

SCHEDULING INFORMATION REPORT
(To be completed and returned to Judge Diamond's
Chambers three (3) days before the pretrial conference)

Caption: _____

Civil Action No.: _____

Jury Trial _____    Non-Jury Trial _____    Arbitration _____

Plaintiff's Counsel: _____

Address: _____

Phone: _____    Fax: _____

Defendant's Counsel: _____

Address: _____

Phone: _____    Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a) _____ When? _____ If not, why? _____

_____

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)? _____ When? _____ If not, why? _____

_____

Discovery completed? _____ If not, when? _____

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:

_____

Ready for trial by: _____
                        Date
Is a settlement conference likely to be helpful? _____
If so, when: Early _____ (yes/no)    After discovery _____

Do you expect to file a case-dispositive motion? _____

If so, by what date? _____
Trial time estimate: _____
Time to present your case: _____
Time for entire trial: _____
Date: _____
                                        _____
                                        Signature of counsel preparing the form