# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SNYDER** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **NO. 07-1660** |
| | : | |
| **MILLERSVILLE UNIVERSITY, et al.** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of May, 2007, it is hereby ORDERED that Defendants answer, respond, or otherwise plead to Plaintiff's Complaint by noon on May 24th, 2007.

AND IT IS SO ORDERED.

*s/ Paul S. Diamond*
_____
Paul S. Diamond, J.