IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MILLERSVILLE UNIVERSITY, et al. | : | 07-1660 |

Defendants.

## EXHIBITS TO DEFENDANTS' MOTION TO DISMISS

Exhibit A       "A Guide For Student Teaching," Millersville
                University, Summer 2005

Exhibit B        Millersville University Catalog, "Academic Policies

Exhibit C       Millersville University Student Teaching Mid-Evaluation,
                Nicole Reinking re: Stacy Snyder, March 20, 2006

Exhibit D       Millersville University Student Teaching Mid-Evaluation,
                Barry Girvin re Stacy Snyder, March 17, 2006

Exhibit E       PDE-430 (Pennsylvania Statewide Evaluation Form for Student Professional
                Knowledge and Practice), Barry Girvin re Stacy Snyder, March 17, 2006

Exhibit F       "Unprofessional Behavior/Performance in the Classroom," by Nicole Reinking,
                with response of Stacy Snyder

Exhibit G       E-mail from Stacy Snyder,, May 9, 2006 to J. Barry Girvin

Exhibit H       Millersville University Student Teaching Final Evaluation,
                Nicole Reinking re: Stacy Snyder, May 11, 2006

Exhibit I       PDE-430, Barry Girvin re Stacy Snyder, May 12, 2006

Exhibit J       Millersville University Student Teaching Final Evaluation,
                Barry Girvin re Stacy Snyder, May 10, 2006

Exhibit K       Conestoga Valley School District Press Release, "Response to
                Stacy Snyder Lawsuit"

Exhibit L    Correspondence from Dr. Jane S. Bray to Stacy Snyder, May 15, 2006

Exhibit M    Stacy Snyder "Request for Exception to Graduation Requirements"

Exhibit N    E-mail from Stacy Snyder to Millersville Professors,
             Advisors, Supervisors and Cooperative Teachers, February 12, 2007

Exhibit O    Correspondence from Mark W. Voigt, Esquire to Dr. Vilas A. Prabhu,
             February 19, 2007

Exhibit P    Correspondence from Dr. Vilas A. Prabhu to Stacy Snyder and Mark W.
             Voigt, Esquire, March 26, 2007

Exhibit Q    Plaintiff's Self-Executing Discovery Disclosures

**Exhibit A**

# MILLERSVILLE UNIVERSITY

## A GUIDE FOR STUDENT TEACHING

### OFFICE OF FIELD SERVICES
### MILLERSVILLE UNIVERSITY

**P. O. BOX 1002**
**MILLERSVILLE, PA 17551-0302**
**(717) 871-5752**

Revised, Summer 2005

S-17

1 OF 25

Quick Reference

........4

Professional Education Unit - Conceptual Framework

5

Professional Education Unit - Mission and Vision Statements

5

Student Teaching Policies and Procedures

7

Certification Requirements

9

Responsibilities of the:
       Student Teacher
       10
       Cooperating Teacher
       11
       University Supervisor
       12

Teaching & Classroom Management
       13

Planning for Instruction
       14

Evaluation of Student Teaching
       15

Pennsylvania Statewide Evaluation Form (PDE 430) - Instructions
       16

Pennsylvania Statewide Evaluation Form (PDE 430) - Form
       19

Appendices

A) Student Teaching Absence Form

24

B) Pennsylvania Code of Professional Ethics

25

## WHAT TO DO IN CASE OF:

SITUATION: **Illness or family emergencies** such as illness in family, funeral, etc.
CALL: Cooperating Teacher **and** University Supervisor.
ACTION: Follow the instructions on Pages 7 and 8 under 'Attendance of Student Teachers'.

SITUATION: **Anticipated absences** such as job interview, observations in other schools.
ACTION: Follow the instructions on Pages 7 and 8 under 'Attendance of Student Teachers'.

SITUATION: **In-Service Days or Meeting.**
ACTION: Attend if district permits or make arrangements with your cooperating teacher
to work in the classroom.

SITUATION: **Inclement weather conditions** which impede travel.
ACTION: Listen to radio or TV reports which announce whether or not your assigned
school district is open or delayed. Follow your district's schedule.

### IMPORTANT PHONE NUMBERS AND E-MAIL ADDRESSES

| Student Teaching Office | 871-5752 | student.teaching@millersville.edu |
|---|---|---|
| Student Teaching Fax | 871-2034 | |
| University Supervisor #1 | | |
| University Supervisor #2 | | |
| Cooperating Teacher #1 | | |
| Cooperating Teacher #2 | | |
| School Office #1 | | |
| School Office #2 | | |

**NOTE**: Numbers must be obtained from the University Supervisors, Cooperating Teachers, and Schools.
ALWAYS check with your Cooperating Teacher and University Supervisor regarding proper procedure and
permission to call the person at home.

# Student Teaching Website.......www.millersville.edu/~stutch

### AFFIRMATIVE ACTION STATEMENT

Millersville University is an Equal Opportunity/Affirmative Action institution. Coordinators: Services for Students
with Disabilities - Mrs. Sherlynn Bessick, Director, Office of Learning Services, Lyle Hall, 717-872-3178; Title VI
and Title IX - Ms. Patricia Hopson-Shelton, Assistant to the President for Social Equity and Diversity, Delaware
House,717-872-3787; ADA Coordinator - Mr. Dale McCloud, Associate Vice President for Human Resources.
Dilworth Building, 717-872-3017.

A Member of the Pennsylvania State System of Higher Education.

4 of 25

## CONCEPTUAL FRAMEWORK - ABSTRACT

*All members of the Millersville University Professional Education Unit will create learning communities of inquiry and action, focus on students, and demonstrate exemplary professional practices.*

| Learning Communities of Inquiry and Action | We will engage in learning communities in which reflection, collaboration, lifelong learning, and habits of mind are developed and nurtured. |
|---|---|
| **Focus on Students** | We will balance knowledge and the principles and concepts delineated in professional and state standards with an appreciation of all students' individuality, diversity, and cultures. |
| **Exemplary Professional Practices** | We will demonstrate the knowledge, skills and dispositions of exemplary professionals. We will have strong competence in our content knowledge, pedagogical content knowledge and skills as delineated in professional, state, and institutional standards. We will demonstrate professional dispositions or standards of conduct, will be supportive of students, families, and the school and community and will serve as catalysts for positive and responsible change. |

To view the full text of the Conceptual Framework, visit the School of Education webpage at **http://muweb.millersville.edu/~deaneduc/**.

NOTE: The term *Students* in this document and the Mission and Vision Statement refer to school-age (pre-school to grade 12) students.

$5 \ of \ 25$

## MISSION STATEMENT

The Professional Education Unit (PEU) is committed to the preparation and continuing development of education professionals (e.g., teachers, school leaders, and professional support personnel). The core of basic preparation includes a steadfast commitment to a liberal-arts based education, a strong knowledge of pedagogy and content, provision of ample field experiences, and the development of dispositions befitting an education professional. The PEU is committed to providing the Commonwealth of Pennsylvania and its students with professionals who are able to assume their roles and responsibilities as educators in a diverse and technologically complex society; who are able to understand and appreciate students as individuals; who develop habits of mind that support inquiry, reflection, and collaboration; and who demonstrate professional standards of conduct including a strong sense of ethics and the motivation to seek opportunities that foster professional and personal growth. The PEU is committed to serve as a resource for the communities in the region through the application of scholarship efforts and service.

## VISION STATEMENT

We envision the Professional Education Unit (PEU) at Millersville University to be exemplary in the preparation of education professionals who recognize, respect, and respond to the promise of every child, seek to better the lives of individuals in a changing and complex society, and improve society through the education process. We envision generations of learners within the community, where PEU faculty and school partners support and guide future education professionals; where new education professionals support and guide their P-12 students and become partners in the preparation of future educators; and where, subsequently, their students become responsible, valued, and giving members of the community.

Adopted, 2005

6 of 25

The overall policies in regard to student teaching are determined by the various teacher education departments, with the approval of the Dean of the School of Education. The administration of student teaching is a joint responsibility of the Coordinator of Field Services and the education faculty of the Professional Educational Unit.

## Assignment of Student Teachers

Assignments for student teaching locations are made by the Coordinator in cooperation with university departmental personnel, and administrators and teachers in cooperating school districts. Student Teachers are assigned to Cooperating Teachers, not to schools or school districts. Student Teachers are responsible for arranging their own transportation to and from their school assignment.

## Time Element in Student Teaching

Student teaching typically occurs during a student's seventh or eighth semester. The choice of semester is determined by: number of credits completed and departmental recommendation; satisfactory completion of all Advanced Professional Studies requirements; completion of all professional education courses (see University catalog); time of graduation; and the availability of Cooperating Teachers and University Supervisors. The Student Teacher is required to follow the school's daily schedule unless otherwise noted on the Millersville University Student Teaching calendar.

## Professional Conduct

The Student Teacher is a guest of the cooperating school. As a future member of the teaching profession, the Student Teacher needs to maintain the same professional standards expected of the teaching employees of the cooperating school. The Student Teacher is recognized as a representative of the University by the students, faculty, and community to which he/she is assigned.

The Student Teacher is urged to accept every task as a potential learning experience, to fulfill as effectively as possible every role of the classroom teacher, and to develop his/her own educational philosophy which will be consistent with the principles of a democratic society.

The Student Teacher is expected to be well-groomed and appropriately dressed as a member of the teaching profession and to adhere to the Pennsylvania Code of Professional Ethics. (Appendix B)

The Student Teacher must continue to adhere to the MU Student Code of Conduct throughout his/her field experience. The code is on the Millersville website, search: Student Handbook/Policies/Student Code of Conduct.

The Coordinator, in consultation with the Cooperating Teacher and the University Supervisor, has the authority to change or terminate the Student Teacher's assignment if professional conduct is not maintained.

## Additional Responsibilities Beyond Teaching

Student Teachers are urged not to take any courses during the semester in which they student teach. Under no circumstances may more than one course be taken. Student Teachers are also urged to reduce and/or eliminate their involvement in campus activities and outside employment. IN NO WAY SHOULD EITHER ACTIVITIES OR WORK INTERFERE WITH THE STUDENT TEACHER'S RESPONSIBILITIES TO HIS/HER TEACHING ASSIGNMENT.

## Attendance of Student Teachers

During the semester of student teaching, each Student Teacher is expected to be in the assigned classroom every day the school is in session. The Student Teacher will follow the school calendar and the calendar furnished by the Office of Field Services. Any exceptions to the school district or student teaching calendars will be announced to all students and Cooperating Teachers uniformly. Student Teachers are expected to attend in-service meetings, faculty meetings, and special school events (e.g. Parent-Teacher Conferences, I.E.P. Conferences, Open Houses).

IF YOU ARE ABSENT FOR ANY REASON, IT IS YOUR RESPONSIBILITY TO MAKE SURE YOUR COOPERATING TEACHER HAS ANY PLANS AND TEACHING MATERIALS/MANUALS NEEDED TO OPERATE THAT CLASS DURING YOUR ABSENCE.

7 OF 25

1. If ill, call your Cooperating Teacher and University Supervisor.
2. If an emergency arises, contact your Cooperating Teacher and University Supervisor.    (cont.)

5 oF 25

3. No unexcused absences are permitted during the semester of student teaching. University Supervisors may require make-up time in instances of excessive absences, regardless of cause. A Cooperating Teacher should call the University Supervisor immediately if a Student Teacher does not report that day.
4. Any Student Teacher who finds it necessary to be excused for reasons other than emergencies (job interviews are the most frequent) must receive permission from his/her Cooperating Teacher and University Supervisor by completing the absentee form (Appendix A) and submitting it to the Office of Field Experiences.
5. If inclement weather conditions (e.g., snow) exist, listen to radio/television reports and follow the district's schedule. Do not call your school.

## Use of Student Teachers as Substitute Teachers

"A substitute teacher must hold a valid Pennsylvania certificate to teach in Pennsylvania public schools. Since Student Teachers normally do not hold a valid certificate, their assignments as substitute teachers violate the school code. Those teacher educators involved with student teaching should advise Student Teachers to avoid substitute teacher assignments, as they may find themselves in legal jeopardy." Pennsylvania Department of Education Memo 14, dated July 1975.

If a Cooperating Teacher becomes ill and the principal of the school asks a Student Teacher to cover the class for up to one hour, under the supervision of another teacher, until a substitute arrives, that brief substitution would not appear to break the law. Compensation for substitution is forbidden.

If a Cooperating Teacher is absent, a qualified substitute teacher will be assigned to his/her duties. When a substitute is in the classroom, the Student Teacher should not be given responsibility in addition to that which he/she has already assumed at that stage in the student teaching assignment. For example, if a Student Teacher is responsible for about one-third of the schedule, the substitute should not tell the Student Teacher to "take over the full load."

Under no circumstances should a Student Teacher be assigned as a substitute teacher to cover another teacher's classroom schedule or lunch, hall, bus, study hall, or recess duty.

University policy prohibits the release of the Student Teacher to accept a teaching position prior to successful completion of his/her student teaching. Receiving compensation for student teaching is also forbidden.

## Solo Teaching

Student teaching is a developmental process in which the student teacher gradually assumes increasing classroom responsibilities, leading to an eventual "solo" experience. The decision on how and when to increase a Student Teacher's classroom responsibilities is a JOINT DECISION, involving all three key participants - the Cooperating Teacher, the Student Teacher, and the University Supervisor. Likewise, the decision when to begin and end the "solo" portion of the assignment is a JOINT DECISION by these three participants. It is the University's expectation that all three individuals will develop effective communication channels so these decisions can be made with careful deliberation.

## Disruption in Schools

The policy of Millersville University in disruptive situations, i.e., strikes by professional employees or students, is to remove Student Teachers from their assignments at the discretion of the Coordinator. The Student Teachers will not return until the operation of school is resumed on a normal basis. Should the period of disruption become extensive, the Coordinator may reassign the Student Teachers to other locations.

## Transporting Students

No Student Teacher should transport any school students in any vehicle. This prohibition extends to field trips and overnight trips (which the Student Teacher should only attend if accompanied by the Cooperating Teacher).

In order to receive an initial teaching certificate in Pennsylvania, a Millersville University candidate must...

1. Complete all requirements of an approved Millersville University education program, including those for admission into Advanced Professional Studies (APS).

2. Complete the program with a cumulative Millersville University GPA of 3.0*.

3. Satisfactorily complete student teaching.

4. Earn a Bachelor's Degree or higher.

5. Pass all required PRAXIS examinations and have the scores submitted by ETS to Millersville University.

6. Complete an application for certification and submit it, with money order or *certified* check, to the Certification Office in the School of Education at least 8 weeks before program completion.

Once passing PRAXIS scores are received and 'Degree is Conferred' by the Registrar's Office, the MU Certification Office will submit the application to Harrisburg.

*The Bureau of Teacher Preparation and Certification, Harrisburg, PA* will send the teaching certificate directly to the candidate approximately 6 weeks later.

Before receiving the teaching certificate, a successful candidate who: [1] submits a DAR's that states "ALL REQUIREMENTS HAVE BEEN MET" and [2] has had all PRAXIS exam passing scores submitted to MU may obtain a verification letter from the MU Certification Office for *substitute teaching purposes only.*

The candidate must complete the 'Request for Verification' form, attach a final DAR's, and submit it to the Certification Office after the last day of the semester.


*This cumulative grade point average is aligned with Title 22 Chapter 354 for Pennsylvania and is established at the time of the Candidate's admission to Advanced Professional Studies (APS).

   a. Academic Year 2003 and after: 3.0 GPA
   b. Academic Year 2002-2003: 2.8 GPA
   c. Academic Year 2001-2002: 2.6 GPA

C. Ridley & D. Groff, 6-7-05

10 of 25

*It is the Student Teacher's responsibility to become part of the*
*Community of Learners in the school.*

## Professional Interactions

Demonstration of Professional Dispositions

1   Show enthusiasm for teaching, initiative and drive for best performance.
2   Present a professional appearance and a high quality of verbal and written communication.
3   Exemplify punctuality, thorough preparation, confidentiality, and ongoing personal learning.

Orientation to the school

4   Adhere to faculty regulations: school day, dress code, use of equipment, parking, and emergency procedures.
5   Meet school staff: principal, secretary, grade-level and support teachers, support staff.
6   Locate all special services within the school.
7   Learn all procedures for daily activities: school, classroom, and laboratory safety rules, school records, managements systems, and access to services.

Open Communication

8   Have daily conversations with your Cooperating Teacher about instructional procedures, curricular issues, classroom management, and student characteristics and performance.
9   Maintain frequent verbal and written communication with University Supervisor.
10   Have effective interaction with all professionals and support staff to enhance the educational process for your students.

## Preparation

Daily Planning

11   Prepare lesson plans several days in advance, and have them approved by your Cooperating Teacher.
12   Base instruction on state and local standards and established curriculum or individualized plans.

Comprehensiveness

13   Construct plans based on most current pedagogy and technology.
14   Have all materials organized and easy to retrieve.

## Teaching

Take teaching responsibility early in the assignment

15   Follow your Cooperating Teacher's lead in performing instructional practices.
16   Volunteer to assume teaching tasks for individuals and small groups early in the assignment.
17   Gradually increase teaching duties until you are totally responsible for daily instruction.
18   Use current, research-based, and innovative methodologies.
19   Research educational journals and other media in order to enhance lesson content and methodology.
20   Follow a well-designed plan for lesson structure, student activities, and evaluation procedures.
21   Adapt methodology to meet diverse student learning styles and special needs.
22   Integrate technology into all phases of planning, teaching, and assessment.
23   Perform formative and summative assessments throughout the instructional process.
24   As your confidence increases, try unique and innovative teaching procedures.

## Student Interactions

Build student rapport

25   Learn students' names, learning styles, special needs and effective grouping practices.
26   Support students with self-management and by setting clear expectations.
27   Honor student individuality, diversity, linguistic and cultural factors.

Build family rapport

28   Show respect to all families and significant individuals important to your students.

29  Involve parents through on-going communication, in exchanging information, and by seeking
    sincere input.

## Before the Student Teacher arrives

1. Inform the students, parents, and building personnel of the Student Teacher's arrival.
2. Collect district, building, classroom, and curricular materials for the Student Teacher.
3. Provide a work and storage space.
4. Develop a tentative schedule that will enable the Student Teacher to gradually assume teaching and other responsibilities.

## Orientation

1. Introduce the Student Teacher to the principal and all significant personnel within the building.
2. Share gathered materials including classroom management and evaluation systems.
3. Discuss expectations, building regulations, and use of building and classroom equipment.
4. Formalize the Student Teacher's schedule with input from the University Supervisor and Student Teacher

## Modeling, assistance and observation

1. Explain developmental and unique learning characteristics of your students.
2. Model instructional procedures and encourage discussion about pedagogy.
3. Provide opportunities for the Student Teacher to observe your teaching, parent conferences if appropriate, and instructional support procedures.
4. Provide opportunities for the Student Teacher to collaborate with personnel responsible for supporting students with special needs and those who are linguistically and/or culturally diverse.
5. Confer with your Student Teacher on a daily basis and frequently provide written and verbal feedback.
6. Interact with the University Supervisor when he/she visits and by phone or e-mail whenever successes and concerns arise.
7. Complete an MU Mid-Placement Student Teaching Formative Evaluation, and an MU Student Teaching Final Evaluation. Only the MU Student Teaching Final Evaluation is submitted to the University Supervisor to be delivered to the Field Services Office and placed into the student's permanent file.

## Important factors about pre-service teaching

1. Remember that student teaching is a formative process in which the teacher candidate will steadily gain proficiency.
2. Offer the Student Teacher increased opportunities to acquire responsibility.
3. Assist the Student Teacher in developing lessons, seeking resources, and managing student behavior.
4. Encourage creative and unique teaching techniques.
5. Confer with the University Supervisor on an ongoing basis and before completing the mid-term and final evaluations.

## To the Cooperating Teacher

1 Explain the Conceptual Framework, university policies, and the evaluation process.
2 Serve as an ambassador promoting university goals and procedures with the Cooperating Teacher and the Student Teacher.
3 Provide leadership to initiate and maintain the professional relationship between the School, University, and the Student Teacher.
4 Communicate frequently with the Cooperating Teacher concerning Student Teacher progress and inform the Coordinator of Field Services of any concerns.

## To the Student Teacher

1 Meet prior to the beginning of the assignment, fully explain the role and responsibilities of the Student Teacher and conduct periodic seminars, as needed, to enhance the student teaching experience.
2 Encourage ongoing professional dialogue with the Cooperating Teacher.
3 Observe the Student Teacher in a variety of classes/subjects a minimum of three times in a half semester or six times in a full-semester assignment.
4 Provide advice and resource recommendations to promote effective teaching practices.
5 Provide written and verbal feedback on each observation and be available for additional communications throughout the assignment.
6 Provide honest, tactful, and constructive praise and criticism of the Student Teacher's performance.
7 Complete evaluations as listed below and submit a final grade for the Student Teacher.
   o    For a **half-semester assignment**: complete an MU Mid-Placement Student Teaching Formative Evaluation, an MU Student Teaching Final Evaluation, and one PDE 430 evaluation.
   o    For a **full-semester assignment**: complete an MU Mid-Placement Student Teaching Formative Evaluation, a mid-assignment PDE 430 evaluation, an MU Student Teaching Final Evaluation, and a final PDE 430 evaluation.

14 of 25

The goal of effective classroom management is to provide positive supports so that each student may fully participate as a responsible and valued member of your learning community. To attain this goal, the Student Teacher should observe and work with the Cooperating Teacher's classroom and laboratory standards to identify appropriate plans and professional practices for his or her own teaching experiences. As you work toward attaining this management goal, you are demonstrating our conceptual framework themes: learning communities of inquiry and action, focus on students, and exemplary professional practices; and helping us to fulfill our mission.

To assist you in developing your teaching management skills, consider the following:

1 Define and explain expectations.
2 Let your students know when they are meeting your academic or behavior expectations.
3 Use prompts, cues and reminders to assist your students to support them in meeting the standards.
4 Consider the physical classroom arrangement and the impact this may have on student learning and student behavior. Make certain:
   o All students can see instructional areas
   o Materials are accessible
   o Students are seated away from distracters
5 Set management standards for your lessons using student input as appropriate.
   o Phrase the standards as positives.
   o Post the standards and review them regularly with your students.
2 Focus upon your professional delivery.
   o Maintain an even and well modulated voice.
   o Avoid 'Do you want to...?' questions if students do not have an option.
   o Use pauses and dramatic delivery to get students' attention or emphasize information.
   o Deliver directions as polite declarative statements, not as hesitant interrogatives.
2 Develop management plans (for groupings, material dissemination, transition times, etc.) concurrent with your lesson plans. Resorting to management plans after a lesson doesn't go smoothly is not proactive or supportive.
3 Establish positive connections by using your students' names during classroom interactions.
4 Identify and respect the individual needs and differences of all of your students.
5 Be consistent.
6 Involve all of your students in active learning as appropriate.
7 Eliminate threats, promises, and bluffs from your teaching management repertoire.
8 Continuously attempt to stretch your teaching management skills repertoire.
   o Attend to positives and try ignoring inappropriate or challenging behaviors.
   o Reflect upon and identify positive strengths in each of your students on an ongoing basis.

C. Ridley & L. West, 5-18-05

15 of 25

Planning is an absolute necessity for any teacher to accomplish the professional aspect of teaching. NO ATTEMPT AT TEACHING SHOULD BE MADE WITHOUT PROPER PLANNING. To plan effectively, a teacher must be aware of all aspects of a curriculum. Student Teachers, while not responsible for an entire year's curriculum, should be introduced to the scope and sequence of a year's work.

It is important that the University Supervisor and the Student Teacher discuss the appropriate lesson plan format for each particular Student Teacher. Refer to the discipline-specific supplement to acquire the specific formats suggested in your program.

Typically, lesson plans include the following (or similar) components:
1 Goal and State or District Standards
2 Lesson Objectives
3 Materials and Resources
4 Procedures, including:
- o Introduction
- o Teacher Instructional Methods
- o Student Activities
- o Special Adaptations to Meet Individual Needs
- o Closure
5 Methods for assessing and documenting student performance.
6 Self-Reflection.

## Instructional Unit Planning, Teacher Work Sample, CIRQL Project

Instructional unit planning provides an opportunity to use professional skills in designing, assessing, and reflecting upon instruction in a particular subject area. Student Teachers are responsible for organizing a series of learning activities to accomplish instructional unit planning in a particular subject area.

## Each discipline has its own student teaching evaluation form.

The student teaching evaluation form has components that are consistent with all disciplines and those that are specific to each discipline. Common elements across disciplines are the following:

1. Specific emphasis on Professionalism, Preparation, Teaching Performance, and Effect on Student Learning.
2. Criteria focus on Knowledge, Skills, and Dispositions under each area.
3. A common rating scale described below.

## Rating Scale for the Millersville Mid-Placement Student Teaching Formative Evaluation

G = GOOD progress evidenced. You are building a sound foundation. Continued on-going development is expected.

R = REASONABLE progress evidenced. Continued on-going development is expected.

A = ADDITIONAL attention needed. Seek additional feedback and improvement in this area.

N = NEEDS significant remediation. There is need to develop specific plans for improvement and to demonstrate significant improvements in this area.

L = LIMITED opportunity to demonstrate this point.

Each discipline has a student teaching evaluation form that includes items relevant to the Professional Education Unit and items specific to the major. The forms are contained in the supplements related to each area. Fall 2005 is the first semester the forms will be used. Student Teachers are encouraged to discuss the new evaluation forms with the University Supervisor.

# The PDE 430 is completed ONLY by the University Supervisor

Using the
Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice-



Pennsylvania Departmen

t of Education—PDE-430

## HEADING AND SIGNATURE PAGE

1.  The heading of the evaluation form contains biographical information regarding the Student Teacher/candidate being evaluated and the evaluation period.

2.  The subjects being taught and the grade level should be clearly listed.

3.  Write the date on which the conference was held between the Student Teacher/candidate and the evaluator on the signature page of the PDE-430 form.

4.  Clearly state the school year and the term in the appropriate place on the signature page.

## CATEGORIES OF EVALUATION

1.  PDE 430 has 4 major categories addressing evaluation of Student Teacher/candidate:

    i. Category I- Planning and Preparation
    ii. Category II- Classroom Environment
    iii.    Category III-Instructional Delivery
    iv.    Category IV-Professionalism

    Each category has Student Teacher/candidate performance indicators that support the category's evaluation on a continuum from Exemplary through Unsatisfactory. The "Student Teacher/Candidate's Performance Appropriately Demonstrates" indicators are the criteria for the evaluation. Both the evaluator and the Student Teacher/candidate must be aware of the performance indicators being used in the evaluation before the evaluation takes place.

2.  Each PDE 430 Category, I through IV, includes an explanation of the various aspects of teaching that aid in the further definition of the category.

## LEVELS OF PROFICIENCY IN THE CATEGORIES

1.  The categories presented on the PDE 430 provide knowledge, to the evaluator and the Student Teacher/candidate, of performance expectations and the required levels of proficiency for each category. The category's results, are evaluated through the review of the defined "Student Teacher/Candidate's Performance Demonstrates" indicators in each of the four categories.

2.  The Student Teacher/candidate's demonstrated performance indicators in each category should be checked or highlighted in a manner to assist the evaluator in determining the appropriate level of proficiency. *The judgment of the performance for the rating of any category is based on:*

18 of 25

- *the rater's overall evaluation of performance in each category and*
- *is not dependent on seeing each single performance indicator demonstrated successfully in order to receive a high level evaluation.*

## SOURCES OF EVIDENCE

1. The sources of evidence, gathered by the Student Teacher/candidate and the evaluator, should be considered by the evaluator to make a judgment about the Student Teacher/candidate's performance/level of proficiency.

2. It is also the responsibility of the Student Teacher/candidate to ensure the availability of evidence required for each of the categories evaluated. The evaluator and the Student Teacher/candidate will share the sources at the conference date. The evaluator will mark, on the form next to the source of evidence, pertinent pieces of evidence that were reviewed during the evaluation of a Student Teacher/candidate's performance/level of proficiency.

3. Since the evaluation form serves as a recordkeeping device in support of the recommendation for a successful performance assessment, it is important that the evaluator specify, next to the source of evidence, any evidence considered so that the Student Teacher, and other administrators reviewing the form, may have a sense of what was used to arrive at a judgment on the level of proficiency.

4. Sources of evidence should have, where appropriate, written dates that the source of evidence occurred: for example, the date of the planning document or dates of classroom observations/visits. Types of evidence reviewed can be listed as well as titles, for example, Back-to-School Night presentation. It should include the number of sources; for example if seven pieces of student work were collected for a particular source of evidence, that number should be included.

5. The space following each source of evidence allows an evaluator to document the important source(s) that were considered and captures the essential information about the source. If further space is required, an additional sheet may be attached.

## JUSTIFICATION FOR EVALUTION

1. After reviewing the results of the Student Teacher/candidate's performance indicators in each category, and the pertinent sources of evidence, the assessor will make a judgment for each category on the PDE 430. The appropriate box is then checked.

2. This is a key section as it provides the Student Teacher with a clear understanding of the evaluator's decision based on observations and other specific sources of evidence. This section also provides further explanation of why the Student Teacher is receiving a particular rating for the category. The evaluator's comments help to focus the Student Teacher on his/her specific strengths and areas for improvement. It is important to write statements that are clear, consistent, and specify key areas for improvement, if required.

The justification section may be expanded to whatever length the rater feels necessary to help the Student Teacher/candidate understand the rating, the reasons for it and steps that can be taken to improve performance, whenever required.

## EVALUATION

1. The evaluation/signature page of the PDE 430 includes the school year and term during which the observation occurred. An appropriate overall judgment of the Student Teacher/candidate's demonstrated performance will be made and checked, resulting in either a particular level of proficiency.

2. The signature of the evaluator, usually the Student Teacher/candidate's supervisor, must be included. In

*19 of 25*

addition, the signature of the Student Teacher/candidate and the appropriate signature dates must also be included. The Student Teacher/candidate does not have to agree with the judgments or statements of the evaluator in order to sign the form. The Student Teacher/candidate is obligated to sign the form once the evaluator has shared the contents of the form with the Student Teacher/candidate. Student Teacher/candidate may annotate the form with "I disagree with this rating."

3. The Overall Justification for Evaluation section should specify any key areas for improvement, when used for the first assessment, and provide the Student Teacher with a clear understanding of the evaluator's overall judgment of the their performance. All written sections may be expanded in size in order to fully express the observations and recommendations to the Student Teacher/candidate. Additional pages may be added if necessary.

*The level of proficiency indicated in each of the 4 categories were added to determine an overall rating/level of proficiency for the entire PDE 430 form and the single rating period. At least a satisfactory rating must have been achieved in each of the 4 categories.* 

*The certifying officer must now verify that the candidate has achieved at least a satisfactory rating on the PDE 430 by so indicating on the PDE 338C, College/University Verification Form, which is used to recommend a candidate to the Commonwealth for certification.*

### GENERAL REQUIREMENTS

1. Each Student Teacher/candidate must be observed and evaluated using the PDE 430 a minimum of two times during their student teaching experience--once at the midpoint, and once at the end. Note that this is a minimum number of times and further evaluations may be completed, as the college/university desires. For example, if a candidate has two separate student teaching assignments, they may be observed at the midpoint and end of each assignment.

2. All evaluations with the PDE 430 are considered to be formative with the exception of the final one, which is considered to be the summative evaluation. All others are used in order to give the Student Teacher/candidate an opportunity to correct or improve any deficiencies.

   The PDE 430 assessment instrument must be used a minimum of two times. A satisfactory rating (1) in each of the 4 categories, resulting in a *minimum total of at least (4) points, must be achieved on the final summative rating* to favorably complete the overall assessment. Note that all categories must have achieved at least a satisfactory rating in all cases. 

3. A copy of the PDE 430 is kept in the Student Teacher/candidate's college file. Student Teacher/candidate's should have a copy of their completed PDE-430. However, copies of the PDE 430 should not be provided by the college to outside agencies, prospective employers, or other individuals, in any situation, as this in an internal document. The PDE 430 is a confidential document. Copies of the PDE 430 will be reviewed during state major program reviews.

Division of Teacher Education
717-787-3470
Bureau of Teacher Certification
and Preparation
Pennsylvania Department of Education
(8/1/03)

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

## Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice

Student's Last Name          First          Middle          Social Security Number

Subject(s) Taught                                          Grade Level

This form is to serve as a permanent record of a Student Teacher's professional performance evaluation during a specific time period based on specific criteria. This form must be used at least twice during the 12-week (minimum) student teaching experience.

### PERFORMANCE EVALUATION

Directions: Examine all sources of evidence provided by the Student Teacher and bear in mind the aspects of teaching for each of the four categories used in this form. Check the appropriate aspects of student teaching, and indicate the sources of evidence used to determine the evaluation of the results in each category. Assign an evaluation for each of the four categories and then assign an overall evaluation of performance. Sign the form and gain the signature of the Student Teacher.

Category 1: Planning and Preparation—Student Teacher demonstrates thorough knowledge of content and pedagogical skills in planning and preparation Student Teacher makes plans and sets goals based on the content to be taught/learned, their knowledge of assigned students and their instructional content.

Alignment: 354.33 (1)(i)(A), (B), (C), (G), (H)

Student Teacher's performance appropriately demonstrates:

1. Knowledge of content
2. Knowledge of pedagogy
3. Knowledge of Pennsylvania's K-12 Academic Standards
4. Knowledge of students and how to use this knowledge to impart instruction
5. Use of resources, materials, or technology available through the school or district
6. Instructional goals that show a recognizable sequence with adaptations or individual student needs
7. Assessment of student learning aligned to the instructional goals and adapted as required for student needs
8. Use of educational psychological principles/theories in the construction of lesson plans and setting instructional goals

Sources of Evidence (Check all that apply and include dates, types/titles and number)

| ☐ | | Lesso | ☐ | Teacher Interviews | Student |
| n/Unit Plans | | | | | |
| ☐ Resources/Materials/Technology | | | ☐ | Classroom Observations | |
| ☐ Assessment Materials | | | ☐ | Resource Documents | |
| ☐ Information about Students | | | ☐ Other | | |

| Category | Exemplary  3 Points | Superior  2 Points | Satisfactory  1 Point | Unsatisfactory  0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| Rating (indicate ⏐) | | | | |

Justification for Evaluation

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

Student's Last Name          First          Middle          Social Security Number

**Category II: Classroom Environment--Student Teacher establishes and maintains an equitable environment for learning, in which students feel safe, valued and respected, by instituting routines and by setting clear expectations for student behavior. Alignment: 354.33. (1)(i)(E), (B)**

Student Teacher's performance appropriately demonstrates:
1. Expectations for student achievement with value placed on the quality of student work
2. Attention to equitable learning opportunities for students
3. Appropriate interactions between teacher and students and among students
4. Effective classroom routines and procedures resulting in little or no loss of instructional time
5. Clear standards of conduct and effective management of student behavior
6. Appropriate attention given to safety in the classroom to the extent that it is under the control of the Student Teacher
7. Ability to establish and maintain rapport with students

Sources of Evidence (Check all that apply and include dates, types/titles and number)

| ☐☞ | | ☐☞ Visual Technology | |
| | Classr | | |
| oom Observations | | | |
| ☐☜ Informal Observations/Visits | | ☐☞☐ | |
| | | | Resources/ |
| | | Materials/Technology/Space | |
| ☐☞☞ | | ☐☞☜ | Other |
| | Stude | | |
| nt Teacher Interviews | | | |

| Category | Exemplary  3 Points | Superior  2 Points | Satisfactory  1 Point | Unsatisfactory  0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance |
| Rating (indicate Π) | | | | |

| Justification for Evaluation |
|---|
| |

PDE 430

22 of 25

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

Student's Last Name                First          Middle                    Social Security Number

**Category III: Student Teacher, through knowledge of content and their pedagogy and skill in delivering instruction engages in learning by using a variety of instructional strategies.**
**Alignment: 354.33 (1) (i) (D), (F), (G)**

Student Teacher's performance appropriately demonstrates:

1    Knowledge of content and pedagogical theory through their instructional delivery
2    Instructional goals reflecting Pennsylvania K-12 standards
3.   Communication of procedures and clear expectations of content
4    Instructional goals that show a recognizable sequence, clear student expectations, and adaptations for individual student needs
5    Use of questioning and discussion strategies that encourage many students to participate
6.   Engagement of students in learning and adequate pacing of instruction
7    Feedback to students on their learning
8    Use of informal and formal assessments to meet learning goals and to monitor student learning
9    Flexibility and responsiveness in meeting the learning needs of students
10.  Integration of disciplines within the educational curriculum

Sources of Evidence (Check all that apply and include dates, types/titles and number)

☐🖝                                                    ☐🕮 Student Assignment Sheets
                                    Classr
    oom Observations

☐🗷 Informal Observations/Visits                       ☐🖉 Student Work

☐🖾 Assessment Materials                               ☐🖳 Instructional Resources/Materials/Technology

☐🖎 Student Teacher Interviews                         ☐🕁 Other

| Category | Exemplary  3 Points | Superior  2 Points | Satisfactory  1 Point | Unsatisfactory  0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance | The candidate *usually* and *extensively* demonstrates indicators of performance | The candidate *sometimes* and *adequately* demonstrates indicators of performance | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance |
| Rating (indicate Π) | | | . | |
| Justification for Evaluation | | | | |

PDE 430

23 of 25

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

Student's Last Name          First          Middle          Social Security Number

**Category IV--Student Teacher demonstrates qualities that characterize a professional person in aspects that occur in and beyond the classroom/building.**
Alignment: 354.33 (1) (i) (I), (J)

Student Teacher's performance appropriately demonstrates:

1. Knowledge of school and district procedures and regulations related to attendance, punctuality and the like
2. Knowledge of school or district requirements for maintaining accurate records and communicating with faculty
3. Knowledge of school and/or district events
4. Knowledge of district or college's professional growth and development activities
5. Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local state, and federal laws and regulations
6. Effective communication, both oral and written, with students, colleagues, paraprofessionals, related service personnel, and administrators
7. Ability to cultivate professional relationships with school colleagues
8. Knowledge of Commonwealth requirements for continuing professional development and licensure

Sources of Evidence (Check all that apply and include dates, types/titles and number)

☐➢                                                                    ☐ Student Assignment Sheets
                                        Classr
    oom Observations

☐ Informal Observations/Visits                                       ☐ Student Work

☐ Assessment Materials                                               ☐ Instructional Resources/Materials/Technology

☐ Student Teacher Interviews                                         ☐ Other

☐ Written Documentation

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance |
| Rating (indicate ⊓) | | | | |
| Justification for Evaluation | | | | |

24 of 25

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

| Overall Rating | | | | |
|---|---|---|---|---|
| Category | Exemplary Minimum of 12 Points | Superior Minimum of 8 Points | Satisfactory Minimum of 4 Points | Unsatisfactory Less than 4 Points |
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance |
| Rating (indicate Π) | | | | |

Note: Candidates must achieve at least a satisfactory rating of 4 Points or above.

Justification for overall rating:

PDE 430

Student's Last Name                First                Middle                Social Security Number

District/IU                School

Interview/Conference Date

School Year _____    Term_____

Required Signatures:

Supervisor/Evaluator                        Date:_____

Student Teacher                        Date:_____

25 of 25

**Exhibit B**

y not
·ses-
ed by
npus

r the
ɔugh

emic

ɔt on

ned
ɪtin-
s at

ɔe-
ed
: a
he
he
ɪal

xt
ɪe
ɪl.

–

t
f
ɪ

## OVERLOADS

Normally students may not carry more than 21 credits in any one semester. Students enrolled in student teaching courses may enroll for one additional course if it does not conflict with the student teaching assignment.

Students enrolled for more than 18 credits are charged additional tuition.

**Summer Session Overloads.** The recommended maximum credit load during any summer session is seven. Students must have a CGPA of 3.00 or higher and adviser approval to register for more than seven credits. Normally students may not carry more than nine credits in any one summer session nor more than 15 credits in two sessions.

## LEAVING MILLERSVILLE UNIVERSITY

Students who wish to leave Millersville before graduating may take a temporary leave of absence or withdraw completely.

### LEAVE OF ABSENCE

Students who wish to interrupt their studies at Millersville for up to two consecutive semesters may request a leave of absence. This allows them to register for courses upon their return without applying for readmission. To be eligible for a leave of absence, a student must be enrolled in degree status and have a minimum CGPA of 2.00.

To request a leave of absence, complete an official Leave of Absence Form, available from the registrar's office, Lyle Hall or on the MU website in the MAX Student Forms Center. Contact the registrar's office for information on the effects of a leave of absence on refunds, financial aid, housing, insurance and veterans' benefits status.

Students who take a leave of absence to study at another institution during the fall or spring semester should also complete an Authorization for Transfer of Credit form, available from the registrar's office or on the web.

A leave of absence is cancelled and the student considered withdrawn if the student fails to return by the established ending time or is dismissed by the University.

### WITHDRAWING FROM THE UNIVERSITY

Students who wish to withdraw from the University must complete an Official Withdrawal Form,

available from the registrar's office or on the MU website in the MAX Student Forms Center. This applies to all students, whether withdrawing during or between semesters, regardless of reason for withdrawal. Failure to complete this form will jeopardize a student's chances of future readmission.

Students who have officially withdrawn from the University and wish to return should contact the admissions office, Lyle Hall, for an application for readmission. See the *Admissions* section for more information.

## OTHER ACADEMIC POLICIES

### ACADEMIC APPEALS

Students who believe that an academic injustice has occurred should try to resolve the problem at the lowest appropriate level of authority. If the problem is not resolved at this level, the case should be presented to progressively higher levels of authority for further consideration. The levels of authority, from lowest to highest, are individual faculty member, department chairperson and/or department grievance committee, school dean and lastly, the provost and vice president for academic affairs.

If the student believes an academic injustice has been committed by an administrator (e.g., the registrar or director of academic advisement), the levels of authority are the administrator, the associate provost, and lastly, the provost and vice president for academic affairs.

### CLASS STANDING

Class standing is based on total credits earned, including those transferred from other colleges and earned through advanced standing programs such as CLEP, as follows:

| Credits Earned | Class Standing |
| --- | --- |
| 0–29.5 | Freshman |
| 30–59.5 | Sophomore |
| 60–89.5 | Junior |
| 90 or more | Senior |

### CLASS ATTENDANCE POLICY

The University supports departmental and faculty class attendance policies that are reflective of and consistent with University approved guidelines. Faculty will include their class attendance policy in their syllabi given to all students in their classes at the start of the semester.

**MILLERSVILLE UNIVERSITY 2004 - 2005**

Note: This is from 05·06 catalog. ↑

**Exhibit C**

## Millersville Student Teaching Mid-Evaluation – English

| Stacy Snyder | Conestoga Valley HS | Spring 2006 | English | 9-12 | |
|---|---|---|---|---|---|
| 'tudent Teacher | School | Semester | Subject | Grade Level | Initials |

G=Good progress evidenced. You are building a sound foundation. Continued on-going development is
    expected.

R= Reasonable progress evidenced. Continued on-going development is expected.

A=Additional attention needed. Seek additional feedback and improvement in this area.

N=Needs significant remediation. There is need to develop specific plans for improvement and to
    demonstrate significant improvements in this area.

L=Limited opportunity to demonstrate at this point.

### PROFESSIONALISM
*Knowledge*

G_    1. Adheres to Pennsylvania Professional Code of
Ethics, copyright and privacy laws.
*Skills*

R_    2. Communicates clearly and appropriately with
students, families, supervisor, cooperating teacher
and other school personnel.

G_    3. Meets professional expectations through
appropriate dress, punctuality, language, and
interpersonal skills.

R_    4. Seeks out, reflects, and acts upon feedback
from students, cooperating teacher, supervisor,
and peers.
*Dispositions*

R_    5. Demonstrates a belief that all students
(including students with disabilities, linguistic
and/or cultural diversity) can learn at high levels.

G_    6. Demonstrates a commitment to ongoing
professional development through use of literature
and professional growth opportunities.

### EVIDENCE

Miss Snyder is a very organized, punctual
student teacher. From the very beginning, Miss
Snyder has evidenced her desire to be
professional by shadowing at school before the
semester began, by showing up early each day
for school, and by seeking out constant
feedback from her students and from me. She
has also shown a commitment to ongoing
professional development by offering to attend
conferences and workshops offered to
classroom teachers. Also, Miss Snyder has a
belief that all students can learn at high levels,
but she needs to work at demonstrating this
belief in her daily lesson planning. Though
Miss Snyder has had a lesson plan for each day
of teaching, many plans were not submitted
until the day of the lesson. In the future, Miss
Snyder is aware that all lesson plans must be
discussed and approved the day prior to the
lesson.

### PREPARATION
*Knowledge*

N_    7. Incorporates strong general education
knowledge to plan for content-area connections
and applications.

A_    8. Demonstrates in-depth understanding of the
subject matter as described in Pennsylvania
Standards.

R_    9. Demonstrates in-depth knowledge of students'
characteristics, abilities, and learning styles to
develop effective lesson/unit plans.
*Skills*

G_    10. Designs instructional plans that incorporate
Pennsylvania Standards.

G_    11. Collaborates with all appropriate individuals
in planning for the success of students with
exceptional needs.

N_    12. Plans a variety of assessments appropriate to
the pre-teaching, teaching, and post-teaching
stages of instruction.
PREPARATION (continued)
13. Develops and revises plans in response to

### EVIDENCE

Miss Snyder needs to focus on strengthening
her own content knowledge for planning and
executing lessons. Many errors were made in
daily lessons that were partly due to weak
content knowledge and due to a lack of
preparation. Though Miss Snyder is very
interested in getting to know her students on a
personal level, she does need to effectively
plan lessons to stimulate various learning
styles and to account for struggling students
who are clearly not grasping the content during
the lesson. Though she has relatively few
students with IEPs, Miss Snyder is well aware
of those students in her planning. One area
where Miss Snyder needs to show growth in
the second half of this placement is the area
concerning the stages of instruction and
assessments (pre-teaching, teaching, and post-
teaching). She needs to better understand what
students know and are able to do prior to
planning effective lessons. She needs to

**Millersville Student Teaching Mid-Evaluation – English**

R_ assessment data about student learning.
*Dispositions*
14. Demonstrates the value of preparation through the planning of meaningful lessons/units.

R_

## TEACHING PERFORMANCE
*Knowledge*
R_ 15. Bases teaching decisions on sound educational theory and knowledge of students and school culture.
*Skills*
R_ 16. Communicates content in a variety of ways that students understand.
N_ 17. Stimulates student discussion, reflection, and participation.
N_ 18. Consistently uses positive classroom management to engage students and promote on-task behavior.
G_ 19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse.
R_ 20. Facilitates both individual student work and collaborative groups.
N_ 21. Uses frequent checks for assessing understanding.
R_ 22. Effectively integrates a variety of teaching materials and technology.
N_ 23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking.
R_ 24. Shapes learning environments to encourage students' self-motivation and independence.
*Dispositions*
R_ 25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility to the group are valued.

recognize the number of students struggling with content during a lesson and then reevaluate and plan accordingly for the next day. Too many students are left behind as a result of ineffective lessons; Miss Snyder has recognized this, but at this point, it's too late.

EVIDENCE

Though Miss Snyder has strengths in the teaching performance category, this is the area where I feel she needs to improve the most. Student feedback, parent feedback, student performance on assessments, and my own observations affirm my beliefs. Based partly on my suggestions, Miss Snyder began to use educational research to inform her planning and improve her lessons as the weeks progressed (i.e., K-W-L chart). To her credit, she also utilizes partner and group assignments in her lessons. Demonstrating her comfort with technology, Miss Snyder has included DVD excerpts, overheads, and PowerPoint presentations in her lessons. However, Miss Snyder's lessons do not stimulate class discussion, reflection, or participation frequently. Most lessons tend to be lecture-based with some basic, closed questioning (not higher-order or critical thinking). Many lessons were spent with the teacher talking—not with the teacher teaching. Miss Snyder's lessons would also benefit from varied teaching strategies. Further, positive classroom management is an important area of growth for Miss Snyder. She has worked to develop on-task behavior through trial and error; however, frequently, she resorts to talking over the students, twice shouting "Shut up," and overall feeling and showing that she is frustrated and not in control.

**Millersville Student Teaching Mid-Evaluation – English**

EFFECT ON STUDENT LEARNING

R_ 26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse.

N_ 27. Evidence of student growth in critical thinking and interest in subject matter.

N_ 28. Evidence of student adherence to classroom expectations, standards, and routines.

N_ 29. Evidence of student respect and rapport with the student teacher.

EVIDENCE

Many students who completed Miss Snyder's earlier units in the course would not, I'm afraid, demonstrate a strong evidence of learning. For example, a post-test given to one class on figurative language made this evident when the class averaged a 4 out of 10. Along with earlier noted areas for growth, Miss Snyder's focus for the second half of this placement should be on # 27, 28, and 29, for student growth, adherence to classroom expectations and standards, and evidence of student respect/rapport are essential to any good classroom.

ENGLISH SPECIFIC ITEMS

G_ 30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education.

R_ 31. Engages students in making meaning of texts through personal response.

N_ 32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts.

N_ 33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms.

L_ 34. Engages students in critical analysis of different media and communications technologies.

EVIDENCE

Through Miss Snyder's efforts, the students have made connections between the course content and various events in popular culture. As far as English-specific items are concerned, Miss Snyder should encourage students to make more meaningful, personal connections with texts. She should also focus her planning of in and out of class readings to cover various reading strategies. Finally, she should allow the students to discuss important ideas and concepts rooted in the literature we study more frequently.

Additional Comments / Evidence

| EVALUATOR: | Nicole Reinking | English teacher | 3/20/06 | |
|---|---|---|---|---|
| | Name | Title | Date | Signature |

**Exhibit D**

## Millersville Student Teaching Mid-Evaluation – English

| Stacy Snyder | CVHS | Spring | English | 12 | |
|---|---|---|---|---|---|
| Student Teacher | School | Semester | Subject | Grade Level | Initials |

G=Good progress evidenced. You are building a sound foundation. Continued on-going development is expected.

R= Reasonable progress evidenced. Continued on-going development is expected.

A=Additional attention needed. Seek additional feedback and improvement in this area.

N=Needs significant remediation. There is need to develop specific plans for improvement and to demonstrate significant improvements in this area.

L=Limited opportunity to demonstrate at this point.

### PROFESSIONALISM

*Knowledge*

_G_  1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws.

*Skills*

_A_  2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel.

_R_  3. Meets professional expectations through appropriate dress, punctuality, language, and interpersonal skills.

_G_  4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers.

*Dispositions*

_G_  5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels.

_R_  6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities.

#### EVIDENCE

2. As observation reports indicate, additional attention is needed in regard to clear (sequential, paced, definitive) communication with students.
3. Interpersonal skills – continue to develop the proper teacher - student boundaries.
6. MU obligations are still somewhat behind schedule but on the move.
Professional organizations?

### PREPARATION

*Knowledge*

_A_  7. Incorporates strong general education knowledge to plan for content-area connections and applications.

_N_  8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

_L_  9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans.

*Skills*

_R_  10. Designs instructional plans that incorporate Pennsylvania Standards.

_L_  11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

_L_  12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

#### EVIDENCE

7. Some use of transfer – continue to develop anticipatory sets, reinforcement (negative and positive), motivation techniques, and higher level thinking stimulus and response.
7/9 - I am confused about CIRQL. Which unit is it?
8. See observation comments on processing.
9/12 - MU steps done out of order.
10. Standards included in recent lesson plans
11. Shadowing? Student with exceptional needs?

PREPARATION (continued)

Millersville Student Teaching Mid-Evaluation – English

| | | |
|---|---|---|
| _L | 13. Develops and revises plans in response to assessment data about student learning.<br>*Dispositions* | 13    Use CIRQL<br>14    process |
| _A | 14. Demonstrates the value of preparation through the planning of meaningful lessons/units. | |

| | | |
|---|---|---|
| | TEACHING PERFORMANCE<br>*Knowledge* | EVIDENCE<br>15.  Application of theory must allow for negative and positive reinforcement.  Effective use of psychology is needed.  Be confident and demand respect. This observer needs to see that the student teacher now "gets it!" |
| _A | 15. Bases teaching decisions on sound educational theory and knowledge of students and school culture.<br>*Skills* | |
| _N | 16. Communicates content in a variety of ways that students understand. | |
| _A | 17. Stimulates student discussion, reflection, and participation. | 16,17 – Content must be mastered and presented in ways that lead to at least application level on the taxonomy. |
| _N | 18. Consistently uses positive classroom management to engage students and promote on-task behavior. | 18/23 – Improvements in pace, content depth, businesslike routines, and the proper teacher/student relationship are needed. |
| _G | 19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse. | |
| _R | 20. Facilitates both individual student work and collaborative groups. | 20. Group work has been too simple – not really an application of a concept that students can articulate. |
| _R | 21. Uses frequent checks for assessing understanding. | |
| _R | 22. Effectively integrates a variety of teaching materials and technology. | 22. Variety – yes.<br>Effective use – no. |
| _N | 23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking. | |
| _L | 24. Shapes learning environments to encourage students' self-motivation and independence.<br>*Dispositions* | |
| _L | 25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility to the group are valued. | |

**Millersville Student Teaching Mid-Evaluation – English**

| | EFFECT ON STUDENT LEARNING | EVIDENCE |
|---|---|---|
| L | 26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse. | 28,29 - Some improvement - applying management plan. |
| L | 27. Evidence of student growth in critical thinking and interest in subject matter. | |
| N | 28. Evidence of student adherence to classroom expectations, standards, and routines. | |
| N | 29. Evidence of student respect and rapport with the student teacher. | |

| | ENGLISH SPECIFIC ITEMS | EVIDENCE |
|---|---|---|
| R | 30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education. | 31.   Stimulus and response discussions need depth that brings meaning. |
| A | 31. Engages students in making meaning of texts through personal response. | |
| L | 32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts. | |
| R | 33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms. | |
| ? | 34. Engages students in critical analysis of different media and communications technologies. | |

Additional Comments / Evidence

EVALUATOR: J. Barry Girvin    Supervisor    3-17-06    Barry Girvin

Name            Title                Date        Signature

**Exhibit E**

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

## Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice

| Snyder | Stacy | L. | 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 |
| Student/Candidate's Last Name | First | Middle | Social Security Number |

Subject(s) Taught    English                                    Grade Level   12

This form is to serve as a permanent record of a student teacher/candidate's professional performance evaluation during a specific time period, based on specific criteria. This form must be used at least twice during the 12-week (minimum) student teaching experience.

### PERFORMANCE EVALUATION

Directions: Examine all sources of evidence provided by the student teacher/candidate and bear in mind the aspects of teaching for each of the four categories used in this form. Check the appropriate aspects of student teaching, and indicate the sources of evidence used to determine the evaluation of the results in each category. Assign an evaluation for each of the four categories and then assign an overall evaluation of performance. Sign the form and gain the signature of the student teacher.

Category I: Planning and Preparation — Student teacher/candidate demonstrates thorough knowledge of content and pedagogical skills in planning and preparation. Student teacher makes plans and sets goals based on the content to be taught/learned, knowledge of assigned students, and the instructional context.
Alignment: 354.33. (1)(i)(A), (B), (C), (G), (H)

Student Teacher/Candidate's performance appropriately demonstrates:
- Knowledge of content
- Knowledge of pedagogy
- Knowledge of Pennsylvania's K-12 Academic Standards
- Knowledge of students and how to use this knowledge to impart instruction
- Use of resources, materials, or technology available through the school or district
- Instructional goals that show a recognizable sequence with adaptations for individual student needs
- Assessments of student learning aligned to the instructional goals and adapted as required for student needs
- Use of educational psychological principles/theories in the construction of lesson plans and setting instructional goals

Sources of Evidence (Check all that apply and include dates, types/titles and number)

| [x] Lesson/Unit Plans | See Attached 430-A | [x] Student Teacher Interviews | See Attached 430-A |
| [X] Resources/Materials/Technology | See Attached 430-A | [X] Classroom Observations | See Attached 430-A |
| [x] Assessment Materials | See Attached 430-A | [ ] Resource Documents | See Attached 430-A |
| [ ] Information About Students (Including IEP's) | See Attached 430-A | [ ] Other | See Attached 430-A |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☐ | ☒ | ☐ |

Justification for Evaluation

Content must be processed to the point that understanding leads to success on assessments. Planning must provide for this. Lesson plans should reflect awareness of the need to look at content in a variety of ways that lead to retention and higher level thinking. Also, lesson plans should set the stage for proper pace and for activities that provide meaningful practice of the learning.

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |
|---|---|---|

Student/Candidate's Last Name: Snyder    First: Stacy    Middle: L    Social Security Number: 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

**Category II: Classroom Environment** — Student teacher/candidate establishes and maintains a purposeful and equitable environment for learning, in which students feel safe, valued, and respected, by instituting routines and setting clear expectations for student behavior.
Alignment: 354.33. (1)(i)(E), (B)

Student Teacher/Candidate's performance appropriately demonstrates:

- Expectations for student achievement with value placed on the quality of student work
- Attention to equitable learning opportunities for students
- Appropriate interactions between teacher and students and among students
- Effective classroom routines and procedures resulting in little or no loss of instructional time
- Clear standards of conduct and effective management of student behavior
- Appropriate attention given to safety in the classroom to the extent that it is under the control of the student teacher
- Ability to establish and maintain rapport with students

**Sources of Evidence** (Check all that apply and include dates, types/titles, and number)
- [X] Classroom Observations    See Attached 430-A
- [X] Informal Observations/Visits    See Attached 430-A    [ ] Visual Technology    See Attached 430-A
- [X] Student Teacher/Candidate    See Attached 430-A    [X] Resources/Materials/Technology/Space    See Attached 430-A
    Interviews    See Attached 430-A    [ ] Other    See Attached 430-A

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☐ | ☐ | ☒ |

**Justification for Evaluation**

Effective management of student conduct has not resulted although there has been some improvement through application (consequences) of the management plan.  Improved interaction between the student teacher and the students

will develop through better pacing, better processing, and a more "down to business" approach with good transitions (no lulls/no off-task comments).

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA  17126-0333 |

Student/Candidate's Last Name **Snyder**    First **Stacy**    Middle **L.**    Social Security Number **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**

**Category III – Instructional Delivery - Student teacher/candidate, through knowledge of content, pedagogy and skill in delivering instruction, engages students in learning by using a variety of instructional strategies.**
Alignment: 354.33. (1)(i)(D),(F),(G)

Student Teacher/candidate's performance appropriately demonstrates:

- Use of knowledge of content and pedagogical theory through his/her instructional delivery
- Instructional goals reflecting Pennsylvania K-12 standards
- Communication of procedures and clear explanations of content
- Use of instructional goals that show a recognizable sequence, clear student expectations, and adaptations for individual student needs
- Use of questioning and discussion strategies that encourage many students to participate
- Engagement of students in learning and adequate pacing of instruction
- Feedback to students on their learning
- Use of informal and formal assessments to meet learning goals and to monitor student learning
- Flexibility and responsiveness in meeting the learning needs of students
- Integration of disciplines within the educational curriculum

Sources of Evidence (Check all that apply and include dates, types/titles, or number)

| | | | |
|---|---|---|---|
| [X] Classroom Observations | See Attached 430-A | [ ] Student Assignment Sheets | See Attached 430-A |
| [X] Informal Observations/Visits | See Attached 430-A | [ ] Student Work | See Attached 430-A |
| [ ] Assessment Materials | See Attached 430-A | [X] Instructional Resources/ | See Attached 430-A |
| [X] Student Teacher/Candidate | See Attached 430-A | Materials/Technology | |
| Interviews | | [ ] Other | See Attached 430-A |

| .gory | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☐ | ⊠ | ☐ |

**Justification for Evaluation**

Instructional delivery is hampered by classroom management problems, but the student teacher does establish goals for sequence and makes adaptations for individual needs.  She uses positive reinforcement, gives regular feedback on assignments, and uses informal assessments as she teaches.

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

Student/Candidate's Last Name  Snyder     First  Stacy     Middle  L     Social Security Number  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

---

**Category IV – Professionalism** - Student teacher/candidate demonstrates qualities that characterize a professional person in aspects that occur in and beyond the classroom/building.
**Alignment: 354.33. (1)(i)(I),(J)**

Student Teacher/Candidate's performance appropriately demonstrates:

- Knowledge of school and district procedures and regulations related to attendance, punctuality and the like
- Knowledge of school or district requirements for maintaining accurate records and communicating with families
- Knowledge of school and/or district events
- Knowledge of district or college's professional growth and development opportunities
- Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local, state, and federal, laws and regulations
- Effective communication, both oral and written with students, colleagues, paraprofessionals, related service personnel, and administrators
- Ability to cultivate professional relationships with school colleagues
- Knowledge of Commonwealth requirements for continuing professional development and licensure

Sources of Evidence (Check all that apply and include dates, types/titles, or number)

| | | |
|---|---|---|
| [x] Classroom Observations | See Attached 430-A | [x] Student Assignment Sheets    See Attached 430-A |
| [x] Informal Observations/Visits | See Attached 430-A | [ ] Student Work    See Attached 430-A |
| [ ] Assessment Materials | See Attached 430-A | [x] Instructional Resources/Materials/    See Attached 430-A |
| [x] Student Teacher Interviews | See Attached 430-A | [ ] Technology |
| [ ] Written Documentation | See Attached 430-A | [x] Other    See Attached 430-A |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☒ | ☐ | ☐ |

**Justification for Evaluation**

Ms Snyder usually and extensively conducts herself in a very professional manner.

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

| Overall Rating | | | |
|---|---|---|---|
| Category | Exemplary (Minimum of 12 Points) | Superior (Minimum of 8 Points) | Satisfactory (Minimum of 4 Points) | Unsatisfactory (0 Points) |
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √ ) | | | ✓ | |

Note: This assessment instrument must be used a minimum of two times. **A satisfactory rating (1) in each of the 4 categories, resulting in a minimum total of at least (4) points, must be achieved on the <u>final summative rating</u> to favorably complete this assessment.**

**Justification for Overall Rating:**
Categories I through IV do not show a consistent pattern but the average is shown above. Needed improvements are noted in this document as well as in written observation reports.

Student Teacher/Candidate's Last Name: Snyder,  First: Stacy  Middle: L.  Social Security Number: 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

District/IU: Conestoga Valley IU 13  School: Conestoga Valley High School  Interview/Conference Date: 3/21/06

School Year: 2005-2006  Term: Spring

**Required Signatures:**
Supervisor/Evaluator:  Date: 3-21-06

Student/Teacher Candidate:  Date: 03/21/06

**(Confidential Document)**

# PDE Form 430 Attachment A

## Category I: Planning and Preparation

Lesson Unit Plans: Types Titles and Numbers:

The Supervisor has had ample opportunity to examine lesson plans including those focused on Riddles, The Seafarer, and the definition of plagiarism.

Resources / Materials / Technology:

A variety of resouces are used and power point presentations are part of the approach.  The use of space in regard to materials and technology needs better planning.

Assessment Material:

Test on Medieval Unit - multiple choice, true/false, short answer, essay - examples of literature for students to analyze.

Information About Students:

Teacher Conferences Interviews:

2-16-06              In each case, written observation reports
3-02-06              were discussed in detail.  Glows and
3-10-06              grows were clearly explained.
3-21-06

Classroom Observations:

2-15-06
3-01-06
3-09-06

Teacher Resource Documents:

Other:

# PDE Form 430 Attachment A

## Category II: Classroom Environment

| Classroom Observations: |
|---|
| 2-15-06<br>3-01-06<br>3-09-06 |

| Informal ~~Observations~~/Visits: |
|---|
| 2-28-06 |

| Teacher Conferences/Interviews: |
|---|
| 2-16-06<br>3-02-06 - complete analysis of improvements made and Supervisor's<br>        suggestions for further progress (Observation form<br>        for 3-01-06 class).<br>3-10-06<br>3-21-06 |

| Visual Technology: |
|---|
|  |

| Resources/Materials/Technology/Space: |
|---|
| See Category I : Resources/Materials/Technology |

| Other: |
|---|
|  |

# PDE Form 430 Attachment A

## Category III: Instructional Delivery

| Classroom Observations: |
|---|
| 2-15-06<br>3-01-06<br>3-09-06 |

| Informal ████████/Visits: |
|---|
| 2-28-06 |

| Assessment Materials: |
|---|
|  |

| Teacher Conferences/Interviews: |
|---|
| 2-16-06<br>3-02-06<br>3-10-06<br>3-21-06 - Mid-term evaluation |

| Student Assignment Sheets: |
|---|
|  |

| Student Work: |
|---|
|  |

| Instructional Resources/Materials/Technology: |
|---|
| See Category I: Resources/Materials/Technology |

| Other: |
|---|
|  |

PDE-430A

## PDE Form 430 Attachment A

### Category IV: Professionalism

| |
|---|
| Teacher Classroom Observations: |
| 2-15-06<br>3-01-06<br>3-09-06 |

| |
|---|
| Informal ~~Observations~~/Visits: |
| 2-28-06 |

| |
|---|
| Assessment Materials: |
| Clear instructions, good organization, most questions clearly stated. |

| |
|---|
| Student Teacher Interviews: |
| 2-16-06<br>3-02-06<br>3-10-06<br>3-21-06 |
| Written Documentation: |

| |
|---|
| Student Assignment Sheets: |
| Formats designed to help students prepare for class or practice previous learning. |

| |
|---|
| Student Work |

| |
|---|
| Instructional Resources/Materials/Technology: |

| |
|---|
| Other |
| Knowledge of and interest in the Commonwealth's requirements for continuing professional development. |

PDE-430A

**Exhibit F**

### Unprofessional Behavior/Performance in the Classroom

Miss Snyder played a song for background music during one of her first lessons that included profane language. She seemed to be oblivious to the words, so after hearing the first then the second word, I quickly walked over to stop the music.

On February 15, 2006 (with her supervisor in the room), Miss Snyder gave an account of her Valentine's Day with her boyfriend, ex-husband, and children that made me and the students feel very uncomfortable.

Several times in class, the students used foul language ("Shut the hell up!" one student said.) or discussed inappropriate weekend behavior without reprimand from Miss Snyder.

Twice in class—even after I advised her not to the first time—Miss Snyder used "Shut up!" as a means to gain her students' attention. This, unfortunately, led the students to use this phrase to gain the attention of classmates during lessons

Twice I warned Miss Snyder to avoid Myspace.com discussions with her students and to avoid looking up student accounts or corresponding with students on the website. I could not have been clearer. On Friday, May 5, during class, Miss Snyder asked a few students in her class if they were on her Myspace account. She explained that a friend said that one of her (Miss Snyder's) students (fitting their description) stopped her in the mall and said, "I recognize you from Miss Snyder's Myspace account." After this, of course, a colleague of mine found and shared Miss Snyder's Myspace account with me. A copy of some of the account's content is included.

Frequently, Miss Snyder went above me for answers to issues concerning my classroom or her time at C— even after I explained the appropriate chain of command. Instead of asking me, she decided to ask the assistant principal for a key to my classroom. Also, she asked my department supervisor, instead of asking me, if she could remain at CV after she graduated to continue teaching my senior courses.

As far as professional dress is concerned, I needed to inform Miss Snyder that flip-flops are not professional attire. She was also overly eager to wear jeans and dress down at any and all opportunities; however, she has not made the required donations to participate in the dress down days (to CVEA in support of our scholarship fund and to the Wellness team).

Oftentimes, criticism of Miss Snyder's lack of professionalism came to me from my colleagues at CV, to which I could only apologize on her behalf. One staff member noted that when Miss Snyder observed her class that she sat in the back of the room and scanned her textbook to plan for her next block's lesson instead of observing the teacher's interactions with the class. Many staff members have commented to me that Miss Snyder's forwardness with staff or lack of attention to procedure demonstrated her inability to observe professional boundaries.

Additionally, Miss Snyder asked to leave for an 11:30 doctor's appointment on May 8; however, a department colleague informed me that she overheard Miss Snyder making the appointment with the doctor on her cell phone in the faculty lounge/prep room. According to this teacher, the appointment was clearly set for 3 p.m., which Miss Snyder definitely announced to a substitute teacher in the lounge

Dr. Bray:

First and foremost, I don't want this appeal meeting to be a bashing of another's character; however, I do want to reinstate or change the outlook of my character in this gathering. The only way I know how to do that is to display the facts with the backing that I have and explain the other points as professionally as possible. I don't want to make my cooperating teacher look awful, but I feel that my character traits and professional qualities are being challenged. I am not the person or the teacher being portrayed in these documents.

Second, I am looking to appeal the decision of the college about both my degree and the ban of educational classes at this university. Furthermore, if both items cannot be appealed, I would be happy to know that I would be able to take education classes at Millersville University.

---

Mrs. Reinking made up this list of nine incidents that "occurred" over the 14 weeks of my student teaching. I will make an argument against most points. I know that I cannot argue some of these points because I was naïve to the concepts until they were brought to my attention. Most concepts were brought to my attention in a one sentence comment, but the most serious situations that are being questioned were never brought up by Mrs. Reinking to myself or Mr. Girvin.

Incident 1: "Profane Language": The first incident *did* take place in the classroom. I was busy assisting students with questions on the task at hand (a journal prompt), and I played a song by Ben Folds. The lyrics to this song are attached. While I didn't hear the lyrics and the song was skipped (not turned off), and I continued on with the lesson. Mrs. Reinking told me that there was a swear word that was played, and I apologized automatically to her. I told her that I believed the CD included no swear words. Upon further inspection, the swear word listened in the song was "ass." The word "ass" came up in our class within the literature. While this was inappropriate language, I feel that I needed to present that the word was not an FCC regulated word, in which the students would not have heard it on the radio normally or in an un-banned book.

Incident 2: "Valentine's Day": I had two students ask me of my experience on Valentine's Day during the teaching of my Anglo-Saxon unit. While I was inexperienced in handling personal questions like that, I quickly (but briefly) explained my night. I told them that my boyfriend and I went to Damon's Grill for dinner. Upon arrival, I saw my ex, and we left to go out for pizza. I told them of my two gifts: a stuffed teddy bear and lion. After these few details, I began the lesson. The explanation in question was less than two minutes, and so minute that Mr. Girvin did not bring it up during his observation evaluation (see form for February 15, 2006). If Mrs. Reinking was so uncomfortable, *why* did she not proceed to reprimand me for my behavior at the end of that class?

Incident 3: "Foul language": During my tenure at CVHS, I had a discipline plan: 1) Verbal Warning, 2) Call Home, 3) Written Warning, and 4) School Detention. When students were inappropriate in those situations, I gave them a verbal warning. I talked to them in class while other students were working, verbally warned them in front of the class ("No F Bombs in Class") or I talked to them after class. As far as inappropriate behavior conversations by students, there were none with my students in front of me teaching. When one student in Mrs. Reinking's "Advanced Composition" class talked about drinking, I said, "This is not something you should be talking about. I am a teacher, and I don't want to hear anything else about it." On my last day at CVHS, a student was beginning to retell his events at post-prom in the nurse's office. I proceeded to give him the same lecture. I don't know what reason Mrs. Reinking had for placing this issue on the list; obviously, it was handled professionally and immediately.

Incident 4: "Shut Up!" I cannot argue that this did not occur. I apologized to the students and Mrs. Reinking after I did it. I was one month into the experience, and I was having behavioral problems/discipline problems with my second block class. One day when they were out of control, I leaned to using the term "Shut Up" to gain the attention of the class. Mrs. Reinking was present the whole block and didn't intervene at that point to help me with the class. We talked about this issue and the proper chain of command in an afternoon talk on February 27, 2006; however, this is one of the few conversations Mrs. Reinking had with me. She did not conference with me formally after this point. The only notes that I have from her (during my whole experience) are presented here from that day. I have all paperwork from Mr. Girvin throughout the semester, and this is the only "noted" evaluation I had. After our talk, I apologized to the students, and made a class rule that the words should not be used in class by anyone. The students took this announcement seriously and all conversation using that term stopped.

Incident 5: "Myspace.com": This is the touchiest incident on this sheet, and the incident that led to the stripping of my degree. First and foremost, Mr. Girvin was aware of this from the day of my final evaluation, I stated: "*Mrs. Reinking never warned me about My Space.*" I am not holding her to blame. I made up the account before student teaching, and the issue was brought up to avoid talking about staff, students, or faculty on your page. I adhered to that warning. I *never* talked about any member of CV in my comments or blogs. Am I saying I am not to blame for having the account, no. Am I stating that my co-op should have had a conference with me on the issue of internet accounts with Mr. Girvin (during our first conversation about it– Mrs. Reinking and myself, no students involved), yes. I am not saying the account wasn't there… It was. But, the discussions Mrs. Reinking was identifying were fabricated, and they never occurred. The first time the problem of the myspace account came up was in a conversation the day after Mrs. Buffington's call about professionalism. Within a one-two hour period, my account was closed. I am presenting the facts. I closed that account immediately after speaking with my supervisor about it. If it was an issue before my full load began, than there should have been a conference with my supervisor and co-operating teacher to remove it and how it didn't adhere to specific tenets of the Ethics Code. No talk ever took place, and I cannot fathom to the reasons why it was only

brought up five days before I graduated.

Incident 6: "Chain of Command": The issue of the chain of command was brought up during my conference with Mrs. Reinking (listed above). During a one-week period, I asked Mr. Prichard if student teachers get keys for the classroom they are teaching in. He said, "No," and that was the end of the conversation. I was the one that informed Mrs. Reinking that I spoke with him. Later that week, I asked Mrs. Buffington a simple question with Mrs. Reinking and Mrs. Barnett (the reading teacher) in the room. I asked whether student teachers could continue to observe in the classroom after they graduate, and Mrs. Buffington said, "No." Mrs. Reinking has that listed on the top of the notes page I have as backing that issue, but the idea of "chain of command" was not an issue after that point.

Incident 7: "Professional Dress": Professional dress was never an issue for me at any point in my educational career at MU, for the exception of this one incident Mrs. Reinking identified. First, Mrs. Reinking was absent that day, it was a half-day because culminating projects were being presented, and it was St. Patrick's Day so other staff members were dressing differently for the day. While I was not an official staff member, I didn't see nor read any material stating that flip-flops was prohibited. After the senior project presentations, Mrs. Reinking briefly mentioned that I should not wear flip-flops to school. I apologized and never wore them again; furthermore, I didn't even wear flip-flops or sandals on any of the spirit days in fear of punishment. As far as the contribution to CVEA, I am appalled that she would have listed this. My dedication and support of the student body has never been a question, and this sheds unprofessional light on that, which I argue with the most. Mrs. Reinking and I went through the proper channels together to see if I could dress down on those days, and the answer was yes, as long as I made a donation. We agreed that I would write a check to CVEA on one of my last days there, and I was suppose to tally the number of days I participated for the final donation amount. Since I was removed from the school, there was no way of me paying this debt. It was an issue I brought up to Dr. Dietrich during my meeting with her. She said I could make an anonymous donation, which I plan to do. I just wanted to add that I donated money to other organizations in the school during my stay, and I *never* would take that money away from a student that earned it.

Incident 8: "Colleagues/Observations": Mrs. Reinking never talked to me about the conversations listed in her document with me. She told me she had to apologize for me one time, and that was a "spit ball" incident in the library. I can inform you of the details of time, but all students were punished that were involved because I took the proper channels. However, I did not hear anything otherwise. As far as the information relayed to her about my observation behavior, I have detailed notes for every observation I made at the high school and middle school level with minute-by-minute classroom analysis. Whoever brought this to Mrs. Reinking was false with their accusations, if you look at the proof you can clearly see that I was observing the class not planning my next lesson.

Incident 9: "Doctor's Appointment": Before I received the phone call at my home last

Monday, I had a serious health matter that harbored me from staying at school all day. I called Mrs. Reinking early that morning and told her that I was having a reaction from something that I wanted to try to make it through my last "official" day of teaching. She agreed and said that I should see Nancy Lopez, the school nurse. I taught first block and went to the nurse. I complained about my asthma and showed her the reaction sight. She told me to contact my doctor. I did so just like it is stated in Mrs. Reinking's document; however, what isn't stated is that I received a second call from my doctor's office concerning the appointment. Another patient cancelled, so they wanted me to be seen earlier at 11:30. I took this phone call in the IPC: a smaller teacher's lounge for English teachers. My family doctor is producing a formal letter stating the situation, which explains that I did not lie (which is being implied in Mrs. Reinking's document) and I was definitely sick.

# Whatever and Ever Amen

One Angry Dwarf, and 200 Solemn Faces (By Ben Folds)
September '75 I was 47 inches high
Mom said by Christmas I would have
A badass mother G.I. Joe
For your little minds to blow
I still got beat up after class

Yeah, now I'm big and important
One angry dwarf and 200 solemn faces are you
If you really want to see me check the papers and the TV
Look who's telling who what to do
Kiss my ass goodbye ✶ Where the song was stopped!

Don't give me that bullshit, you know who I am
I'm your nightmare little man
Vic, you stole my lunch money, made me cry
Jane, remember second grade?
Said you couldn't stand my face
Rather than kiss me you said you'd rather die

Now I'm big and important
One angry dwarf and 200 solemn faces are you
If you really want to see me check the papers and the TV
Look who's telling who what to do
Kiss my ass goodbye

You'll be sorry one day
Yes you will, yes you will
You shouldn't push me around
'cause I will, yes I will
You will be sorry when I'm big
Yes you will, yes you will
You will be sorry

Now I'm big and important
One angry dwarf and 200 solemn faces are you
If you really want to see me check the papers and the TV
Look who's telling who what to do
Kiss my ass
Kiss my ass
Goodbye



**Thursday, May 04, 2006**

So... Updates!!!
Current mood: *don't*
Category: *[illegible]*

**Updates.**

First, Bree said that one of my students was on here looking at my page, which is fine... I have nothing to hide. I am over 21 and I don't say anything that will hurt me in the long run. Plus I don't think that they would stoop that low as to mess with my future. So if not, oh well. I figure a couple students will actually send me a message when I am no longer their offical teacher. They keep asking me why I won't apply there. Do you think it would continue to tell them the real reason (or who the problem was)?

**Exhibit G**

| | |
|---|---|
| **From:** | "Stacy Snyder" <ssmb112801@yahoo.com> |
| **To:** | "J Barry Girvin" <jbgseg@highstream.net> |
| **Sent:** | Tuesday, May 09, 2006 11:15 AM |
| **Subject:** | Paperwork, Etc. |

Hi Mr. Girvin. I am hanging in there (but by a thread). I am extremely confused and this email will hold several emotions along with it. I wanted to tell you a couple things before we talk tonight. The aggrivated feelings and overtones of this message are not directed towards anybody, but are a mere highlight of the feelings I am juggling. I need to clarify that I am not mad at you, but just frustrated in general. This is something that I wasn't expecting and caught me completely off guard!

First, I just wanted to be more specific as to the assignments I need to pick up:
1. Over sixty journals (with 12 entries in each for a summative assessment)        FOR BLKS 1 & 3
2. Over sixty packets (study guides- for a class participation grade)
   FOR BLKS 1 & 3
3. All/any make-up work handed in by students in ALL 3 BLOCKS
*I don't know how I am going to get these all graded in time. I would have had time to get them sporadically in class and work on them while I was watching Mrs. Reinking teach; now I do not have that luxury. I feel like I am not finishing my job correctly-- and it is not my decision that is causing it.*

In addition, the copy of Hamlet that I am renting for class is in the classroom and is due back today. So, I am going to receive a late fee because I cannot get it (to return it). *Actually, I will have to pay for it being 3 days late, which I can't afford!*

Third, It was requested that I pack up all of my things and leave on Thursday. One, I have a desk in the classroom. Should I take that on Thursday as well? Two (I apologize if I am blunt, and I don't want to offend you.), Am I not allowed to say goodbye to the students on Friday? If so, why am I being treated like a criminal. *I was and am a good teacher, and I feel it is unnecessary to go to this extent on my last week of teaching when I am supposed to say goodbye and finish my work load.* It makes me look like a hypocrite and a liar, and I am neither! Couldn't Mrs. Buffington and Mrs. Reinking gone about this in a different way?

Lastly, is there a way that I can request that no one is placed with Mrs. Reinking again. I can rate you as a supervisor, but I was never able to rate her as a co-op. I don't know how you feel about this, but I had a negative experience most of this semester; I only mentioned a small part to you. *I don't want another student teacher to have to go through this. I am sorry that I didn't say something sooner, and maybe there is nothing I can do about it now...*

By the way, I took all of my pictures off of my webpage, and my comments and blogs are only for my friends to see anyways. Lastly, I have a friend who knows a thing or two about computers, and she says there is a way for only my friends (people I add) to view my whole webpage.... this ensures that nobody (students/staff members/etc) can look at my page at all! *I am going to have that in effect by the time of our meeting to prove that I didn't intentionally do anything wrong.* In addition, two quick questions:
*1. If myspace, zanga, and facebook sites are such a big deal to school staff members, why doesn't MU or school districts have a policy that tells all teachers to delete them before they teach?*
* I had my myspace account months before student teaching, and the only things that were ever brought up to us in Junior Block was a warning. Warning: do not post comments about staff members and students, which I didn't!!!!
*2. If this shows a flaw in my character, why is it being brought up during my final week of teaching?* I

had this account for months (like I said before), and the previous 14 weeks of student teaching, so why is it an issue now? I just wish I knew the circumstances and incident, so I could begin to understand and stop over analyzing the situation that I am stuck with.

*Thank you once again for all of your help. You a great supervisor! If I wouldn't have had you to receive guidance and support this semester, I would have been lost! I appreciate all your hard work and effort.*

I look forward to talking with you this afternoon or evening and receiving some type of clarification and understanding.

Stacy Snyder

New Yahoo! Messenger with Voice. Call regular phones from your PC and save big.

5/9/2006

**Exhibit H**

**Millersville Student Teaching Final Evaluation – English**

| Stacy Snyder | Conestoga Valley High School | Conestoga Valley School District | |
|---|---|---|---|
| Student Teacher | School | School District | |
| Spring 2006 | English | 12 | |
| Semester | Subject | Grade Level | Initials |

E=EXEMPLARY (explanation in Evidence section needed): The candidate consistently and thoroughly demonstrates indicators of performance. To receive this rating proficiency must be evidenced at the **level of a successful experienced teacher.**

S=SUPERIOR: The candidate usually and extensively demonstrates indicators of performance. Fulfilled at **the level of a superior beginning teacher**. Superior is the highest rating normally evidenced during student teaching.

C=COMPETENT: The candidate sometimes and adequately demonstrates indicators of performance. Fulfilled at the level of a competent beginning teacher needing standard first-year mentoring.

U=UNSATISFACTORY(explanation in Evidence section needed): The candidate rarely, never, inappropriately, or superficially demonstrates indicators of performance. Not fulfilled at the quality expected for a beginning teacher.

## PROFESSIONALISM

### Knowledge

Unsatisfactory — 1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws.

### Skills

Unsatisfactory — 2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel.

Unsatisfactory — 3. Meets professional expectations through appropriate dress, punctuality, language, and interpersonal skills.

satisfactory — 4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers.

### Dispositions

Competent — 5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels.

Superior — 6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities.

## PREPARATION

### Knowledge

Unsatisfactory — 7. Incorporates strong general education knowledge to plan for content-area connections and applications.

Unsatisfactory — 8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

Competent — 9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans.

### Skills

Superior — 10. Designs instructional plans that incorporate Pennsylvania Standards.

?erior — 11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

Competent — 12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

### EVIDENCE

In terms of professionalism, Miss Snyder evidenced some aspects of poor judgment during the semester, especially in regard to one specific instance (PA Code: Section 4.b.8); however, it is my sincerest hope that she will learn from this experience. At Conestoga Valley High School, a teacher who earns a mark of unsatisfactory for professionalism will fail the final evaluation overall; therefore, Miss Snyder has been encouraged to make wiser decisions when she places herself in siutations that may affect her teaching career. Additionally, Miss Snyder is an organized, punctual student teacher. She has begun to develop a belief that all students can learn at high levels, which she has worked to demonstrate in her daily lesson planning. Throughout the semester, Miss Snyder diligently contacted parents concerning discipline situations and failing grades.

### EVIDENCE

Growth and improvement can be noted in this area. Miss Snyder's lesson plan quality and timeliness improved in her final Shakespeare unit, which was aligned with Pennsylvania's standards. To her credit, Miss Snyder considered her students' prior knowledge and ability in order to develop a four-week unit for three blocks of traditional and technical seniors. However, most of Miss Snyder's written and oral communication with students and staff contained numerous grammatical and/or content errors, which is a cause for concern for an evaluator of a future English teacher. Frequently, in fact, her students corrected her during her lessons. Though Miss Snyder was not charged with teaching many students with exceptional needs, I am sure she would collaborate appropriately when needed. Miss Snyder needs

## Millersville Student Teaching Final Evaluation – English

PREPARATION (continued)

Competent 13. Develops and revises plans in response to assessment data about student learning.
*Dispositions*

Superior 14. Demonstrates the value of preparation through the planning of meaningful lessons/units.

to continue to grow in planning assessments (pre-teaching, teaching, and post-teaching) that inform and drive her lessons as she gains more experience.

TEACHING PERFORMANCE
*Knowledge*

Superior 15. Bases teaching decisions on sound educational theory and knowledge of students and school culture.
*Skills*

Competent 16. Communicates content in a variety of ways that students understand.

Competent 17. Stimulates student discussion, reflection, and participation.

Competent 18. Consistently uses positive classroom management to engage students and promote on-task behavior.

Superior 19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse.

Superior 20. Facilitates both individual student work and collaborative groups.

Competent 21. Uses frequent checks for assessing understanding.

Superior 22. Effectively integrates a variety of teaching materials and technology.

Competent 23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking.

Superior 24. Shapes learning environments to encourage students' self-motivation and independence.
*Dispositions*

Competent 25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility to the group are valued.

EVIDENCE

More growth and progress can be commended in the area of teaching performance, especially when considering her fresh start with a new group of students in the fourth quarter. Further mentoring and experience will continue to build Miss Snyder's developing knowledge of content, and her ability to communicate that content knowledge to her students through meaningful lessons has and will also continue to grow with time. Miss Snyder worked to generate rich lessons. Her ability to stimulate the discussion, reflection, and participation students expect and appreciate in an English or language arts classroom is proficient; however, much room for improvement still exists. Additionally, Miss Snyder used the semester to tryout, cultivate, and implement a variety of classroom management strategies, which she will no doubt implement in future classroom settings with success. A strength of Miss Snyder's is her desire and willingness to incorporate technology into her lesson plans. Miss Snyder utilized the visual power of the Internet, PowerPoint presentations, and film clips to enrich her lessons. Finally, many of Miss Snyder's assignments within units allowed students the freedom of expression and the independence to set their own pace.

Millersville Student Teaching Final Evaluation – English

| | EFFECT ON STUDENT LEARNING | EVIDENCE |
|---|---|---|
| _perior | 26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse. | Over the course of this experience and especially with her new group of students in the fourth quarter, Miss Snyder was able to show improvement in this area. Again, with |
| Competent | 27. Evidence of student growth in critical thinking and interest in subject matter. | mentoring and additional opportunity to develop as a teacher, Miss Snyder will be able |
| Competent | 28. Evidence of student adherence to classroom expectations, standards, and routines. | to expertly establish and manage classroom routine, expectations, and standards; and |
| Superior | 29. Evidence of student respect and rapport with the student teacher. | because she is always striving to improve, she will be able to effect appreciable student growth in critical thinking and interest in subject matter as time and occasions present themselves. By the end of the experience, Miss Snyder was able to gain the necessary respect and rapport from her students in the classroom. |

| | ENGLISH SPECIFIC ITEMS | EVIDENCE |
|---|---|---|
| Competent | 30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education. | Throughout the experience this semester, Miss Snyder's students made connections between the course content and |
| Superior | 31. Engages students in making meaning of texts through personal response. | various events in popular culture. As far as English-specific items are concerned, Miss |
| Competent | 32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts. | Snyder has worked to encourage her students to make meaningful, personal connections with texts. With additional experience and possibly |
| _mpetent | 33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms. | different content, Miss Snyder will hone her skills for teaching reading strategies and her skills for engaging students in discussions. |
| Superior | 34. Engages students in critical analysis of different media and communications technologies. | |

Additional Comments / Evidence

EVALUATOR: Nicole Runkings Teacher    5/11/cv    NicoluRunllo
              Name          Title          Date          Signature

**Exhibit I**

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

## Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice

| Snyder | Stacy | L. | 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 |
|---|---|---|---|
| Student/Candidate's Last Name | First | Middle | Social Security Number |

Subject(s) Taught    English                                      Grade Level    12

This form is to serve as a permanent record of a student teacher/candidate's professional performance evaluation during a specific time period, based on specific criteria. This form must be used at least twice during the 12-week (minimum) student teaching experience.

### PERFORMANCE EVALUATION

Directions: Examine all sources of evidence provided by the student teacher/candidate and bear in mind the aspects of teaching for each of the four categories used in this form. Check the appropriate aspects of student teaching, and indicate the sources of evidence used to determine the evaluation of the results in each category. Assign an evaluation for each of the four categories and then assign an overall evaluation of performance. Sign the form and gain the signature of the student teacher.

Category I: Planning and Preparation — Student teacher/candidate demonstrates thorough knowledge of content and pedagogical skills in planning and preparation. Student teacher makes plans and sets goals based on the content to be taught/learned, knowledge of assigned students, and the instructional context.
Alignment: 354.33. (1)(*i*)(A), (B), (C), (G), (H)

Student Teacher/Candidate's performance appropriately demonstrates:
- Knowledge of content
- Knowledge of pedagogy
- Knowledge of Pennsylvania's K-12 Academic Standards
- Knowledge of students and how to use this knowledge to impart instruction
- Use of resources, materials, or technology available through the school or district
- Instructional goals that show a recognizable sequence with adaptations for individual student needs
- Assessments of student learning aligned to the instructional goals and adapted as required for student needs
- Use of educational psychological principles/theories in the construction of lesson plans and setting instructional goals

Sources of Evidence (Check all that apply and include dates, types/titles and number)

| | | |
|---|---|---|
| ☒ Lesson/Unit Plans | See Attached 430-A | ☒ Student Teacher Interviews   See Attached 430-A |
| ☒ Resources/Materials/Technology | See Attached 430-A | ☒ Classroom Observations   See Attached 430-A |
| ☒ Assessment Materials | See Attached 430-A | ☐ Resource Documents   See Attached 430-A |
| ☐ Information About Students | See Attached 430-A | ☐ Other   See Attached 430-A |
| (Including IEP's) | | |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☒ | ☐ | ☐ |

Justification for Evaluation
Unit and daily planning has improved during the second half of the semester. The strongest evidence of this growth is Ms Snyder's Millersville University CIROL Unit. Content, strategies, and assessments were well addressed.

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |
| --- | --- | --- |

| | Snyder | Stacy | L. | 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 |
| --- | --- | --- | --- | --- |
| Student/Candidate's Last Name | | First | Middle | Social Security Number |

**Category II:  Classroom Environment** — Student teacher/candidate establishes and maintains a purposeful and equitable environment for learning, in which students feel safe, valued, and respected, by instituting routines and setting clear expectations for student behavior.
Alignment: 354.33. (1)(i)(E), (B)

Student Teacher/Candidate's performance appropriately demonstrates:

- Expectations for student achievement with value placed on the quality of student work
- Attention to equitable learning opportunities for students
- Appropriate interactions between teacher and students and among students
- Effective classroom routines and procedures resulting in little or no loss of instructional time
- Clear standards of conduct and effective management of student behavior
- Appropriate attention given to safety in the classroom to the extent that it is under the control of the student teacher
- Ability to establish and maintain rapport with students

**Sources of Evidence** (Check all that apply and include dates, types/titles, and number)

| | |
| --- | --- |
| ☒ Classroom Observations | See Attached 430-A |
| ☒ Informal Observations/Visits | See Attached 430-A |
| ☒ Student Teacher/Candidate | See Attached 430-A |
|    Interviews | See Attached 430-A |

| | |
| --- | --- |
| ☐ Visual Technology | See Attached 430-A |
| ☒ Resources/Materials/Technology/Space | See Attached 430-A |
| ☐ Other | |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
| --- | --- | --- | --- | --- |
| **Criteria for Rating** | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| **Rating** (Indicate √) | ☐ | ☐ | ☒ | ☐ |

**Justification for Evaluation**

There has been a definite improvement in classroom environment.  Better planning for clear instructions, pace, transitions, and businesslike implementation of Ms Snyder's discipline plan have produced a better learning environment.

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |
| --- | --- | --- |

|  | Snyder | Stacy | L. | 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 |
| --- | --- | --- | --- | --- |
| Student/Candidate's Last Name | | First | Middle | Social Security Number |

**Category III – Instructional Delivery** – Student teacher/candidate, through knowledge of content, pedagogy and skill in delivering instruction, engages students in learning by using a variety of instructional strategies.
Alignment: 354.33. (1)(I)(D),(F),(G)

Student Teacher/candidate's performance appropriately demonstrates:

- Use of knowledge of content and pedagogical theory through his/her instructional delivery
- Instructional goals reflecting Pennsylvania K-12 standards    •
- Communication of procedures and clear explanations of content
- Use of instructional goals that show a recognizable sequence, clear student expectations, and adaptations for individual student needs
- Use of questioning and discussion strategies that encourage many students to participate
- Engagement of students in learning and adequate pacing of instruction
- Feedback to students on their learning
- Use of informal and formal assessments to meet learning goals and to monitor student learning
- Flexibility and responsiveness in meeting the learning needs of students
- Integration of disciplines within the educational curriculum

Sources of Evidence (Check all that apply and include dates, types/titles, or number)

| ☒ Classroom Observations | See Attached 430-A | ☒ Student Assignment Sheets | See Attached 430-A |
| --- | --- | --- | --- |
| ☒ Informal Observations/Visits | See Attached 430-A | ☐ Student Work | See Attached 430-A |
| ☒ Assessment Materials | See Attached 430-A | ☒ Instructional Resources/ | See Attached 430-A |
| ☒ Student Teacher/Candidate | See Attached 430-A | Materials/Technology | |
| Interviews | | ☐ Other | See Attached 430-A |

| ory | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
| --- | --- | --- | --- | --- |
| **Criteria for Rating** | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| **Rating** (Indicate √) | ☐ | ☐ | ☒ | ☐ |

**Justification for Evaluation**

There was improvement in instructional delivery that sometimes and adequately demonstrated the indicators of performance.

PDE-430   3

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

| | Snyder | Stacy | L. | | 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 |
| Student/Candidate's Last Name | | First | Middle | | Social Security Number |

---

**Category IV – Professionalism – Student teacher/candidate demonstrates qualities that characterize a professional person in aspects that occur in and beyond the classroom/building.**
Alignment: 354.33. (1)(i)(I),(J)

Student Teacher/Candidate's performance appropriately demonstrates:

- Knowledge of school and district procedures and regulations related to attendance, punctuality and the like
- Knowledge of school or district requirements for maintaining accurate records and communicating with families
- Knowledge of school and/or district events
- Knowledge of district or college's professional growth and development opportunities
- Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local, state, and federal, laws and regulations
- Effective communication, both oral and written with students, colleagues, paraprofessionals, related service personnel, and administrators
- Ability to cultivate professional relationships with school colleagues
- Knowledge of Commonwealth requirements for continuing professional development and licensure

**Sources of Evidence** (Check all that apply and include dates, types/titles, or number)

| | | | |
|---|---|---|---|
| ☒ Classroom Observations | See Attached 430-A | ☐ Student Assignment Sheets | See Attached 430-A |
| ☒ Informal Observations/Visits | See Attached 430-A | ☐ Student Work | See Attached 430-A |
| ☐ Assessment Materials | See Attached 430-A | ☐ Instructional Resources/Materials/ | See Attached 430-A |
| ☒ Student Teacher Interviews | See Attached 430-A | Technology | |
| ☒ Written Documentation | See Attached 430-A | ☐ Other | See Attached 430-A |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (indicate √) | ☐ | ☐ | ☐ | ☒ |

**Justification for Evaluation**

Performance indicators not demonstrated:

*Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local, state, and federal, laws and regulations.
*Effective communication, both oral and written with students, colleagues, para-professionals, related service personnel, and administrators.
*Ability to cultivate professional relationships with school colleagues.
*Knowledge of Commonwealth requirements for continuing professional development and licensure.

PDE-430  4

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

| | | | Overall Rating – Four points in three categories | |
|---|---|---|---|---|
| Category | Exemplary (Minimum of 12 Points) | Superior (Minimum of 8 Points) | Satisfactory (Minimum of 4 Points) | Unsatisfactory (0 Points) |
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | | | | |

Note: This assessment instrument must be used a minimum of two times. **A satisfactory rating (1) in each of the 4 categories, resulting in a minimum total of at least (4) points, must be achieved on the final summative rating to favorably complete this assessment.**

**Justification for Overall Rating:**
The candidate received four points but scored in only three categories.

|  | | | |
|---|---|---|---|
| Snyder | Stacy | L. | 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 |
| Student Teacher/Candidate's Last Name | First | Middle | Social Security Number |

Conestoga Valley
District/IU   IU 13

Conestoga Valley High School
School

5-12-06
Interview/Conference Date

School Year:   2005-2006          Term:   Spring

**Required Signatures:**
Supervisor/Evaluator:    J. Barry Grim          Date: 5-12-06

**Student/Teacher**
**Candidate:**          Date: 5-12-06

**(Confidential Document)**

## PDE Form 430 Attachment A

### Category I: Planning and Preparation

Lesson Unit Plans: Types Titles and Numbers:

The Supervisor evaluated Ms Snyder's Millersville University CIRQL Unit. It was exemplary in all areas indicated in the rubric. This Macbeth Unit included unit goals and lesson objectives, daily lesson plans with all the proper steps, and an impressive array of assessments. Quality supplemental materials were also part of the plans and an important aspect of motivation.

Resources / Materials / Technology:

A variety of teacher-made resources (worksheets, portfolio assignments, etc) and videos were part of the planning.

Assessment Material:

An impressive variety of assessments were designed to help students process their learning in a number of forms: oral, written, visual representation, group products.

Information About Students:

Teacher Conferences Interviews:

3-28-06
4-4-06
4-7-06
4-19-06

Classroom Observations:

4-3-06
4-6-06 and 4-6-06 - Two block classes
4-18-06

Teacher Resource Documents:

Other:

**PDE-430A**

## PDE Form 430 Attachment A

### Category II: Classroom Environment

Classroom Observations:

4-3-06
4-6-06 and 4-6-06 - Two block classes
4-18-06

Informal Observations/Visits:

3-28-06
4-28-06

Teacher Conferences/Interviews:

3-28-06
4-4-06
4-7-06
4-19-06

Visual Technology:

Resources/Materials/Technology/Space:

See Category I - Resources/Materials/Technology

Other:

PDE-430A

## PDE Form 430 Attachment A

### Category III: Instructional Delivery

Classroom Observations:
```
4-3-06
4-6-06 and 4-6-06 - Two block classes
4-18-06
```

Informal Observations/Visits:
```
3-28-06
4-28-06
```

Assessment Materials:
```
See Category I - Assessment Materials
```

Teacher Conferences/Interviews:
```
3-28-06
4-4-06
4-7-06
4-19-06
```

Student Assignment Sheets:
```
A variety of assessment materials were designed to have students
express understanding of the learning in several forms.
Assessment results made it clear when objectives were not
driving the lesson.
```

Student Work:
```
Visual representations and other products were examined by
the Supervisor.
```

Instructional Resources/Materials/Technology:
```
See Category I - Resources/Materials/Technology
```

Other:

PDE-430A

# PDE Form 430 Attachment A

## Category IV: Professionalism

Teacher Classroom Observations:

4-3-06          4-18-06
4-6-06
4-6-06

Informal Observations/Visits:

3-28-06
4-28-06

Assessment Materials:

Student Teacher Interviews:

3-28-06
4-4-06
4-7-06
4-19-06

Written Documentation:

There were errors in judgment that relate to Section 4, b, 7-8; and Section 5 of <u>Pennsylvania's Code of Professional Practice and Conduct for Educators</u>.

Section 4, Practices, b, 7 - Professional educators shall exhibit acceptable and professional language and communication skills. There verbal and written communications with parents, students and staff shall reflect sensitivity to the fundamental human rights of dignity, privacy and respect.

Section 4, Practices, b, 8 - Professional educators shall be open-minded, knowledgeable and use appropriate judgment and communication skills when responding to an issue within the educational environment. Section 5 - Conduct - Individual professional conduct reflects upon the practices, values, integrity and reputation of the profession. Violation of ... may constitute an independent basis for private or public reprimand, and may be used as supporting evidence in cases of certification suspension and revocation.

Other

- 4 -

PDE-430A

**Exhibit J**

## Millersville Student Teaching Final Evaluation – English

| Stacy Snyder | Conestoga Valley High School | Conestoga Valley | |
|---|---|---|---|
| Student Teacher | School | School District | |
| Spring, 2006 | English | 12 | |
| Semester | Subject | Grade Level | Initials |

**E=EXEMPLARY** (explanation in Evidence section needed): The candidate consistently and thoroughly demonstrates indicators of performance. To receive this rating proficiency must be evidenced at the **level of a successful experienced teacher.**

**S=SUPERIOR**: The candidate usually and extensively demonstrates indicators of performance. Fulfilled at **the level of a superior beginning teacher.** Superior is the highest rating normally evidenced during student teaching.

**C=COMPETENT**: The candidate sometimes and adequately demonstrates indicators of performance. Fulfilled at the level of a competent beginning teacher needing standard first-year mentoring

**U=UNSATISFACTORY**(explanation in Evidence section needed): The candidate rarely, never, inappropriately, or superficially demonstrates indicators of performance. Not fulfilled at the quality expected for a beginning teacher.

### PROFESSIONALISM

*Knowledge*

U    1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws.

*Skills*

U    2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel.

U    3. Meets professional expectations through appropriate dress, punctuality, language, and interpersonal skills.

U    4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers.

*Dispositions*

S    5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels.

C    6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities.

### PREPARATION

*Knowledge*

C    7. Incorporates strong general education knowledge to plan for content-area connections and applications.

C    8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

S    9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans.

*Skills*

C    10. Designs instructional plans that incorporate Pennsylvania Standards.

S    11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

C    12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

#### EVIDENCE

There were errors in judgment that relate to Section 4, b, 7-8; and Section 5 of Pennsylvania's Code of Professional Practice and Conduct for Educators.

Section 4, Practices, b, 7 –Professional educators shall exhibit acceptable and professional language and communication skills. Their verbal ar written communications with parents, students and staff shall reflect sensitivity to the fundamental human rights of dignity, privacy and respect Section 4, Practices, b, 8 – Professional educators shall be open-minded, knowledgeable and use appropriate judgment and communication skills when responding to an issue within the educational environment.

Section 5 – Conduct – Individual professional conduct reflects upon the practices, values, integrity and reputation of the profession. Violation o ... may constitute an independent basi for private or public reprimand, and may be used as supporting evidence in cases of certification suspension and revocation.

#### EVIDENCE

During the second half of the semester Ms. Snyder exhibited quality unit planning with her CIRQL Unit, Macbeth. The unit earned a high score on all sections of an evaluation rubric. The organization of the Unit helped Ms Snyder to bring better management and more processing of content to the classroom.

**Millersville Student Teaching Final Evaluation – English**

PREPARATION (continued)

C     13. Develops and revises plans in response to assessment data about student learning.
*Dispositions*

S     14. Demonstrates the value of preparation through the planning of meaningful lessons/units.

Lesson plans in the CIRQL Unit included thoughtful assessment strategies. Ms Snyder's "reflections" indicate that she realizes the value of assessment results in regard to reteaching.

TEACHING PERFORMANCE
*Knowledge*

C     15. Bases teaching decisions on sound educational theory and knowledge of students and school culture.
*Skills*

C     16. Communicates content in a variety of ways that students understand.

C     17. Stimulates student discussion, reflection, and participation.

C     18. Consistently uses positive classroom management to engage students and promote on-task behavior.

S     19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse.

S     20. Facilitates both individual student work and collaborative groups.

S     21. Uses frequent checks for assessing understanding.

S     22. Effectively integrates a variety of teaching materials and technology.

C     23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking.

S     24. Shapes learning environments to encourage students' self-motivation and independence.
*Dispositions*

C     25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility to the group are valued.

EVIDENCE
Ms Snyder continued to grow in regard to engaging students in meaningful discussions. However, there is still room for improvement in this area. Discussions seldom get to the level of critical thinking. Stimulus questions lack the depth needed to take students up the taxonomy beyond rote learning. Group work has produced products that are connected to and represent an application of the learning. An impressive growth in classroom management skills occurred as Ms Snyder followed through with consequences included in her management plan, and brought more structure to the classroom through modifications in pace, logistics (groups), transitions, and checks for knowledge.

**Millersville Student Teaching Final Evaluation – English**

EFFECT ON STUDENT LEARNING

S    26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse.

C    27. Evidence of student growth in critical thinking and interest in subject matter.

C    28. Evidence of student adherence to classroom expectations, standards, and routines.

S    29. Evidence of student respect and rapport with the student teacher.

EVIDENCE

Learning/evaluations are well documented for all students.
27. Growth in interest - quality materials, innovative approaches.
28. Considerable growth
29. Major growth area

ENGLISH SPECIFIC ITEMS

S    30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education.

S    31. Engages students in making meaning of texts through personal response.

C    32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts.

C    33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms.

S    34. Engages students in critical analysis of different media and communications technologies.

EVIDENCE

Personal responses to meanings of texts - quality visual representations.
33. Ms Snyder demonstrated growth in this area but she needs to strive for more in-depth processing.

Additional Comments / Evidence

EVALUATOR: J. Barry Girvin    Supervisor    5-10-06    J. Barry Girvin
              Name              Title          Date       Signature

**Exhibit K**

# Conestoga Valley School District

2110 Horseshoe Road
Lancaster, PA 17601
(717) 397-2421
(717) 397-0442 FAX
http://www.cvsd.k12.pa.us

FOR IMMEDIATE RELEASE

CONTACT:
Anne Garber
717-397-2421. X1007

### Response to Stacy Snyder Lawsuit

Because this matter is in litigation, Conestoga Valley School District is not at liberty to discuss all aspects of the case. Because we have received many public inquiries, though, we are addressing the following allegations from Ms. Snyder's lawsuit that pertain to the School District:

- Ms. Snyder's lawsuit admits that the School District's mid-semester evaluation of her student teaching identified many areas where Ms. Snyder required "significant remediation." Indeed, her evaluation reflected serious performance problems.

- One of the concerns that Ms. Snyder's teacher-advisor, Nicole Reinking, expressed to Ms. Snyder throughout the semester was the importance of maintaining a professional working relationship with students, and not to become overly-familiar with them regarding her personal life. Among other things, Ms. Snyder had been inviting students to log onto her MySpace website, and Ms. Reinking counseled her repeatedly to stop doing so.

- After Ms. Snyder continued to encourage students to view her MySpace website, another teacher provided Ms. Reinking information from Ms. Snyder's website that was publicly available. A copy of this information is attached. It is not the same picture that Ms. Snyder attached to her lawsuit. The School District reviewed the information with Ms. Snyder, and she confirmed it was from her MySpace website.

- The MySpace information provided to Ms. Reinking includes references to Conestoga Valley students viewing Ms. Snyder's website. In addition, Ms. Snyder's website invites students to continue looking at her page, and in apparent response to Ms. Reinking's advice that such an invitation was unprofessional says, "I don't think that they would stoop that low as to mess with my future." Ms. Snyder's website says further that students keep asking her why she will not apply to teach at Conestoga Valley and asks, "Do you think it would hurt me to tell them the real reason (or who the problem was)?"

- Ms. Reinking believed that coupled with the many problems Ms. Snyder had experienced in the classroom, her posting such information publicly on the MySpace website – and continuing to encourage students to view her website after being repeatedly advised against doing so – was highly inappropriate and unprofessional. These concerns were reflected in the final evaluation Ms. Reinking prepared for Ms. Snyder.

- Ms. Snyder appeared to appreciate the serious nature of her problems as a student teacher in an apology she sent to Ms. Reinking and others on May 10, 2007 (attached). Among other things, Ms. Snyder admitted, "This incident has caused me to open my eyes and realize that I am the only person to blame. I have to take full responsibility for my actions and live with the consequences . . . ."

- Contrary to what is alleged in Ms. Snyder's lawsuit, nobody from the School District threatened that it would not accept any more Millersville University student teachers unless it punished Ms. Snyder. Nothing like that ever occurred.

- To the contrary, the School District's only role in this matter was to (1) voluntarily permit Ms. Snyder to perform her student teaching at the School District, (2) provide a volunteer teacher-advisor who worked very hard to provide constructive guidance to Ms. Snyder, and (3) fairly evaluate Ms. Snyder in light of the challenges she faced as a classroom instructor and a professional. Whatever Millersville University decided to do with the evaluation and other information provided by the School District was up to Millersville University.



Thursday, May 04, 2006

So... Updates!!!!!
Current mood: 😊dorky
Category:

Updates:


First, Bree said that one of my students was on here looking at my page,
which is fine. I have nothing to hide. I am over 21, and I don't say
anything that will hurt me (in the long run). Plus, I don't think that they
would stoop that low as to mess with my future. So, bring on the love! I
figure a couple students will actually send me a message when I am no
longer their offical teacher. They keep asking me why I won't apply there.
Do you think it would hurt me to tell them the real reason (or who the
problem was)?

## Deann Buffington

| | |
|---|---|
| **From:** | Stacy Snyder [ssmb112801@yahoo.com] |
| **Sent:** | Wednesday, May 10, 2006 9:46 AM |
| **To:** | Nicole Reinking; J Barry Girvin; Deann Buffington; judith.wenrich@millersville.edu; Jane.Bray@millersville.edu; Kim Seldomridge |

**Subject:** Formal Apology Letter

Dear Supervisors and Administrative Staff of Conestoga Valley High School and Millersville University:

I have enclosed a formal letter of apology that I hope you read and consider.

Thank you for your time and regret the circumstances which evolve it.

Sincerely,

Stacy L Snyder

Yahoo! Mail goes everywhere you do. Get it on your phone.

# STACY L SNYDER

847 Bunker Hill Road
Strasburg, PA 17579
717-786-2243
717-808-9274
ssnider12801@yahoo.com

May 12, 2006

Dear Conestoga Valley High School and Millersville University Staff and Supervisors:

The situation that has been evolving over the past three days is one that I am taking very seriously. I wanted to express a variety of emotions to each of you: regret, empathy, confidence, and responsibility. I know that this incident has challenged all of you and myself as well. With my faith and trust in God, I felt He guided me in writing this letter to each of you.

First and foremost, I wanted to apologize to every staff member at Conestoga Valley High School and Millersville University that is involved or affected by this incident. I know that each of you have busy schedules meshed with teaching, meetings, and other administrative responsibilities, and I feel awful that this incident has interrupted the daily routine for all of you. Not only did I want to apologize for the information that has been identified, but I also wanted to apologize for any embarrassment or altered feelings that I have caused the members of the school district or the college. I never meant to hurt or offend anyone; I have a large heart that only wants to help others, not harm them. With that being said, I am not only a teacher, but I am a learner, a student. This incident has caused me to open my eyes and realize that I am the only person to blame. I have to take full responsibility for my actions and live with the consequences determined by the administrative staff from Conestoga Valley High School and Millersville University.

Secondly, It is necessary that I present not only an apology to those involved, but also all present the positive experiences that have taken me through the past four years and the last fourteen weeks of student teaching. These positive experiences include major responsibilities that show my true maturity and mindset. I have juggled parenthood, college courses, teaching experiences, and employment over the past four years to ensure that I can be the positive, professional role model for others in my life. I have excelled and succeeded in all of my previous placements educationally, and I have excelled in my own personal life by interacting with the community, especially with elementary-aged functions. In addition to these previous experiences, I have had a rewarding, eye-opening experience at Conestoga Valley High School. Not only have I learned things about the teaching profession in general, but also I was able to focus on my teaching style and the positive and negative experiences that encapsulated it. I partook in all administrative days, administrative/school meetings, and in some extracurricular activities and clubs, which showed and shows that I want to be a professional member of the staff during my tenure here.

In addition to the extra activities that come with teaching, I tried my hardest to excel in the classroom. I talked to students, staff members, and supervisory staff about my performance in the classroom because I wanted to excel as a teacher. I thought it was important to get feedback from Mrs. Reinking and Mr. Girvin because they are the professionals and I am the student; in addition to these staff members, I wanted to continue to get feedback from the students because I needed to see if they understood the content. With positive and negative feedback, evaluations, and meetings, I was able to teach five full units and one partial unit to a combination of ninety students. From my mid-term evaluation, I worked diligently inside and outside of the classroom: planning, teaching, grading, and developing. I wanted to correct all of the previous problems I encountered. All of these experiences should be identified because they show essential qualities of a teacher: professional interaction with staff and students inside and outside the school duration, as well as an openness and willingness to learn and succeed as a student.

Even though it is not under the best circumstances, I look forward to seeing each and everyone of you to discuss and elevate this issue, and with the discussion, I hope to rebuild or reinstate your previous viewpoint of me.

Sincerely,

Stacy L Snyder

**Exhibit L**

P.O. Box 1002
Millersville PA 17551-0302
www.millersville.edu



MILLERSVILLE
U  N  I  V  E  R  S  I  T  Y
Find Your Future, Here.

Dean of Education
717-872-3379
Fax: 717-872-3856

May 15, 2006

Ms. Stacy Snyder
847 Bunker Hill Road
Strasburg, PA 17579

Dear Stacy:

This letter is being sent to you in response to your appeal held in my office on Monday,
May 15, 2006. I reviewed the additional material you submitted to me as well as the other
materials that were submitted regarding your student teaching experience. I regret to
inform you that I am not able to grant your appeal. However, I am pleased that we were
able to make the exceptions necessary to allow you to graduate on time with a Bachelors
of Arts degree in your discipline.

I wish you the best and hope that you will continue your educational pursuits at the
graduate level as we discussed this morning.

Sincerely,

Dr. Jane S. Bray
Dean, School of Education

/cjs

c:    Dr. Judith Wenrich, Student Teaching Coordinator

**Exhibit M**

**APPROVED**

*student reading program*
*Student Teaching changed degree to BA*

## Millersville University
### Request for Exception to Graduation Requirements

**Instructions for Student:** It is your responsibility to initiate a request for exceptions in the major, minor, general education or university academic policy requirements well in advance of expected graduation date. Approved changes will be noted on your degree audit report.

---

**To Be Completed By Student in Consultation with Advisor (Please print or type)**

Student's Name: Stacy Snyder                    ID#: 186 1085168

Student's Local Address: 847 Bunker Hill Rd              Phone: 717-786-2243

Student's Marauder Email Address: ~~email~~ slsnyde2@marauder.millersville.edu

Major: English                              Minor: N/A

Advisor: Kimberly McCollum-Clark         Expected Graduation Date: 05/13/2006

*& multiple changes (see back)*
I am requesting an exception to requirement(s) in:
___ Major or Required Related ___ Minor ___ Honors College ___ General Education ___ Univ Acad Policy
*(see back)*

Attach a typed explanation of the exception(s) you are requesting. Give a clear and compelling justification for the request and attach any supportive documentation (e.g., letters from faculty, catalog descriptions, etc. Also attach your degree audit (DARS) and show precisely how the requested exception would change your DARS. <u>Submit this form and all attachments to the appropriate signatory required for approval.</u>

Student's Signature: _Stacy Snyder_                Date: 05/12/2006

Advisor's Signature: _McChnelle_                   Date: 5/12/06

---

**Signature(s) Required for Approval:**

For exception requests to requirements in the:     **(MAJOR or REQUIRED RELATED**

(YES)/ NO     Major Dept Chair: _McChnelle_          Date: 5/12/06

**OR**

For exception requests to requirements in the:     **MINOR or HONORS COLLEGE**

YES/NO     Minor Dept Chair/Honors College: _____     Date: _____

**OR**

For exception requests in:     **GENERAL EDUCATION or UNIVERSITY ACADEMIC POLICY**

YES / NO     Major Dept Chair: _____          Date: _____

(YES)/ NO     School Dean: _____             Date: 5/15/0?

**After the required signatures have been obtained the original form and attachments must be sent to the appropriate SCHOOL DEAN who will notify the student of the result and distribute copies to the DEPT CHAIR, ADVISOR and forward the original document to the Registrar's Office.**

S-16.

1 of 5

I need 235 substituted
for 233 & 240 moved
its elective.

# Millersville University

Request for Exception to Graduation Requirements **APPROVED**

**Instructions for Student:** It is your responsibility to initiate a request for exceptions in the major, minor, general education or university academic policy requirements well in advance of expected graduation date. Approved changes will be noted on your degree audit report.

---

**To Be Completed By Student in Consultation with Advisor (Please print or type)**

Student's Name: Stacy Snyder           ID#: 186185168

Student's Local Address: 847 Bunker Hill Rd           Phone: 717-786-2243

Student's Marauder Email Address: ~~cccm~~ slsnyde2@marauder.millersville.edu

Major: English changing to BA (BSE)           Minor: N/A

Advisor: Kimberly McCollum-Clark           Expected Graduation Date: 05/13/2006

I am requesting an exception to requirement(s) in:
\_\_\_\_Major or Required Related    \_\_\_\_Minor    \_\_\_\_Honors College    \_\_\_\_General Education    \_\_\_\_Univ Acad Policy
*(see back)*

Attach a typed explanation of the exception(s) you are requesting. Give a clear and compelling justification for the request and attach any supportive documentation (e.g., letters from faculty, catalog descriptions, etc. Also attach your degree audit (DARS) and show precisely how the requested exception would change your DARS. Submit this form and all attachments to the appropriate signatory required for approval.

Student's Signature: _Stacy Snyder_           Date: 05/12/2006

Advisor's Signature: _Schnelle_           Date: 5/12/2006

---

**Signature(s) Required for Approval:**

For exception requests to requirements in the:    **MAJOR or REQUIRED RELATED**

(YES)/NO    Major Dept Chair: _Schnelle_           Date: 5/12/2006

**OR**

For exception requests to requirements in the:    **MINOR or HONORS COLLEGE**

YES/NO    Minor Dept Chair/Honors College: _____           Date: _____

**OR**

For exception requests to requirements in:    **GENERAL EDUCATION or UNIVERSITY ACADEMIC POLICY**

YES / NO    Major Dept Chair: _____           Date: _____

(YES)/NO    School Dean: _[signature]_           Date: 5/18/06

---

After the required signatures have been obtained the original form and attachments must be sent to the appropriate SCHOOL DEAN who will notify the student of the result and distribute copies to the DEPT CHAIR, ADVISOR and forward the original document to the Registrar's Office.

EGR-103 Fall 2002

3 OF 5

*approved* 331 *moved to*
*Amer. Lit.* r 321 *moved*
*to election*

# Millersville University
### Request for Exception to Graduation Requirements

**APPROVED**

**Instructions for Student:** It is your responsibility to initiate a request for exceptions in the major, minor, general education or university academic policy requirements well in advance of expected graduation date. Approved changes will be noted on your degree audit report.

**To Be Completed By Student in Consultation with Advisor (Please print or type)**

Student's Name: _Stacy Snyder_     ID#: _18|0|0|8 5|l|8_

Student's Local Address: _847 Bunker Hill Rd_     Phone: _717-786-2243_

Student's Marauder Email Address: _S|snyde 2@ marauder. millersville. edu_

Major: _English_     Minor: _N/A_

Advisor: _Kimberly McCollum-Clark_     Expected Graduation Date: _05/13/2006_

I am requesting an exception to requirement(s) in:
___ Major or Required Related   ___ Minor   ___ Honors College   _X_ General Education   ___ Univ Acad Policy

Attach a typed explanation of the exception(s) you are requesting. Give a clear and compelling justification for the request and attach any supportive documentation (e.g., letters from faculty, catalog descriptions, etc. Also attach your degree audit (DARS) and show precisely how the requested exception would change your DARS. <u>Submit this form and all attachments to the appropriate signatory required for approval.</u>

Student's Signature: _Stacy Snyder_     Date: _05/12/2006_

Advisor's Signature: _Kim McCollum-Clark_     Date: _05/17/2006_

**Signature(s) Required for Approval:**

For exception requests to requirements in the:    **MAJOR or REQUIRED RELATED**

(YES) NO    Major Dept Chair: _Schnelle_     Date: _5/19/06_

**OR**

For exception requests to requirements in the:    **MINOR or HONORS COLLEGE**

(YES) NO    Minor Dept Chair/Honors College: _Schnelle_     Date: _5/19/06_

**OR**

For exception requests to requirements in:    (**GENERAL EDUCATION or UNIVERSITY ACADEMIC POLICY**)

(YES) / NO    Major Dept Chair: _Schnelle_     Date: _5/19/06_

(YES) / NO    School Dean: _Wunkle_     Date: _8/23/06_

After the required signatures have been obtained the original form and attachments must be sent to the appropriate SCHOOL DEAN who will notify the student of the result and distribute copies to the DEPT CHAIR, ADVISOR and forward the original document to the Registrar's Office.

EGR-103 Fall 2002

_5 of 5_

**Exhibit N**

**To:** Beverly Schneller <beverly.schneller@millersville.edu>, J Barry Girvin <jbgseg@highstream.net>, Kim McCollum-Clark <kim.mccollum-clark@millersville.edu>, Neil Weidman <neil_weidman@elanco.k12.pa.us>, Neil Weidman <neil_weidman@elanco.org>, Sue Fetterolf <sue_fetterolf@l-spioneers.org>, <Linda.McDowell@millersville.edu>
**Cc:** <mwvoigt2@aol.com>
**Subject:** Academic Appeal

# Stacy Snyder

ः । ःःःःः ः ःःः ःः

ःःः ःःःःः ःःःः ःःःःःः

ः ःःःः ःःःः

ःःःःःः।ःःःःः।ःःःःःः ।ःःः

February 12, 2007

Dear Millersville Professors, Advisors, Supervisors and Cooperative Teachers:

On February 21, 2007, I will continue to appeal the decision made by Dr. Jane Bray and Dr. Judith Wenrich in May 2006, a decision to strip the education portion of my colligate degree from Millersville University. An academic hearing will take place in Biemesderfer Center at 1:00 pm with Provost Vilas A.Prabhu presiding.

Provost Prabhu requested that I present character witnesses that could testify on my behalf and identify my academic/educational strengths and professional mannerisms throughout my Millersville tenure.

Since this is not a disciplinary hearing, you will not be subpoenaed as a character witness; however, I am requesting your presence via this informal correspondence. Provost Prabhu should be sending you a formal letter reviewing this identical information within the next few days.

I understand that the appeal date and/or time may interfere with your hectic schedule as an educator. If you are unable to attend, my lawyer and I are inviting written documentation that would analyze the items listed in paragraph two. Please forward any correspondence through postal mail, internet mail, or facsimile as soon as possible to:

Law Office Of Mark W. Voigt

Attorney at Law

Plymouth Meeting Executive Campus

Suite 400

600 West Germantown Pike

Plymouth Meeting, PA 19462

$S - 8$

$/ oF 2$

E-Mail: mwvoigt2@aol.com <mailto:mwvoigt2@aol.com>

Fax: 610-825-8279

I appreciate any and all support on my behalf concerning this sensitive matter, and as always, I thank you
for your time and patience.

Sincerely,

Stacy Lee Snyder

Cheap Talk? Check out
<http://us.rd.yahoo.com/mail_us/taglines/postman8/*http://us.rd.yahoo.com/evt=39663/*http://voice.yahc
Yahoo! Messenger's low PC-to-Phone call rates.

------ End of Forwarded Message

**Exhibit O**

**LAW OFFICE OF MARK W. VOIGT**

Offices in:
· Center City
· Bala Cynwyd
· Exton
· King of Prussia
· Marlton, NJ
· Radnor

Attorney at Law
Plymouth Meeting Executive Campus
Suite 400
600 West Germantown Pike
Plymouth Meeting, PA 19462
--
w) 610-940-1709
f) 610-825-8279
e-mail) mwvoigt2@aol.com

February 19, 2007

**Via Fax Only - #(717) 871-2251**
Vilas A. Prabhu, Provost
    and Vice President for Academic Affairs
Millersville University
P. O. Box 1002
Millersville, PA 17551-0302

Re:    **Stacy Snyder v. Millersville University**

Dear Mr. Prabhu:

In preparation for the academic dismissal hearing on February 21, 2007, enclosed please find Ms. Snyder's Statement of Issues, Exhibit and Witness List.

Very truly yours,

Mark W. Voigt

MWV:mav

Enclosures

cc:    Ms. Stacy Snyder

**IN THE COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION**

In re: "Academic Dismissal" appeal of STACY        :
SNYDER, a student at MILLERSVILLE UNIVERSITY    :

_____

## STATEMENT OF ISSUES, EXHIBIT AND WITNESS LIST
## OF STUDENT, STACY SNYDER

### I.    STATEMENT OF ISSUES

A.    Whether Millersville University ("Millersville") violated the due process rights of student, Stacy Snyder ("Student"), under Millersville's Student Code of Conduct before summarily dismissing her from the School of Education for placing a photograph of herself on her private web page?

B.    Whether Millersville's "academic dismissal" of Student should be reversed since, *inter alia*:

1.    Millersville has failed to provide Student with any written justification for her dismissal;

2.    Ms. Snyder's GPA is between 3.0 and 3.49, far in excess of the GPA of 2.00 required for satisfactory academic standing;

3.    Millersville never placed Ms. Snyder on probation for any reason, at prerequisite for any academic dismissal;

4.    Student received excellent performance evaluations in all areas in her student-teaching internships at La Academia Charter School, Lampeter-Strasburg High School and Garden Spot High School during 2005;

5.    Prior to May 12, 2006, Student received satisfactory performance evaluations in all areas during her student teaching internship at Conestoga Valley High School in the Spring of 2006;

6.    On May 2, 2002, just days before her expulsion, Student received an "exemplary" student teaching evaluation from her supervisor, J. Barry Girvin;

1

7. Student was dismissed from Millersville's School of Education solely because an enemy of hers hacked into Student's private web page and discovered a photograph of Student, an act which does not violate Millersville's Code of Conduct, its Academic Dismissal Guidelines, the Code of Professional Practice and Conduct for Educators, Millersville's Student Teaching Guide or any other remotely applicable rules and regulations.

SUGGESTED ANSWERS TO ALL THE ABOVE: YES.

## II. EXHIBIT LIST

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| S-1 | Letter from Bray to Student dated May 15, 2006; |
| S-2 | Letter from Voigt to Bray dated January 16, 2007; |
| S-3 | Letter from Voigt to Hawkins dated January 28, 2007; |
| S-4 | Email from Hawkins to Voigt dated January 30, 2007; |
| S-5 | Letter from Voigt to Bray dated January 30, 2007; |
| S-6 | Letter from Prabhu to Voigt dated February 6, 2007; |
| S-7 | Letter from Voigt to Prabhu dated February 14, 2007; |
| S-8 | Email from Student to witnesses dated February 12, 2007; |
| S-9 | Email exchange between Voigt and Hawkins dated February 16, 2007; |
| S-10 | Letter from Prabhu to Voigt dated February 16, 2007; |
| S-11 | Student's Praxis Report - March 30, 2006; |
| S-12 | Student's Praxis Report - July 7, 2005; |
| S-13 | Evaluation reports re Student's Secondary Field Experience - Spring, 2005 through May 12, 2006; |

2

| S-14 | Letter from Armstrong to Student dated March 3, 2006; |
|------|-------------------------------------------------------|
| S-15 | Letter from Short to Student dated February 2, 2006; |
| S-16 | Request for Exception to Graduation Requirements dated May 15, 2006; |
| S-17 | Millersville University: A Guide for Student Teaching (Revised Summer 2005); |
| S-18 | Chapter 235: Code of Professional Practice and Conduct for Educators; |
| S-19 | Excerpts from Millersville University Undergraduate Catalog (2006-2007): |
| S-20 | Millersville University Student Code of Conduct; |
| S-21 | Notes of praise from students in Ms. Snyder's class |

## III.   LIST OF WITNESSES

Student intends to call all or some of the following witnesses at her hearing: (1) J. Barry Girvin; (2) Kimberly McCollom-Clark; (3) Neil Weidman; (4) Susan Fetter off; (5) Beverly Schwellen; (6) Ms. Dottier Snyder; and (7) Linda McDowell. Student respectfully requests Mr. Prabhu inform those witness affiliated with Millersville University that they are authorized to attend Ms. Snyder's hearing without fear of adverse administrative consequences.

Dated:   2/19/07

**MARK W. VOIGT, ESQUIRE**
Plymouth Meeting Executive Campus
Suite 400
600 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 940-1709
(Attorney for Student)

3

**Exhibit P**

March 26, 2007

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Ms. Stacy L. Snyder                    Mark W. Voigt, Esq.
847 Bunker Hill Road                   Attorney at Law
Strasburg, PA 17579                    Plymouth Meeting Executive Campus
                                       Suite 400
                                       600 West Germantown Pike
                                       Plymouth Meeting, PA 19462

### RE: Academic Appeal of Stacy Snyder - Student Teaching Performance

Dear Ms. Snyder and Mr. Voigt:

The purpose of this letter is to inform you of my decision regarding your academic appeal. Specifically, you requested that I review the determination that Dr. Jane Bray, Dean of the School of Education, made on May 15, 2006. My understanding is that Dr. Bray denied your appeal because you failed to satisfy the University's academic requirements for student teaching. Your failure to satisfy the proficiency standards of the Pennsylvania Department of Education ("PDE") precludes you from receiving teacher certification, and played a critical role in Dr. Bray's determination.

Pursuant to Millersville University's Academic Appeals Policy published on page 53 of the 2006-2007 Undergraduate Catalog, I personally met with you, in the presence of your attorney, and carefully reviewed the materials you submitted in support of your academic appeal. Dr. Bray and Dr. Judith Wenrich, Student Teaching Coordinator in the School of Education, also attended the meeting and submitted materials regarding your student teaching performance.

The documentation shows that Millersville University admitted you into its Advanced Professional Studies Program, which required you to complete a student teaching component in order to receive a Bachelor of Science in Education (B.S.Ed.) degree. Prior to your student teaching assignment, the University provided you with a Guide for Student Teaching. The Guide states that in order to receive teaching certification in Pennsylvania, a Millersville University student must satisfactorily complete student teaching. Each student teacher candidate is evaluated in the categories set forth in the PDE-430 form, which are Planning and Preparation, Classroom Environment, Instructional Delivery and Professionalism. According to the Guide, each candidate must receive a satisfactory rating in all of the categories listed on the PDE-430 in order to be eligible for certification by the Commonwealth. The Guide also states, under the heading "Professional Conduct," the following requirement: "...the Student Teacher needs to maintain the same professional standards expected of the teaching employees of the cooperating school."

Ms. Stacy L. Snyder and Mr. Mark W. Voigt, Esq.
March 26, 2007
Page 2 of 3

In addition to the PDE-430 form, Millersville University assesses student teachers' performance and provides them with feedback through a University assessment form, the Millersville Student Teaching Mid-Evaluation and Final Evaluation.

A review of the record shows the following:

Throughout your student teaching semester, you received feedback from your cooperating teacher and the University supervisor regarding your overall student teaching performance. The Millersville University evaluation forms document multiple concerns at both the mid-point and end of your student teaching semester.

At the midpoint of the semester, the cooperating teacher's Millersville Student Teaching Mid-Evaluation – English evaluated you as needing improvement or significant remediation in twelve different areas. The cooperating teacher's comments included the following:

- "Many errors were made in daily lessons that were partly due to weak content knowledge..."
- "Too many students are left behind as a result of ineffective lessons..."
- "... frequently, she resorts to talking over the students, twice shouting 'shut up,' and overall feeling and showing that she is frustrated and not in control."
- "Many students who completed Miss Snyder's earlier units in the course would not, I'm afraid, demonstrate a strong evidence of learning."

The cooperating teacher further reported numerous incidences of unprofessional behavior within the context of your supervised student teaching performance during the semester.  This included playing a song that included profane language, attempting to regain order by telling the students to "shut up," discussing personal matters in front of students, failing to wear appropriate professional attire and not following the proper chain of command at the school.  In addition, your cooperating teacher warned you to avoid discussions about myspace.com and looking up student online accounts or corresponding with students on the website.  You acknowledged in writing that several of these incidents did occur.

Also at the mid-point of the semester, the University supervisor evaluated you as needing improvement or significant remediation in twelve areas on the Millersville Student Teaching Mid-Evaluation - English.  Consistent with this, he rated your performance as unsatisfactory in the Classroom Environment category of the mid-placement PDE-430 form.  This equates to a failure, although at mid-placement the PDE-430 is a formative evaluation to provide the student teacher with feedback.

At the end of the semester, the final Millersville evaluations still show unsatisfactory performance in multiple areas, despite improvements noted in other areas.  The cooperating teacher's final Millersville Student Teaching Final Evaluation – English shows unsatisfactory ratings in four of the six indicators of Professionalism and in two indicators of Preparation.  As evidence, the cooperating teacher stated, "Most of Miss Snyder's written and oral communications with students and staff contained numerous grammatical and/or content errors, which is a cause for concern for an evaluator of a future English teacher.  Frequently, in fact, her students corrected her during her lessons."  In addition, the cooperating teacher noted that

Ms. Stacy L. Snyder and Mr. Mark W. Voigt, Esq.
March 26, 2007
Page 3 of 3

with regard to professional matters, you displayed poor judgment throughout the entire semester.

Consistent with these evaluations, the final PDE-430 form completed by your University supervisor, and required by the Commonwealth of Pennsylvania for eligibility for teaching certification, shows an unsatisfactory rating in Professionalism. There are eight performance indicators for the Professionalism category. The University supervisor cited half of the total list as not having been demonstrated. These included the following:

- Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local, state, and federal, laws and regulations
- Effective communication, both oral and written with students, colleagues, paraprofessionals, related service personnel, and administrators.
- Ability to cultivate professional relationships with school colleagues.
- Knowledge of Commonwealth requirements for continuing professional development and licensure.

In addition, the University supervisor rated your performance in the professionalism component of the student teaching evaluation as unsatisfactory.

Based on a review of the entire record, I have decided to uphold the determination of Dr. Bray. Your overall poor performance during student teaching resulted in your ineligibility to receive teaching certification from the Commonwealth. Accordingly, it is my determination that Dr. Bray fairly resolved this academic issue by allowing you to graduate on time with a Bachelor of Arts degree in English.

I wish you success in your future pursuits.

Sincerely,


Vilas A. Prabhu
Provost and Vice President
  for Academic Affairs

nhk

c:   Mr. Jeffrey Hawkins, University Legal Counsel, Pennsylvania State System
     of Higher Education

**EXHIBIT Q**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY | : | JURY TRIAL DEMANDED |
| GIRVIN, DR. JANE S. BRAY, and DR. VILAS | : | |
| A. PRABHU, | : | |
| Defendants | : | |

### PLAINTIFF'S SELF-EXECUTING DISCOVERY DISCLOSURES

Plaintiff, Stacy Snyder, by and through her undersigned counsel, pursuant to Federal Rule

of Civil Procedure 26(a), hereby makes the following initial disclosures:

*(1)    Initial Disclosures*

    A.    *The name and, if known, the address and telephone number of each*
    *individual likely to have discoverable information that the disclosing party*
    *may use to support its claims or defenses, unless solely for impeachment,*
    *identifying the subjects of the information;*

        1.    Plaintiff, Stacy Snyder, 139 West Miller Street, Apartment 2, Strasburg, PA

17579;

        2.    Plaintiff's mother, Dottie Snyder, 847 Bunker Hill Road, Strasburg, PA

17579; (717) 431-1252;

        3.    Dr. Jane S. Bray, Dean, School of Education, Millersville University ("MU");

        4.    Dr. Judith Wenrich, Student Teaching Coordinator, Millersville University;

        5.    Deann Buffington, Communications Supervisor, Conestoga Valley School

District ("CVSD"), 2110 Horseshoe Road, Lancaster, PA 17601; (717) 397-2421;

1

6.    Nicole Reinking, High School Teacher, CVSD;

7.    Ms. Jillian Fortier, FCS Teacher, CVSD; (717) 808-9274;

8.    J. Barry Girvin, Student Teaching Supervisor, Millersville University;

9.    Dr. Vilas A. Prabhu, Provost, Millersville University;

10.    Kimberly McCollom-Clark, Professor, Millersville University;

11.    Neil Weidman, Teacher, Eastern Lancaster County School District, 669 East

Main Street, P. O. Box 609, New Holland, PA 17557; (717) 354-1550;

12.    Ms. Susan Fetterolf, Teacher, Lampeter-Strasburg High School, P. O. Box

428, Lampeter, PA 17537; (717) 464-3311;

13.    Dr. Beverly Schneller, Chair, English Department, Millersville University;

14.    Dr. Linda McDowell, Professor, Millersville University;

15.    Ms. Christine Ness, Student, Millersville University;

16.    Lakisha Hargin, Cooperating Teacher, La Academia Charter School, 30 North

Ann Street, Lancaster, PA 17602; (717) 295-7763;

17.    Professor Barbara S. Stengel, MU. Professor Stengel was Plaintiff's professor

during her field experience at La Academia;

18.    Dr. Laurie B. Hanich, Professor, MU; (717) 871-2231. Dr. Hanich helped

supervise Plaintiff during her field experience at La Academia;

19.    John N. Short, Acting Dean, School of Humanities and Social Sciences,

Millersville University; (717) 872-3553. In a letter dated February 2, 2006, Dean Short termed

Plaintiff "one of [MU's] finest student scholars;"

20.    Melissa Zongolowicz; (717) 823-3678. In 2002, due to the actions of Dr.

2

Bray and others, MU denied Ms. Zongolowicz's husband the teaching certificate he earned. MU instead forced Mr. Zongolowicz to graduate with only a degree in English;

        21.    Courtney Stine, M.S.; email: castine@lancastergeneral.org. Ms. Stine worked as a graduate assistant in MU's School of Education under Dr. Bray. She will testify to the censorship and backlash Ms. Bray perpetrates against disfavored students;

        22.    Todd Stoudt, 132 Montour Hall, P. O. Box 1516, Bloomsburg University ("BU"), Bloomsburg, PA; (570) 389-2244; Chris Massell, 612 Columbia Hall, P. O. Box 2873, Bloomsburg University, Bloomsburg, PA; (570) 389-3307. Mr. Stoudt and Mr. Massell were photographed at a BU function with BU President Koslov. The photo shows them holding up their citation for underage drinking. The photograph appeared on www.facebook.com. Neither BU nor the Commonwealth of Pennsylvania punished President Koslov for either "unprofessional" behavior or "promoting underage drinking;

    B.    *A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;*

        1.    Plaintiff's PRAXIS scores; Exhibit "A" to Amended Complaint;

        2.    MU Student Teaching Guide, Exhibit "B" thereto;

        3.    Secondary Field Experience Evaluation - La Academia Charter School,

Exhibit "C" thereto;

        4.    Secondary Field Experience - Lampeter-Strasburg High School, Exhibit "D"

thereto;

        5.    Secondary Field Experience - Garden Spot School District, Exhibit "E"

3

thereto;

6.  Letter from Dean Short to Plaintiff dated February 2, 2006, Exhibit "F"

thereto;

7.  Letter from Gibson Armstrong to Plaintiff dated March 3, 2006, Exhibit "G"

thereto;

8.  MU student teaching evaluations of Plaintiff - Conestoga Valley High School,

Exhibits "H-Q" to Amended Complaint;

9.  "Drunken pirate" photo, Exhibit "R" thereto;

10.  PDE-430 dated May 12, 2006, Exhibit "S" thereto;

11.  Request for Exception to Graduation Requirements, Exhibit "T" thereto;

12.  Directions for completing PDE-430, Exhibit "U" thereto;

13.  Copy of 22 Pa. Code Chapter 235, Exhibit "V" thereto;

14.  MU Student Code of Conduct, Exhibit "W" to Amended Complaint;

15.  Letter from Voigt to Hawkins dated January 28, 2007, Exhibit "X" thereto;

16.  Letter from Prahbu to Voigt dated February 6, 2007, Exhibit "Y" thereto;

17.  Letter from Prabhu to Voigt dated February 16, 2007, Exhibit "Z" thereto;

18.  MU Undergraduate Catalog (2006-2007) Exhibit "AA" thereto;

19.  Academic Appeal Decision dated March 26, 2007, Exhibit "BB" to Amended

Complaint;

20.  Numerous media articles regarding "drunken pirate" incident;

21.  "Drunken pirate" photograph #2;

22.  Curriculum Vitae - Dr. Vilas Prabhu;

4

     23.    Compilation of reader's responses to Lancaster Online article dated April 27,

2007;

     24.    Note from Melissa Zongolowicz dated April 30, 2007;

     25.    List entitled "Unprofessional behavior/performance in the classroom"

(undated) and Plaintiff's response thereto;

     26.    Lyrics to *One Angry Dwarf and 200 Solemn Faces* by Ben Folds;

     27.    Statement downloaded from Plaintiff's myspace account dated May 4, 2006;

     28.    Statement by Courtney Stine, MS, dated April 28, 2007;

     29.    Statement by Larry Katzke, dated April 29, 2007;

     30.    Article entitled "*School Announces Student Teacher*" (undated);

     31.    No-records Statement - Pennsylvania Child Abuse History Clearance dated

January 14, 2005;

     32.    Photo of BU President Koslov with drunken students, downloaded from

www.facebook.com (with accompanying notes).

   C.   *A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which computation is based, including material bearing on the nature and extent of injuries suffered.*

     1.    The most complete calculations of Plaintiff's damages currently available are

set forth in Plaintiff's Amended Complaint, previously filed with the court and served upon opposing counsel. Plaintiff reserves the right to submit further, more detailed calculations of her compensatory and punitive damages as the litigation progresses.

5

D.    *For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

Not applicable.

(2)    *Disclosure of expert testimony.*

Plaintiff has not yet determined whom, if anyone, she will call as an expert witness or witnesses in this matter. Plaintiff reserves the right to supplement its disclosure in this regard as the litigation progresses, in accordance with the Federal Rules of Civil Procedure.

Dated: 05/22/07                          Respectfully submitted,

                                         LAW OFFICE OF MARK W. VOIGT

By:    _____

                                         **MARK W. VOIGT, ESQUIRE**
                                         Attorney I.D. No. 64187
                                         Plymouth Meeting Executive Campus, Suite 400
                                         600 W. Germantown Pike
                                         Plymouth Meeting, PA 19462
                                         (610) 940-1709
                                         (Attorney for Plaintiff)

6

, **IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STACY SNYDER, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY | : | JURY TRIAL DEMANDED |
| GIRVIN, DR. JANE S. BRAY, and DR. VILAS | : | |
| A. PRABHU, | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, MARK W. VOIGT, ESQUIRE, hereby certify that a true and correct copy of Plaintiff's

Self-Executing Discovery Disclosures was served via fax and United States Mail, postage prepaid,

upon the following individual(s):

Barry N. Kramer, Esquire
Senior Deputy Attorney General
COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Dated: 05/22/07

LAW OFFICE OF MARK W. VOIGT

MARK W. VOIGT, ESQUIRE
Plymouth Meeting Executive Campus, Suite 400
600 W. Germantown Pike
Plymouth Meeting, PA 19462
(610) 940-1709
(Attorney for Plaintiff)