# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SNYDER** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **NO. 07-1660** |
| | : | |
| **MILLERSVILLE UNIVERSITY, et al.** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of June, 2007, it is hereby **ORDERED** that a second Pre-trial Conference shall be held in my chambers on **June 15, 2007 at 11:00 a.m.** Clients shall attend the conference.

AND IT IS SO ORDERED.

*s/ Paul S. Diamond*
_____
Paul S. Diamond, J.