

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | NO. 07-1660 |
| MILLERSVILLE UNIVERSITY, et al., Defendants. | : | |



## ORDER

**AND NOW,** this 18th day of June, 2007, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceeding pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[X]  -  Other: <u>Order staying these proceedings pending settlement agreement.</u>

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
PAUL S. DIAMOND, J.