IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | FILED |
| MILLERSVILLE UNIVERSITY, et al. | : | NO. 07-1660 |

AUG 21 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE

**AND NOW**, this 20th day of August, 2007, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

_____
PAUL S. DIAMOND,   J.

Civ 15 (8/80)