## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SNYDER** | : | **CIVIL ACTION** |
|    **Plaintiff** | : | |
| | : | |
|    **v.** | : | **NO. 07-1660** |
| | : | |
| **MILLERSVILLE UNIVERSITY, et al.** | : | |
|    **Defendants** | : | |

---

### ORDER

AND NOW, this 20th day of August, 2007, it is hereby ORDERED that Plaintiff respond

to Defendant's Motion to Dismiss Amended Complaint (Doc. No. 7) by **5:00 p.m.** on

**September 4, 2007**.

AND IT IS SO ORDERED.

/s/ Paul S. Diamond

_____
Paul S. Diamond, J.