

Case 2:07-cv-01660-PD   Document 12-2   Filed 09/03/2007   Page 1 of

Dockets.Justia.com



**Thursday, May 04, 2006**

So... Updates!!!!
Current mood: dorky
Category: Life

Updates:

First, Bree said that one of my students was on here looking at my page, which is fine. I have nothing to hide. I am over 21, and I don't say anything that will hurt me (in the long run). Plus, I don't think that they would stoop that low as to mess with my future. So, bring on the love! I figure a couple students will actually send me a message when I am no longer their offical teacher. They keep asking me why I won't apply there. Do you think it would hurt me to tell them the real reason (or who the problem was)?

EXHIBIT "A"