# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY GIRVIN, DR. JANE S. BRAY, and DR. VILAS A. PRABHU, | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## ORDER

**AND NOW,** this　　　day of　　　　　, 2007, upon consideration Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Plaintiff's Answer and Memorandum of Law in Opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**. Defendants shall file an Answer to Plaintiff's Amended Complaint within　　　days of the date of this Order.

**BY THE COURT:**

_____

**DIAMOND, J**.