## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SNYDER** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 07-1660** |
| | : | |
| **MILLERSVILLE UNIVERSITY, et al.** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of October, 2007, it is hereby ORDERED that Defendant

respond to Plaintiff's Second Amended Complaint (Doc. No. 17) by **5:00 p.m.** on **October 19,**

**2007**.


AND IT IS SO ORDERED.


/s Paul S. Diamond

_____

**Paul S. Diamond, J.**

Dockets.Justia.com