# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY | : | JURY TRIAL DEMANDED |
| GIRVIN, DR. JANE S. BRAY, and DR. VILAS | : | |
| A. PRABHU, | : | |
|     Defendants | : | |

## ORDER

**AND NOW,** this ____ day of _____, 2007, upon consideration Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and Plaintiff's Memorandum of Law in Opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**. Defendants shall file an Answer to Plaintiff's Amended Complaint within ____ days of the date of this Order.

                                              **BY THE COURT:**

                                              **DIAMOND, J**.