IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY SNYDER | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 25th day of February, 2008, after conducting a conference, it is

**ORDERED** as follows:

1. If Plaintiff wishes to add Dr. Judith Wenrich as an additional Defendant, she shall file a motion to that effect.

2. Defendant need not respond to Plaintiff's one-hundred nineteen requests for admissions. The large number, nature, and timing of the requests suggests that they are abusive.

3. Defendant shall respond to Plaintiff's Set I interrogatories.

4. If Defendant has not already done so, it shall formally provide Plaintiff with self-executing discovery disclosures.

5. Defense Counsel shall facilitate the anticipated Rule 30(b)(6) deposition of a Department of Education representative who can testify concerning "apprentice" and "intern" teacher certification.

6. Defendant shall respond to Plaintiff's Set II request for production of documents.

7. The Parties shall have an additional week -- until March 14, 2008 -- to schedule a settlement conference with United States Magistrate Judge Timothy R. Rice.

8. I am prepared to extend discovery, providing the Parties demonstrate that they have been diligent in their discovery efforts.

AND IT IS SO ORDERED.

/s Paul S. Diamond

**Paul S. Diamond, J.**