## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | |
|         Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY GIRVIN, DR. JANE S. BRAY, and DR. VILAS A. PRABHU, | : | JURY TRIAL DEMANDED |
|         Defendants | : | |

_____

### CERTIFICATE OF SERVICE

I, MARK W. VOIGT, hereby certify that, this 7th day of March, 2008, I served a true and correct copy of Plaintiff's Motion to File Third Amended Complaint via electronic and regular mail upon the following:

Barry N. Kramer, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**LAW OFFICE OF MARK W. VOIGT**

By: _____

**MARK W. VOIGT, ESQUIRE**
Attorney ID No.: 64387
Validation of Signature Code: MWV6003
Plymouth Meeting Executive Campus, Suite 400
600 West Germantown Pike
Plymouth Meeting, PA 19462
(610) 940-1709
(Attorney for Plaintiff, Stacy Snyder)