# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY GIRVIN, DR. JANE S. BRAY, and DR. VILAS A. PRABHU, | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## ORDER

**AND NOW,** this            day of March, 2008, upon consideration Plaintiff's Motion to File Third Amended Complaint and any Memorandum of Law in Opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. The Clerk of Court is directed to file Plaintiff's Third Amended Complaint forthwith. Defendants shall file an Answer to the Third Amended Complaint within 10 days of the date of this Order.

**BY THE COURT:**

_____

**DIAMOND, J**.