IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SNYDER** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **NO. 07-1660** |
| | : | |
| **MILLERSVILLE UNIVERSITY, et al.** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 6th day of March, 2008, upon consideration of Defendants' unopposed request for an extension of time in which to file a motion for summary judgment, that request is **GRANTED**. The Parties shall have until **Friday, April 11, 2008** to file any summary judgment motion or other dispositive motion, together with supporting briefs. Responses shall be filed on or before **April 18, 2008.**

The Parties shall file all pre-trial documents after the Court has ruled on any summary judgment motions.

AND IT IS SO ORDERED.

/s Paul S. Diamond

**Paul S. Diamond, J.**