## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SNYDER** | : | **CIVIL ACTION** |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 07-1660** |
| | : | |
| **MILLERSVILLE UNIVERSITY, et al.** | : | |
|     **Defendants** | : | |

## **ORDER**

AND NOW, this 7th day of March, 2008, it is hereby ORDERED that if Defendants oppose Plaintiff's Motion for Leave to File a Third Amended Complaint, (Doc. No. 27), Defendants shall file a response to that Motion by **5:00 p.m.** on **March 14, 2008**.

                                            AND IT IS SO ORDERED.

                                            /s Paul S. Diamond
                                            _____
                                            Paul S. Diamond, J.