# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SNYDER** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 07-1660 |
| | : | |
| **MILLERSVILLE UNIVERSITY, et al.** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 18th day of March, 2008, upon consideration of Plaintiff's unopposed Motion for Leave to File a Third Amended Complaint, (Doc. No. 27), it is hereby ORDERED that the Motion is **GRANTED**.

The Clerk of Court shall file Plaintiff's Third Amended Complaint, attached as Part Five to her Motion.

AND IT IS SO ORDERED.

/s Paul S. Diamond
_____
**Paul S. Diamond, J.**