SNYDER v. MILLERSVILLE UNIVERSITY et al                                    Doc. 33 Att. 2

**EXHIBIT C-1**

Major  Secondary Ed. English

## STUDENT TEACHING
## BACKGROUND INFORMATION

ine    Snyder        Stacy                      L                      Mr.  Miss  Mrs. x Ms.
      (Last)        (First)                   (MI)                        (Mark One)

Address:    Local    847 Bunker Hill Road, Strasburg, PA, 17579-9750
            Home (if different)    N/A
            Address While Student Teaching in    x    Local    x    Home
            Lancaster County:

Telephone:    Local    717-786-2243                    M.U. #    M00142408

              Home    717-786-2243

Will you be employed during student teaching?          No    x    Yes

If yes    how many hours per week?    4    Type of work?    Tupperware Consultant
    (WE RECOMMEND YOU LIMIT YOUR WORKING AS MUCH AS POSSIBLE DURING STUDENT TEACHING.
                Evening events involving teachers will require your attendance.)

Will you be taking a course during student teaching?    x    No    Yes

If yes, what course and when?
    (ONLY ONE COURSE IS PERMITTED, AND WE RECOMMEND YOU TRY NOT TO TAKE ANY COURSES.
                Evening events involving teachers will require your attendance)

⟵  ,ll you have on-campus commitments during student teaching (ex.: Athletics, Music, SNAPPER, etc.)?

x    No    Yes    If yes list:

List your extracurricular activities/hobbies/recreational activities.
I am very active in the activities of my children (sports and boy scouts). In my own free time, I enjoy reading, art,
movies, and music.

Have you worked with/interacted with children/students other than in a classroom setting?

No    x    Yes    If yes please explain: I have two children of my own, two boys, eight and six years old. I am
            an active volunteer in the school and with the PTO organization. I have assisted Cub Scout
            Pack 19 for two years, and I am currently the Den Leader for the Bears (3rd graders). I have
            coached Strasburg Willow Street T-ball/Baseball for 2 1/2 years, and I have assisted coaching
            in other sports: Lampeter-Strasburg Youth Soccer.

List your traveling experiences: I have only traveled within a few states in my life: Maryland, Delaware, New York,
New Jersey, Virginia, West Virgina, North Carolina, and Ohio. I wish I would have had more time to travel, but raising
my children was my biggest priority. I wish to travel in the near future to Florida, and start taking trips with my children.

.iat type of position do you hope to obtain after graduation?    I want to be a Secondary Education English,
Language Arts, or Reading Teacher in 7th or 8th
grade.

**EXHIBIT**
Snyder-1
3/12/08

Snyder 1

List any special health concerns your co workers should know: | N/A

(If you would rather discuss this item privately, please check   )

If married please list spouse's name occupation and children's names/ages:

Children:

Kyle Jordan Snyder, DOB 08/13/1997 and
Ian Michael Christopher Nieves, DOB
02/08/1999.

High School College University Record

High School: name of school    Lampeter-Strasburg High School

　　　　city/state    Lampeter, PA                                    grad. date    June 1998

　　high school honors/activities:    N/A

Please describe your college/university status:

x _____ Undergraduate student at Millersville University
　　　　When did you enter MU?    Sum 2002    When do you plan to graduate?    May 2006
_____ Student in the Franklin and Marshall College cooperating program
　　　　When do you plan to graduate?
_____ Post-baccalaureate certification student
　　　　When do you plan to complete your course requirements for cert.?    _____

Other colleges/universities attended: list names and dates of attendance (post bacc. certification students also list

degree/s):    N/A

List college/university honors/activities: │ N/A
List courses (by titles) completed or presently being taken in major field(s) only:
(For example: Foundations of Modern Education; not EDFN 211)

| Course Title | Course Title |
|---|---|
| Introduction to Language Study | Teaching Secondary School English |
| Early American Literature | Seminar in Teaching Writing |
| Literary Research and Analysis | Foundations of Modern Education |
| Transformational Grammar | Psychology Foundations of Teaching |
| Shakespeare | Instructional Technology, Design, and Assessment |
| Teaching Reading and Literature with Young Adults | Issues in Secondary Education |
| World Literature I | Introduction to Film |
| Chaucer | Popular Music |
| The American Renaissance | Contours of US History |
| Poetry | Survey of Mathematical Ideas |
| Introduction to Linguistic Analysis | Elements of Statistics I |
| World Literature II | |
| Fundamentals of Journalism | |
| English Composition | |
| Advanced Composition | |
| Special Topics: American Women Writers | |

*******************************************************************************************

Please read and sign:

I understand that as a student teacher I am representing Millersville University and am a guest in the host school. I understand that I am subject to the rules and regulations of the school district to which I am assigned.

_____                    09/16/05
nature                                                              Date

Millersville's Public Relations Office has my permission to publicize my student teaching in my local newspaper.
x _____ Yes
_____ No

**EXHIBIT C-2**

# ACADEMIC MAJOR FORM

*See instructions on reverse side of page.*

## I.   To be completed by student.

186 68 5168 _____ Snyder _____ Stacy _____ L
ID                  Last Name        First Name    MI
Local Address: _____ 847 Bunker Hill Road _____
                     Street Address
              Strasburg        PA        17579
              City            State        Zip
E-mail Address: _____ SSmb11a801@yahoo.com _____
Current Degree:  AHH   Major: B101oGY   Option: Nuc. Med.
                 B/S

✓ Check all that apply:

☑ I wish to change my major to:

   BA _____ English _____ Print Journal Summer 03
   Degree      Major         Option      Effective Term

☑ I wish to change my advisor.

☐ I wish to declare a double major.  My second major will be:

   _____   _____   _____   _____
   Degree      Major      Option      Effective Term

☐ I wish to drop my second major.  My second major to be dropped is:

   _____   _____   _____
   Degree      Major      Option

☑ I wish to change my declared major/ curriculum effective term to: Summer (ex. Spring 2001)
                                                                     2003

## II.   TO BE COMPLETED BY STUDENT'S *CURRENT* ADVISOR (REQUIRED).

John E. Hoover _____   3/21/03
Signature                                  Date

## III.   TO BE COMPLETED BY DEPARTMENT CHAIR OF NEW OR SECOND MAJOR

Beverly Schnella _____   4/01/03
Signature                            Date

Complete one of the following:

☑ Please assign  Dr. Paul Belgrade  as this student's *new* advisor.
☐ Please assign _____ as this student's advisor in
his/her *second* major.

Return the completed form to: Academic Advisement, Second Floor Lyle Hall

4/11/2000

7/18/03 - Email sent
         to student

EXHIBIT
Snyder-2
3/12/08

JUL 2 2003

·GPA: _0 4 1_

# ACADEMIC MAJOR FORM

See instructions on reverse side of page.

**I.    To be completed by student.**

_18 68 5168_          _Snyder_          _Stacy_          _L_
ID                    Last Name              First Name         MI
Local Address: _847 Bunker Hill Road_

                    Street Address
        _Strasburg_          _LA_          _17519_
                City              State              Zip
E-mail Address: _SSmb11281@villioo.com_
Current Degree: _BSE_   Major: _English_          Option: _Print Journalism_

✔ Check all that apply:

❒ I wish to change my major to:

_____

    Degree              Major              Option              Effective Term

☑ I wish to change my advisor.

❒ I wish to declare a double major. My second major will be:

_____

    Degree              Major              Option              Effective Term

❒ I wish to drop my second major. My second major to be dropped is:

_____

    Degree              Major              Option

❒ I wish to change my declared major/ curriculum effective term to: _____ (ex. Spring 2001)

II.    TO BE COMPLETED BY STUDENT'S _CURRENT_ ADVISOR (REQUIRED).

X _Paul Belgrade_          _10/17/03_
                Signature                              Date

III.    TO BE COMPLETED BY DEPARTMENT CHAIR OF NEW OR SECOND MAJOR

X _Beverly Schnell_          _10 20 03_
                Signature                              Date
Complete one of the following:

☒ Please assign _Dr Masciale-Walmss_ this student's _new_ advisor.
❒ Please assign _Moo GSQ8b_          as this student's advisor in
his/her _second_ major.
        Return the completed form to: Academic Advisement, Second Floor Lyle Hall

4/11/2000                                         OCT 2 1 2003

_10/21/03 - Email sent to student_

GPA: ✗ 4/

# **ACADEMIC MAJOR FORM**

*See instructions on reverse side of page.*

**I.    To be completed by student.**

186 08 5108       Snyder       Stacy       L.
ID       Last Name       First Name       MI

Local Address: _____ 547 Bunker Hill Rd.
Street Address

_____ Strasburg       PA       17579
City       State       Zip

E-mail Address: _____ ssmbll280(a) yahoo.com
Current Degree: BA    Major: English    Option: Print Journalism

✓ Check all that apply:

☐ I wish to change my major to:

_____   _____   _____   _____
Degree       Major       Option       Effective Term

☒ I wish to change my advisor.

☐ I wish to declare a double major. My second major will be:

_____   _____   _____   _____
Degree       Major       Option       Effective Term

☐ I wish to drop my second major. My second major to be dropped is:

_____   _____   _____
Degree       Major       Option

☐ I wish to change my declared major/ curriculum effective term to: _____ (ex. Spring 2001)

**II.    TO BE COMPLETED BY STUDENT'S *CURRENT* ADVISOR (REQUIRED),**

Elizabeth Masciale-Walmer (hes)       11/14/03
Signature       Date

**III.    TO BE COMPLETED BY DEPARTMENT CHAIR OF NEW OR SECOND MAJOR**

Beverly Schneller       11/14/03
Signature       Date

Complete one of the following:

☒ Please assign Dr. Karnicky _____ as this student's *new* advisor.
☐ Please assign Mdoll4605 _____ as this student's advisor in
his/her *second* major.

Return the completed form to: Academic Advisement, Second Floor Lyle Hall

4/11/2000

11/15/03- Email sent
to student

# ACADEMIC MAJOR FORM

See instructions on second page.

786-2243

## I. To be completed by student.

18ùù85168 _____ Snyder _____ Stacy _____ L.
ID _____ Last Name _____ First Name _____ MI

Local Address: _847 Bunker Hill Road_
Street Address

_Strasburg_ _PA_ _17579_
City _ State _ Zip

E-mail Address: _ssmbli2801@yahoo.com_

Current Degree: _BA_ Major: _ENGL_ Option: _Journalism_
minor

✔ Check all that apply:

☑ I wish to change my major to:

_BSE_ _ENGL_ ~~Journalism~~ _SummerO4_
Degree _ Major _ ~~Option~~ _ Effective Term

☐ I wish to change my advisor. (Skip to Section II)

☐ I wish to declare a double major. My second major will be:

_____ _____ _____ _____
Degree _ Major _ Option _ Effective Term

☐ I wish to drop my second major. My second major to be dropped is:

_____ _____ _____
Degree _ Major _ Option

☑ I wish to change my declared major/ curriculum effective term to: _Summer 04_ (ex. Spring 2001)

## II. TO BE COMPLETED BY STUDENT'S *CURRENT* ADVISOR (REQUIRED).

_Jeff Karnicky (hes)_ _6/23/04_
Signature _ Date

## III. TO BE COMPLETED BY DEPARTMENT CHAIR OF NEW OR SECOND MAJOR

_D. Schnell_ _6/23/04_
Signature _ Date

Complete one of the following:

☒ Please assign _K. McCollum-Clark_ as this student's *new* advisor.
☐ Please assign _MO 0065088_ as
his/her*second* major.

Return the completed form to: Academic Advisement, Second [...] Lyle Hall

RECEIVED
JUN 2 4 2004

5/1/2003
6/28/04- Email sent
to student

# ACADEMIC MAJOR FORM

*See instructions on second page.*

**I.    To be completed by student.**

M0014240 8        Snyder              Stacey
_____ID_____    _____Last Name_____    _____First Name_____    __MI__

Local Address: _____
                        Street Address

_____    _____    _____
            City                State        Zip

E-mail Address: _____
Current Degree: (BSE)  Major: English  Option: _____

✓ Check all that apply:

☒ I wish to change my major to:

(B A)      English                              Sp 2006
_Degree_    _Major_              _Option_    _Effective Term_

☐ I wish to change my advisor.  (Skip to Section II)

☐ I wish to declare a double major.  My second major will be:

_____    _____    _____    _____
  Degree         Major          Option      Effective Term

☒ I wish to drop my second major.  My second major to be dropped is:

BSE        English
_Degree_    _Major_              _Option_

☒ I wish to change my declared major/ curriculum effective term to: Sp '06 (ex. Spring 2001)

**II.    TO BE COMPLETED BY STUDENT'S *CURRENT* ADVISOR (REQUIRED).**

_Schnell_                                5/11/06
        Signature                            Date

**III.    TO BE COMPLETED BY DEPARTMENT CHAIR OF NEW OR SECOND MAJOR**

_Schnell_                                5/11/06
        Signature                            Date

Complete one of the following:

☐  Please assign _McCollum-Clark_ as this student's new advisor.
☐  Please assign _____ as this student's advisor in
   his/her second major. 5/23/06 Email sent to student

Return the completed form to: Academic Advisement, Second Floor Lyle Hall

5/11/2006

This student needed to change majors due to ~ Thea Sanger

registration encountered in student records

enable her to graduate.                          5/18/06

# Courses By Term

## Snyder, Stacy Lee    ID: M00142408

L<sup>E</sup>VEL: U    MU credits earned: 121    Transfer credits: 0    Total credits earned: 121    Cum GPA: 3.15

### 200230 - Presession 2002

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | $\frac{A}{W}$ | HPED |
|------|------|------|-------------|---------|-------|--------|---------|---|-----|---|------|------|
| PHIL | 100 | 92 | Introduction to Philosophy | 3.0 | C | | G1 | | | | | |

### 200240 - Summer 1 2002

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | $\frac{A}{W}$ | HPED |
|------|------|------|-------------|---------|-------|--------|---------|---|-----|---|------|------|
| COM | 100 | 01 | Fundamentals of Speech | 3.0 | A | | FUND | | | | | |

### 200250 - Summer 2 2002

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | $\frac{A}{W}$ | HPED |
|------|------|------|-------------|---------|-------|--------|---------|---|-----|---|------|------|
| MATH | 100 | 02 · | Survey of Mathematical Ideas | 3.0 | C- | | G2 | | | | | |

### 2<sup>n</sup>0260 - Fall 2002

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | $\frac{A}{W}$ | HPED |
|------|------|------|-------------|---------|-------|--------|---------|---|-----|---|------|------|
| BIOL | 100 | 03 | General Biology:Lecture | 3.0 | C | | G2 | | L | | | |
| BIOL | 100 | 3A | General Biology:Lab | 0.0 | IP | | G2 | | | | | |
| CHEM | 101 | 01 | Science of Chemistry 1 | 3.0 | C+ | | G2 | | | | | |
| ENGL | 110 | 27 | English Composition | 3.0 | A- | | FUND | | | | | |

### 200320 - Spring 2003

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | $\frac{A}{W}$ | HPED |
|------|------|------|-------------|---------|-------|--------|---------|---|-----|---|------|------|
| BIOL | 211 | 0 | Concepts of Zoology:Lecture | 4.0 | D+ | | G2 | | L | | | |
| BIOL | 211 | 0C | Concepts of Zoology:Lab | 0.0 | IP | | G2 | | | | | |
| CHEM | 111 | 0 | Introductory Chemistry 1:Lect | 4.0 | W | | G2 | | L | | | |
| GEO | 241 | 01 | Comparative Regional Geography | 3.0 | W | | G3 | | | | | |
| HIST | 106 | 02 | Contours of US History | 3.0 | B- | | G3 | | | | | |
| MATH | 101 | 01 | College Algebra | 3.0 | W | | Non-Ge | | | | | |

### 200360 - Fall 2003

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | $\frac{A}{W}$ | HPED |
|------|------|------|-------------|---------|-------|--------|---------|---|-----|---|------|------|
| ENGL | 231 | 0 | World Literature 1 | 3.0 | B+ | | G1 | | | | | |
| GERT | 210 | 01 | Aging and the Law | 3.0 | B+ | | G3 | W | | | | |

* Note: a block of six Applied Musicianship courses (a total of 3 credits) may be counted in the G1 block as one Liberal Arts Core course (for non-music majors).

## Snyder, Stacy Lee    ID: M00142408

LFVEL: U    MU credits earned: 121    Transfer credits: 0    Total credits earned: 121    Cum GPA: 3.15

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| HIST | 356 | 01 | New Era. 1876-1919 | 3.0 B | | | G3 | W | | | | |
| PSYC | 100 | 04 | General Psychology | 3.0 C+ | | | G3 | | | | | |
| WELL | 175 | 09 | Wellness | 3.0 B+ | | | Gen Ed | | | | | HPED |

### 200420 - Spring 2004

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| ENGL | 220 | 03 | Introduction to Language Study | 3.0 A- | | | G1 | | | | | |
| ENGL | 221 | 01 | Intro to Linguistic Analysis | 3.0 A | | | G1 | | | | | |
| HIST | 260 | 56 | History of Pennsylvania | 3.0 C- | | | G3 | W | | | | |
| HUM | 380 | 01 | Latino Issues of Identity | 3.0 A- | | | Gen Ed | | | P | | |
| PHIL | 280 | 01 | Thanatopsis:Viewing Death | 3.0 B- | | | G1 | | | | | |

### 200440 - Summer 2 2004

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| 3I | 263 | 01 | Popular Music | 3.0 A- | | | G1 | | | | | |

### 200450 - Summer 3 2004

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| ENGL | 311 | 50 | Advanced Composition | 3.0 A | | | Gen Ed | | | | A | |
| ENGL | 422 | 02 | The American Renaissance | 3.0 B+ | | | Non-Ge | | | | | |

### 200460 - Fall 2004

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| ENGL | 232 | 0 | World Literature 2 | 3.0 B+ | | | G1 | | | | | |
| ENGL | 235 | 01 | Early American Literature | 3.0 A | | | G1 | | | | | |
| ENGL | 237 | 01 | Literary Research and Analysis | 3.0 A- | | | Non-Ge | | | | | |
| ENGL | 313 | 0 | Fundamentals of Journalism | 3.0 B- | | | Gen Ed | | | | A | |
| ENGL | 331 | 01 | Special Topics:Amer Womn Wrtrs | 3.0 B | | | Non-Ge | | | | | |

### 200520 - Spring 2005

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| EDFN | 211 | 01 | Foundations Modern Education | 3.0 A | | | Non-Ge | | | | | |
| EDFN | 241 | 01 | Psyc Foundation of Teaching | 3.0 A- | | | Non-Ge | | | | | |

* Note: a block of six Applied Musicianship courses (a total of 3 credits) may be counted in the G1 block as one Liberal Arts Core course (for non-music majors).

# Courses By Term

## Snyder, Stacy Lee    ID: M00142408

LEVEL: U    MU credits earned: 121    Transfer credits: 0    Total credits earned: 121    Cum GPA: 3.15

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| ENGL | 405 | 0 | Shakespeare | 3.0 | W | | Non-Ge | | | | | |
| ENGL | 486 | 02 | Tchg Rdg and Lit with Yng Adlt | 3.0 | A | | Non-Ge | | | | | |
| MUSI | 265 | 01 | Symphonic Music | 3.0 | B | | G1 | W | | | | |

### 200530 - Summer 1 2005

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| ENGL | 240 | 95 | Introduction to Film | 3.0 | B+ | | G1 | W | | | | |
| ENGL | 403 | 50 | Chaucer | 3.0 | A | | Non-Ge | | | | | |
| MATH | 130 | 96 | Elements of Statistics 1 | 3.0 | C- | | G2 | | | | | |

### 200540 - Summer 2 2005

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| ENGL | 321 | 01 | Transformational Grammar | 3.0 | C+ | | G1 | | | | | |

### 200560 - Fall 2005

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| EDFN | 330 | 0 | Instr Tech, Design, Assessment | 3.0 | A | | Non-Ge | | | | | |
| EDSE | 321 | 0 | Issues in Second Education | 3.0 | A- | | Non-Ge | | | | | |
| ENGL | 405 | 0 | Shakespeare | 3.0 | B- | | Non-Ge | | | | | |
| ENGL | 441 | 60 | Poetry | 3.0 | A | | Non-Ge | | | | | |
| ENGL | 485 | 0 | Teaching Sec School English | 3.0 | A | | Non-Ge | | | | | |
| ENGL | 487 | 01 | Seminar in Teaching Writing | 3.0 | A | | Non-Ge | | | | | |

### 200620 - Spring 2006

| Subj | Cour | Sect | Course Title | Credits | Grade | Repeat | GE Area | W | Lab | P | A W | HPED |
|------|------|------|--------------|---------|-------|--------|---------|---|-----|---|-----|------|
| EDEN | 461 | 3B | Student Teaching in English | 12.0 | W | | Non-Ge | | | | | |
| GRAD | 999 | 01 | Graduation | 0.0 | IP | | Non-Ge | | | | | |

* Note: a block of six Applied Musicianship courses (a total of 3 credits) may be counted in the G1 block as one Liberal Arts Core course (for non-music majors).

Term: 200520
ID: M00142408    Snyder, Stacy L.

Registration From Date:         Registration To Date:

| CRN | Subj | Crse | Seq | Title | Creds | Lv | Stat | Days | Time | Build | Room | Instructor |
|------|------|------|-----|-------|-------|-----|------|------|------|-------|------|------------|
| 7439 | ENGL | 405 | 0 | Shakespeare | 3.00 | U | | W T | 0600-0900PM | HASH | 212 | Sheaffer, MPA |
| 7544 | MUSI | 265 | 01 | Symphonic Music | 3.00 | U | RE | MWF | 0100-0150PM | LYTE | B | Brye, Peter J |
| 7840 | EDFN | 211 | 01 | Foundations Modern Education | 3.00 | U | RE | TR | 0900-1015AM | STAYE | 170 | Stengel, Barbara S |
| 7851 | EDFN | 241 | 01 | Psyc Foundation of Teaching | 3.00 | U | RE | TR | 1030-1145AM | STAYE | 171 | Hanich, Laurie B. |
| 9425 | ENGL | 486 | 02 | Tchg Rdg and Lit with Yng Adlt | 3.00 | U | RE | TR | 0100-0215PM | MCCOM | 110 | McCollum-Clark, Kimb |

Total Credits: 15.00

**EXHIBIT C-3**

STACY

1/30/08 - Block 2

About
9:24 - how was your weekend? - Alexis, Max.

9:25 - DOK - hand out paper - correct the sentences

9:32 - f, DOK sentences 1-11    students volunteered - had to fix error -
anyone else? - good looking for a variety of helpers - everyone was
paying attention ((its in DOK #2) - needs to be fixed

9:40 - poetry - Who likes poetry? Who likes songs/music? Lots of volunteers
to read

9:42 - The Graduate clip w/ Simon & Garfunkel's "The Sound of Silence"
green handout

9:46 - looking for personal connection - explains the film - point out
similarities between lyric & poetry

9:47 - purple packet on poetry - go through definitions - Stacy gave
definitions & sts. wrote/ #1 & #2 & #3 ABC

9:52 - overhead (refrain - should be end-stopped /enjambed - ok
End rhyme) *quatrain  *tercet

9:58 - fire drill - went off twice - Stacy kept going ☺ - how
stressful

10:04 - assonance - Frank - good question, alliteration,
& repetition

10:06 - metaphor, simile, personification



EXHIBIT
Snyder 3
3/12/08

Snyder 3

CVSD 206

Block 3.   Dave ... current

10:41 - DOLA

10:50 - DOLA - ao over sentences - lots of volunteers

10:55 - poetry handout - paper paper

10:59 - film clip

11:02 - discuss clip & connection

11:04 - purple packet, overhead

11:21 - overhead put away

★Glows

① Good presence in front of classroom
② Nice use of media
③ Changed activities frequently
④ Good examples

★Grows

① black font - overheads
② terms - ask me if you need help

CVSD 207

tion Feb 1, 2006

Block 2: Tech Eng. 12

DOLA

Library until 10:00

Renaissance history

Pastoral/antipastoral poetry (if time)

alone                    | group
• good time ngmt         | • 5 etc sleeping - she did address the
• good thinking on you   | sleeping in a joking way. which was good,
feet ☺                   | but we need a tough/high expectation for their
• history is tough &     | behavior in class
you boiled it down well  | • error in DOLA - missed ?'s in teacher's
                         | name

Block 3: Trad. Eng. 12

DOLA

Discuss results of wordsplash ✓ - but we didn't discuss - you quickly
mentioned the

10:53 - packet on Ren. history

10:54 - began notes          Pr Buoy's ?? bread M. - no books -
                                                    borrowed books
11:10 - poetry in books -

11:12 - have sex? Read into "be my love" ? Marlowe poem

11:31 - stopped

CVSD 208

transe into
opening remarks - similar.

Stacu - Feb 2, 2011

BL 2 - DOLA - spelling error / reviewed          spelling error
  Ne - history review                    lands: testrameter
  Marlowe & Raleigh poems  - & heads down/sleeping   ❧
  ★ Stacy has expressed that she knows that spelling
    is a weakness.
  Kids are unclear about chart - why? Maybe make an overhead
  of it to help them, or use the language of the chart when
  you write notes

  Stc. presented

  BL 3
  DOLA - maybe call on some different people to get more
    stc. involved & to ensure that everyone is taking
good idea    notes
except with          much better job explaining this time ☺
all - this
like teaching        we should still talk about each day's DOLA so you
keep her!            are able to field their questions

  Restoration - partner groups - 5 mins to read packet
           then regroup
  11:20 - Regrouped w/ students - good notes - good explanation ☺
           you might want to make sure that stc. are reading
day of - printed    Also, let's review punctuation with quotations
also not finished  11:32 - Gray's biography - good
poem explication
?? should    12:00 - Read Gray's poem
I help?

CVSD 209

- good joking w/kids ☺
- ~~they~~ really like you! ☺
- good explanations/answers today — you're fielding their questions well! ☺
- good job keeping up with daily tasks — very organized & the students appreciate it! ☺
- your notes are very thorough! ☺

- over prepared — DOLA — let's talk!
- make chart more accessible to BL2 (BL3 is fine)
- get sts. who do not usually volunteer to answer in DOLA; you want some indication prior to a quiz of everyone's ability
- make the kids do more — remember — these kids are almost college students.

- How do you know what they know? Think about that. Yo need feedback.
- Gray & "Elegy": are you keeping up? Can I help? You want to focus on kicking butt now so we can add more to your load later.

CONCERNS
- music w/swear words } addressed ✔
- "shut up!"
- minimal knowledge in grammar, vocabulary, spelling
- a little too easy

# John Donne Holy Sonnet 6

```
C  H  Z  O  A  X  H  Z  E  C  E  Q  L  G  H  Y  X  C  H  M
M  H  T  J  N  B  I  N  W  V  U  M  D  N  A  E  W  J  A  F
B  A  O  A  Z  U  I  S  J  O  H  N  D  O  N  N  E  R  S  B
C  D  D  N  E  N  L  Z  T  F  R  D  W  Z  R  M  R  Q  G  J
J  Q  R  B  Y  D  R  N  E  E  T  X  I  S  V  A  X  D  I  K
A  R  F  T  K  G  H  O  Z  Y  N  H  O  J  G  T  A  D  R  C
A  L  F  U  T  C  U  D  Y  B  O  N  B  E  U  C  Z  M  R  B
H  I  E  T  T  Y  P  W  N  O  D  D  O  C  U  Q  N  T  V  X
F  R  P  J  O  X  G  J  V  T  B  F  V  S  H  V  S  A  V  E
G  B  Y  R  N  L  B  T  U  T  E  M  W  H  Y  Z  Z  V  A  B
L  A  R  D  E  H  T  A  C  L  U  A  P  T  S  L  U  I  N  S
F  J  T  H  B  A  K  K  I  D  R  H  V  K  X  O  O  M  N  S
M  A  S  R  Y  O  C  M  N  J  L  L  D  H  U  K  G  H  M  U
G  J  R  Z  P  R  R  H  C  C  C  Z  A  A  K  G  U  G  O  O
I  U  O  B  U  C  X  Q  E  R  U  Y  G  U  U  D  L  C  R  I
O  N  Z  O  B  Z  C  N  M  R  Z  P  W  I  W  O  Z  C  E  G
S  A  C  P  A  V  C  O  B  W  X  A  R  T  O  I  Z  F  Y  I
X  E  K  N  O  W  G  B  C  A  Q  T  Y  D  S  I  W  O  F  L
A  D  I  T  B  K  R  O  I  O  R  L  L  L  M  S  R  P  P  E
S  V  Z  H  N  D  C  B  I  P  J  O  Z  H  W  S  Q  B  E  R
```

| | | |
|---|---|---|
| ANNMORE | DEAN | DEATH |
| FIFTYNINE | HOLYSONNETSIX | JOHNDONNE |
| MARRAGE | PREACHER | CVSD 211 |
| SIXTEEN | STPAULCATHEDRAL | RELIGIOUS |



## GLOWS

- Organization systems
- Keeping up with grading & a lot of the curve balls thrown at
- Circulating around room - good                                    teachers
- nice job encouraging sts. who participate & attempting to get other sts. to volunteer
- asks for feedback from the sts. & tries to adjust teaching/seats
- DOLA instruction/preparation has improved

## GROWS

- Classroom management
  - students are still talking while sts. are testing
  - circulating is good, but you must address the st behavior
  - too much talking while you're talking - about 5-10 **problems that arise** sts. are w/ you at any point (in Bl. 2). You called for attention & you didn't get it. Then, you complimented the sts. @ the end of the Bl.

  explaining/teaching content is weak (as evidenced by sts' inability to perform objectives, the guessing game, and the frequency of questioning from students). You spent 20 mins. on lit. terms w/out really explaining any real content to the students. Your explanations jumped around too much with you just stating lines & some terms were not even defined/explained. The sts. were left very confused. Also, according to your lesson plan, in the key terms section, sts. were going to analyze fig. language "Sunflower," but in the lesson format section, there was no

CVSD 212

"I hope you give me the same respect that you give me."

Stephasking for help made the whole class is confused.

We've discussed:
① Shut up     ④ BLOCK Activities
② Parent follow-ups
③ Chain of command

Exploration/planning for how to teach the sts. & how you'll know whether the sts. are learning.

- Spending too much time on something — in 4 days, BL. 2 covered 2 short works.; You must follow my pacing guide (unless outside of your control) & follow your lesson plan

- Lesson planning is still weak in terms of engaging the sts., challenging the sts. (esp. BL3), and assessing the sts.' knowledge.
  • There is NO way any st. in BL3 (maybe BL. 2) feels challenged.

- You suggest an idea then crumble based on what the sts. want — they run the show! "I think we should do it this way/grade it this way" & then discussion ensues.

- You must be more careful w/ imp. documents: tests, attendance roster

- Although you try to get sts. to volunteer, many sts. go the entire block without speaking — call on sts. — make them participate

- Some sts. are still coming each day w/out their books. Mostly; sts. also sleep in class

- Give more specific roles/tasks for group work — time limit, tasks for each sts., etc.

- Language: "shut the hell up" & story didn't address it at all

- You still seem to need help with content (kennings, news lay, etc.

CVSD-213

still do not know the (in) lang. you are the guide to teach. have taught. give/ have started

activities/questions often from "the" whole class seem to have problems that you did not seem to connect/ items on items you do not read
Catch/connections

"I shouldn't be just... I person don't y all the work" the work

Monday, 2/13     Sick 😐

* Stacy explained on Sun. evening that she spent 2 days grading so she was worried she wouldn't have all her plans completed. Then, she became ill.

BLOCK 2

* DOLA - handout for sts - corrections on overhead - a little
        good - much more prepared - appositive                difficult to
                                                                 read

* Rossetti - biography - Sts. took notes
      Sts. then read poem to themselves, but sts. were talking
      all weren't reading. How do you know they read?
      She explained the poem, its fig. lang., & its connection to
      some sts. didn't have their notes/books out.          period

Stacy- really did not feel well! 😐

BLOCK 3

* DOLA                    more of a transition needed

* History of Anglo-Saxon period - overhead  transmitted orally
      - explain why everything is poetry > Rhythm, alliteration,
                                                 strong beat
      used overhead

      nice handout/use of overhead! 😊

* Toward Renaissance - started getting French? - Norman
      another overheads w/notes ⇒ A-S Lit/Old eng. Lit.    Conquesti
      constant chatter 😐 Brent, Andrew, Andrew - Ian at times -
      (drive me crazy)

CVSD 214

2/3/06 - Bl 2

① Much better! ☺

asked sts. to write
b-day on board
cute ☺

- pop quiz
- reminders about sleeping
- overhead on pages for poetry - explanation
- assignment - Read Restoration Notes

2/3/06 - Bl 3

- DOLA quiz
- after Restoration - groups to tackle Romanticism history
- Keats' background

2/6/06 - Bl 3          * 7 sts. absent *

- assigned vocab words by #
- Read "Ode on a Grecian Urn" to the students
- last 2 lines are most important; apologized to sts. for reading
- definition of ode
- last 2 lines - we should discuss; the historian is the urn -
but there is a speaker

times on board
Quizzes 9:20-9:35
Exo terms 9:35-9:40
Seafarer 9:40-10:15
Riddles 10:15-10:35

2/24 - BL 2

9:21  "Ladies & gentlemen" ... to get attention
expectations about silence Repeated)
VOC. quiz & DOLA quiz

9:30  Not all sts. were finished & at least 1 person was
still testing

9:40  transition into "Seafarer" & Riddles
Alegra still quizzing
Lit terms - questioning - find alliteration? No
volunteers What's the new term in this piece?
Kenning definition - sts had difficulty finding
the terms
Circulating around Room - good but still talking
around Room (Justin, Bree, David talked the entire
time.)
too much time - this is what is is / this is where
it is. Now you find one in this passage.
Sts. are Rebelling - this is hard.
irony                                      ★ ★
9:54  glaring - imagery  { went on to these w/out
you have about 4 sts. with you at any given point!

Read this section - where is money imagery?
9:56  It's a guessing game!

9:58  Move into "The Seafarer"
Steph said I don't get it & I can't find it
She said come see me, but the whole class is lost!
9:59  Wait for discussions to cease
10:02  Read opening to class — the kids just
have sts. Raise hands - they shout out & it's Chaos.

CVSD 218

Tues, Wed, Thurs, Fri. — Buo & Sea" — that's it!

are we talked down the vents?

10:05 Still not into poem
        Spirit Reading — No - bump Reading
10:07 personification & metaphor in "The Seafarer"
10:10 imagery
        put the terms on the board to facilitate the
        discussion
10:12 David Read
10:14 David continues to read
10:15 theme of poem - almost finished w/the poem
10:27 completed the poem
        what is the theme of the poem?
            Someone is talking, give her respect
            * and the sts. just kept talking.

20 mins.

10:29 - packing up already

talking too much time!

Stacy informed me that she lost a student's
Test & lost the attendance Roster I need for the
attendance sec.

Did not follow lesson plan — format
for "Seafarer" and didn't get to
Riddles!

Stacy came up to me and said - I think that
went well, didn't you? Awkward.
So I said, "Yeah... I have some suggestions
though."

CVSD 219

Block 2    2/27/06

9:21 Opened w/ questions on progress report & new seats
    Stacy is requiring sts. to get parent signature.
    Sts. question the reading of the DOLA quiz; sts. seem to be in
    control most of the time.
    She stressed that sts. need to come to see her.
    Sts. worked on riddle fig. lang. in groups

10:10-11:11 * had to start late due to previous
block's testing situation

BLOCK 3 - 3/1/06 - Ballads & SIRG

DOLA - solicited volunteers for sentence corrections
TRAVIS ARMSTRONG corrected the 1st [2nd] sentence
over at 10:30

SIRG - discussion ended at 10:40 ; Stacy needed text to discuss

                                                                    twice
Ballad PP presentation - began at 10:45 ; had to wake Meshay up - good
        nice, playful relationship             I wonder if
                                                something is
                                                wrong. ☹
        (scribble)

        ERRORS on PP: "evolving" - should be "involving" Slide 3
                     quotations around poem titles - Kourtney caught
                                                        this ERROR. - good

* So many questions throughout & make expectations/instructions
   clear from the start.

                              ↑

grows                    &              grows
• movement around room              • some ERRORS in PP
• nice use of technology            • still not getting lesson plans
  w/ power point                      the day before during Bl. 4 for
• KWL sheet is nice ☺                 our discussion - sometimes I
• cool pictures                     can do, but not always

CVSD 222

BLOCK 2 : Tech. Eng. 12
Wed., 4/5

Shawn
(621.)

10:04 - switch activities

* if nothing is
  Received
  today

glows:
- most sts. seemed interested

grows:
- many sts. sleeping
- sts. not sitting in assigned seats
- some of you are only thinking of getting out of here... I'm
  feelin' you, I'm feelin' you.

- still letting the sts. tell you what to do.

- how are you keeping up w/ the lesson plans? Timing?

CVSD 253

**EXHIBIT C-4**

# MILLERSVILLE UNIVERSTIY

MILLERSVILLE, PA 17551-0302

NAME _Stacy Snyder_   SCHOOL _Conestoga Valley High School_

SUBJECT _English_   GRADE _1 2_   TIME _2-15-06_ OR PERIOD _Block 3_

Professional Education Unit's   1) Learning Communities of Inquiry & Action
Conceptual Framework   2) Focus on Students
Vision & Philosophy   3) Exemplary Professional Practices

Since the observer was not given a lesson plan before the start of the class, he was unable to evaluate the plan as per the delivery of the lesson. A good look at the lesson plan will be included in the conference (2-16-06).

The content of the lesson focused on poetry, _The Seafarer_

The students were very receptive to Ms Snyder's teaching. Indeed, they seem to be a cheering section bent on helping her be successful. It is a good class.

After a lack of focus at the beginning of the class, the anticipatory set was made clear. Ms Snyder's determination to provide correct information to the class was demonstrated by an overhead relating to a previous lesson. *Do you understand/Know what we are doing here?*

Reading of the poem by students and the teacher was accompanied by content statements by Ms Snyder. Students were not set well for this approach. There were "how" and "what" questions about note-taking (red flags). Most of the teacher comments were surface teaching with no effort to get students involved in processing of the finer points of content through question and answer discussion (no dip-sticking). There was no overhead, board work, or extrapolation to aid student understanding and note-taking. An illustration similar to the one shown earlier in the class (previous lesson) would have been helpful. *get them to ask questions answer questions*

The activity involved getting students to demonstrate their understanding of the characters involved in the last two lessons through arts and crafts creations. The activity was not modeled well. Modeling and content base will be included in the conference (2-16-06). *move around*

Reminder – DUE - Teacher observations
Shadowing
Co-op interview

*[margin notes:] taking over noise canal to them down little an have activity*

Conference – Good discussion.

Suggestions for classroom management- follow through on management plan – perhaps start each class with a spurge.

EXHIBIT
Snydee-4
3/12/08

_8 of 47_

SUPERVISOR _Barry Grimm_   DATE _2-16-06_

# MILLERSVILLE UNIVERSTIY
MILLERSVILLE, PA 17551-0302

NAME _Stacy Snyder_     SCHOOL _LHS_

SUBJECT _Trad. American Lit._     GRADE _11th_     TIME OR PERIOD _Blk 4_

| Professional Education Unit's | 1) Learning Communities of Inquiry & Action |
|---|---|
| Conceptual Framework | 2) Focus on Students |
| Vision & Philosophy | 3) Exemplary Professional Practices |

House of Usher-prep for Poe Project
One mind
3. family

12:50 Talking about ideas of the future - Poe Project
12:56 Interruption via intercom system
12:57 Showing a video clip/audio clip to show how a
Student can incorporate music into their projects
1:00 "The Raven" (turns lights off) Fall of the House of Usher (10:40)
1:01 Comes around to check homework
1:03 Points out a key point
1:10 Begins lecturing
1:11 Explained what was expected for homework
-more effort
1:13 Explaining the reason for the audio clip -relation of the
clip to Edgar Allen Poe
-Reflection of life in New York
Similar to the \{-Jump to conclusions /control of/by the imagination
-subconscious fear dominate
story \{-mass hysteria
1:20 Has connections to past historical events
(Communism, WWI - Jap Americans
1:23 Opens the book - Fall of the House of Usher     Student w/ completed work handed it to a student w/
1:25 Creation of a mood by Poe     It done-
Roderick Usher is referred to in detail
-needs expansion/isolation forms unhealthy relationship
1:32 Stops to wake a student (w/ squire a student with water)
1:30 Refers to the movie - "The Shining"
1:35 Unreliability of the narrator
1:36 - (verview/Discuss the questions     Turn to Page 167
Topics covered ca-     haunted by madness
(1) mental illness of the main character (2) human mind (tru in rage),
(3) reason vs. irrationality (pg. 170), (4) = artistry
1:37 Read Thanatopsis - creativity students very verbal (3 students working)
(pg. 150)-

SUPERVISOR _Barry Girvin_     DATE _02/21/06_

WHITE - Student Teacher          YELLOW - Cooperating Teacher          PINK - Supervisor

NAME Stacy Snyder          SCHOOL Conestoga Valley High School

                                            TIME 9-11-15
                                            OR
SUBJECT English            GRADE Twelve      PERIOD Block Three

Professional Education Unit's  1) Learning Communities of Inquiry & Action
Conceptual Framework           2) Focus on Students
Vision & Philosophy            3) Exemplary Professional Practices

Ms Snyder announced the agenda for the day, made some comments concerning an enrichment paper, and started the DOLA activity. There was an improvement in classroom management but she still courted disaster: seeking student approval as opposed to controlling the direction and pace of class, and lulls brought about by poor transitions (not thinking through the use of equipment, unclear instructions, asking about romance papers in the middle of doing something else, etc.).

The lesson looked good on paper (lesson plan) but it suffered in the delivery. Having a student do DOLA sentences was a good idea but:

1. Many students could not read the sentences.
2. Decision on where the student should make corrections (overlay or board) should have been part of planning.
3. Proper planning would have allowed the student teacher to know exactly what corrections were needed and why. This would provide proper pace, let students know who is in charge, and avoid time-wasting questions designed to expose the student teacher's content weaknesses. Ms Snyder needs to project an image of confidence and self-respect.

Ms Snyder should be complimented for moving around the room as she teaches (monitoring behaviors), for positive reinforcement, for following through on her management plan, and for giving students individual help.

During the lesson time was wasted when students were copying notes. Some requested much more time than was needed to copy the content, and the student teacher did not respond to this obvious attempt to prevent the completion of lesson objectives.

However, the real problem involves content. The information on the power point was not deep processed and thus application level thinking was impossible. Content must be mastered and then methods must be devised to take students up the taxonomy. Planning should focus on this processing and student involvement in it – the heart of the lesson. To help with this approach, lesson plans should be prepared far enough ahead for the co-op to make suggestions on processing and anticipation of student questions.

There were many questions about the worksheet (red flag). For tomorrow, model one level showing students the what and where needed to complete the task.

Ms Snyder is aware of the hard work involved in planning and teaching, but she must focus that effort on the critical – processing content.

When this unit is completed, Ms Snyder needs to get up to speed on MU obligations – shadowing, observing, interviewing, and all CIRQL obligations. Perhaps a reduced teaching schedule for the next two or three weeks would allow for this to be completed.

SUPERVISOR _____          DATE 3 — 1 — 0 6

**CVSD** 223

WHITE - Student Teacher          YELLOW - Cooperating Teacher          PINK - Supervisor

# MILLERSVILLE UNIVERSTIY
MILLERSVILLE, PA 17551-0302

NAME  Stacy Snyder                    SCHOOL  Conestoga Valley High School

                                                            TIME  3-9-06
                                                            OR
UBJECT  English                       GRADE  Twelve         PERIOD  Block Two

Professional Education Unit's | 1) Learning Communities of Inquiry & Action
Conceptual Framework | 2) Focus on Students
Vision & Philosophy | 3) Exemplary Professional Practices

Ms Snyder's lesson was on plagiarism. She researched the topic and prepared an excellent handout. It was clear from the outset that she was confident about her content and her approach.

The anticipatory set established why students need this lesson – direct application of the learning as they write their research papers.

Ms Snyder moved around the room as she taught, calling was random, questions were clear, and there was a great improvement in pace. She knew where she wanted to go and controlled the situation. The critical – growing confidence in the ability to process content brings with it the desired behaviors.

Ms Snyder responded quickly to discipline situations in a businesslike (not emotional) manner. This was a step in the right direction (authority figure).

Ms Snyder should also be complimented for:

1. Use of transfers – familiar music examples helped students understand the same process in the written word, etc.

2. MU requirements – Teacher interview completed, described, and designated as a base for unit planning.

SUPERVISOR _____          DATE  3-9-06

WHITE - Student Teacher          YELLOW - Cooperating Teacher          PINK - Supervisor

# MILLERSVILLE UNIVERSTIY

MILLERSVILLE, PA 17551-0302

NAME  Stacy Snyder     SCHOOL Conestoga Valley High School

                                                  TIME 4-03-06

SUBJECT  English                 GRADE  Twelve          OR PERIOD  Block One

Professional Education Unit's    1) Learning Communities of Inquiry & Action
Conceptual Framework         2) Focus on Students
Vision & Philosophy           3) Exemplary Professional Practices

Ms Snyder started a new unit (Macbeth) with a new class. She has done extensive planning using the Millersville University (CIRQL) process. The unit plan was well done and this class got the delivery off to a good start. The lesson plan was excellent.

Routines were established: seating, work folders, rules, consequences, Shakespearian folders, stop signs. Student information was collected (sheets for the purpose), and unit materials were distributed and explained: syllabus, novel assignment and novels available, handouts for folders. The lesson continued with terminology – literary devices/elements for the unit.

Glow:
1. Preparation
2. No lulls
3. Checks for knowledge on deadlines, assessments, rules
4. Nice personal touches: college map, senior pictures
5. Checks for previous learning

Grow:
1. Continue to model what you want
2. Continue to check for knowledge – key questions. Avoid "...any questions?"

SUPERVISOR _____  DATE 4-5-06

WHITE - Student Teacher         YELLOW - Cooperating Teacher         PINK - Supervisor

NAME Stacy Snyder          SCHOOL Conestoga Valley High School

TIME 4-06-06

SUBJECT English          GRADE Twelve - traditional PERIOD Block One

Professional Education Unit's    1) Learning Communities of Inquiry & Action
Conceptual Framework             2) Focus on Students
Vision & Philosophy              3) Exemplary Professional Practices

The good feeling tone continued with the class. Ms Snyder's approach was very businesslike and highly organized. Her lesson plan and supplementary material were excellent. Focus was on Elizabethan language, reading skills, and pronunciation. Students applied the learning during closure – Elizabethan insults.

She should also be complimented for:

1. Clear set – on board
2. Fact sheet competition
3. Smooth transitions – no lulls
4. Use of time limits
5. Checks for knowledge on folder responsibilities
6. Telling students when they need to raise their hands and when they may speak out
7. Clear statement of purpose
8. Good use of transfer – drivers' license, etc.
9. Attention to "connections" particularly in regard to previous learning
10. Informing students that the class survey was an important check for knowledge. Students took it to heart – were on-task during the activity.

Suggestions:

1. This is a quiet class. Try for more class participation. A bit more from them during the deeper meaning and pronunciation discussions would have been desirable.
2. Have students "speak up" or repeat their answers.

SUPERVISOR

DATE 4-7-06

WHITE - Student Teacher          YELLOW - Cooperating Teacher          PINK - Supervisor

# MILLERSVILLE UNIVERSTIY

MILLERSVILLE, PA 17551-0302

NAME Stacy Snyder        SCHOOL Conestoga Valley High School

                                                          TIME 4-06-06
                                    Twelve -        OR          Block Two
.UBJECT English            GRADE technical        PERIOD

Professional Education Unit's    1) Learning Communities of Inquiry & Action
Conceptual Framework             2) Focus on Students
Vision & Philosophy              3) Exemplary Professional Practices

Having experienced discipline problems with this class on earlier occasions, Ms Snyder started with a reference to her rules and consequences. Most talking out of turn stopped and Ms Snyder resisted getting into arguments about class procedures. She "saw the class" and did not allow offenses to pass. She noticed that some students were not in assigned seats and had them move. All this produced the desired result, and the class moved forward along the same lines as Block One.

There was good use of time limits, transitions, and supplementary materials. Ms Snyder asked quality stimulus questions. She gave students enough time to complete work but kept them busy and on-task. Set for activity – "You have 15 minutes, get as much done as you can." There were some quality student questions which she handled well. As in Block One, she did a good job with purpose.

The class moved along well with more participation than in Block One. Proper wait time was evident as in "…take time to think."

After the class survey activity things went downhill. Ms Snyder did not have the students move back to their assigned seats after the "pairs" worked together. This opened the door for off-task actions that proved hard to control. She told the class that the next activity would not happen, and that they should study in silence for the remaining time (about 12 minutes). However, when they did get quiet (what she said she wanted), she started to talk. If she wanted quiet she should have enforced quiet.

Except for the last few minutes, it was a good class. Lesson – Always enforce the consequences stated.

SUPERVISOR

WHITE - Student Teacher        YELLOW - Cooperating Teacher        PINK - Supervisor

# MILLERSVILLE UNIVERSTIY

MILLERSVILLE, PA 17551-0302

NAME __Stacy Snyder__     SCHOOL __Conestoga Valley High School__

SUBJECT __English__     GRADE __Twelve – Technical__     TIME 4-18-06  OR  PERIOD __Block Two__

Professional Education Unit's     1) Learning Communities of Inquiry & Action
Conceptual Framework     2) Focus on Students
Vision & Philosophy     3) Exemplary Professional Practices

Unit: Macbeth
Lesson: Act II: Review

## Glow

1. Ms Snyder should be complimented for getting this class under control and for her acceptance of coaching regarding content, pace, rules/consequences, transitions, logistics, and defining expectations while resisting the temptation to be "nice."
2. Great improvement in content – preparation and level of processing. Students have come to respect the product – value the learning.
3. Effective use of body language and proximity, clear instructions (individual work or partners, etc.)
4. Organization – schedule on the board – clear assignments – student folders – regular checks and evaluations.
5. Student applications of the learning: paintings, drawings, models, etc. Also, more response to "thinking" questions, illustration on board, connections to previous learning, and analysis of content.
6. Excellent CIRQL Unit planning.
7. Insisting on students completing work even if bringing them in during Enrichment is necessary.
8. Pace – keeping the class moving through planning, sticking to the plan, and dealing with potential discipline problems in a businesslike manner.
9. Slips for random calling regarding who will read in class – avoids off-task comments on fairness, etc.
10. Better class participation – serious questions and discussion.

## Grow

1. Continue to model behaviors expected particularly in regard to consequences.
2. Make sure that students bring their books to class.
3. Continue to focus on pace even if it means that some students may wait to copy when it comes to DOLA. In this regard, the greater good (structure) must take precedent.

MU obligations – The Supervisor needs to evaluate Ms Snyder's CIRQL Unit before the CIRQL Fair.

SUPERVISOR _____     DATE ___4-19-06___

**EXHIBIT C-5**

Section K - 3.
Millersville University Student Teaching Mid-Evaluation
Completed by Nicole Reinking
3\20\06



$CV-3$

| Stacy Snyder | Conestoga Valley HS | Spring 2006 | English | 9-12 | |
|---|---|---|---|---|---|
| tudent Teacher | School | Semester | Subject | Grade Level | Initials |

G=Good progress evidenced. You are building a sound foundation. Continued on-going development is expected.

R= Reasonable progress evidenced. Continued on-going development is expected.

A=Additional attention needed. Seek additional feedback and improvement in this area.

N=Needs significant remediation. There is need to develop specific plans for improvement and to demonstrate significant improvements in this area.

L=Limited opportunity to demonstrate at this point.

## PROFESSIONALISM

### *Knowledge*

G_    1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws.

### *Skills*

R_    2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel.

G_    3. Meets professional expectations through appropriate dress, punctuality, language, and interpersonal skills.

R_    4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers.

### *Dispositions*

R_    5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels.

G_    6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities.

## PREPARATION

### *Knowledge*

N_    7. Incorporates strong general education knowledge to plan for content-area connections and applications.

A_    8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

R_    9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans.

### *Skills*

G_    10. Designs instructional plans that incorporate Pennsylvania Standards.

G_    11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

N_    12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

### PREPARATION (continued)

13. Develops and revises plans in response to

### **EVIDENCE**

Miss Snyder is a very organized, punctual student teacher. From the very beginning, Miss Snyder has evidenced her desire to be professional by shadowing at school before the semester began, by showing up early each day for school, and by seeking out constant feedback from her students and from me. She has also shown a commitment to ongoing professional development by offering to attend conferences and workshops offered to classroom teachers. Also, Miss Snyder has a belief that all students can learn at high levels, but she needs to work at demonstrating this belief in her daily lesson planning. Though Miss Snyder has had a lesson plan for each day of teaching, many plans were not submitted until the day of the lesson. In the future, Miss Snyder is aware that all lesson plans must be discussed and approved the day prior to the lesson.

### **EVIDENCE**

Miss Snyder needs to focus on strengthening her own content knowledge for planning and executing lessons. Many errors were made in daily lessons that were partly due to weak content knowledge and due to a lack of preparation. Though Miss Snyder is very interested in getting to know her students on a personal level, she does need to effectively plan lessons to stimulate various learning styles and to account for struggling students who are clearly not grasping the content during the lesson. Though she has relatively few students with IEPs, Miss Snyder is well aware of those students in her planning. One area where Miss Snyder needs to show growth in the second half of this placement is the area concerning the stages of instruction and assessments (pre-teaching, teaching, and post-teaching). She needs to better understand what students know and are able to do prior to planning effective lessons. She needs to

| | | |
|---|---|---|
| R_ | assessment data about student learning.<br>*Dispositions*<br>14. Demonstrates the value of preparation through<br>the planning of meaningful lessons/units. | recognize the number of students struggling<br>with content during a lesson and then<br>reevaluate and plan accordingly for the next<br>day. Too many students are left behind as a<br>result of ineffective lessons; Miss Snyder has<br>recognized this, but at this point, it's too late. |

### TEACHING PERFORMANCE
*Knowledge*

R_ 15. Bases teaching decisions on sound educational
theory and knowledge of students and school
culture.
*Skills*

R_ 16. Communicates content in a variety of ways
that students understand.

N_ 17. Stimulates student discussion, reflection, and
participation.

N_ 18. Consistently uses positive classroom
management to engage students and promote on-
task behavior.

G_ 19. Implements accommodations for all students
including those with exceptional needs or those
who are linguistically and/or culturally diverse.

R_ 20. Facilitates both individual student work and
collaborative groups.

N_ 21. Uses frequent checks for assessing
understanding.

R_ 22. Effectively integrates a variety of teaching
materials and technology.

N_ 23. Uses a variety of teaching strategies to
encourage student inquiry and critical thinking.

R_ 24. Shapes learning environments to encourage
students' self-motivation and independence.
*Dispositions*

R_ 25. Demonstrates a belief in classroom learning
communities in which collaborative decision-
making, inquiry, and individual responsibility to
the group are valued.

### EVIDENCE
Though Miss Snyder has strengths in the
teaching performance category, this is the area
where I feel she needs to improve the most.
Student feedback, parent feedback, student
performance on assessments, and my own
observations affirm my beliefs. Based partly
on my suggestions, Miss Snyder began to use
educational research to inform her planning
and improve her lessons as the weeks
progressed (i.e., K-W-L chart). To her credit,
she also utilizes partner and group assignments
in her lessons. Demonstrating her comfort with
technology, Miss Snyder has included DVD
excerpts, overheads, and PowerPoint
presentations in her lessons. However, Miss
Snyder's lessons do not stimulate class
discussion, reflection, or participation
frequently. Most lessons tend to be lecture-
based with some basic, closed questioning (not
higher-order or critical thinking). Many
lessons were spent with the teacher talking—
not with the teacher teaching. Miss Snyder's
lessons would also benefit from varied
teaching strategies. Further, positive classroom
management is an important area of growth for
Miss Snyder. She has worked to develop on-
task behavior through trial and error; however,
frequently, she resorts to talking over the
students, twice shouting "Shut up," and overall
feeling and showing that she is frustrated and
not in control.

EFFECT ON STUDENT LEARNING

R_  26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse.

N_  27. Evidence of student growth in critical thinking and interest in subject matter.

N_  28. Evidence of student adherence to classroom expectations, standards, and routines.

N_  29. Evidence of student respect and rapport with the student teacher.

EVIDENCE

Many students who completed Miss Snyder's earlier units in the course would not, I'm afraid, demonstrate a strong evidence of learning. For example, a post-test given to one class on figurative language made this evident when the class averaged a 4 out of 10. Along with earlier noted areas for growth, Miss Snyder's focus for the second half of this placement should be on # 27, 28, and 29, for student growth, adherence to classroom expectations and standards, and evidence of student respect/rapport are essential to any good classroom.

ENGLISH SPECIFIC ITEMS

G_  30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education.

R_  31. Engages students in making meaning of texts through personal response.

N_  32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts.

N_  33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms.

L_  34. Engages students in critical analysis of different media and communications technologies.

EVIDENCE

Through Miss Snyder's efforts, the students have made connections between the course content and various events in popular culture. As far as English-specific items are concerned, Miss Snyder should encourage students to make more meaningful, personal connections with texts. She should also focus her planning of in and out of class readings to cover various reading strategies. Finally, she should allow the students to discuss important ideas and concepts rooted in the literature we study more frequently.

Additional Comments / Evidence

| EVALUATOR: | Nicole Reinking | English teacher | 3/20/06 | *[signature]* |
|---|---|---|---|---|
| | Name | Title | Date | Signature |

**EXHIBIT C-6**

# Millersville Student Teaching Mid-Evaluation – English

| Stacy Snyder | CVHS | Spring | English | 12 | |
|---|---|---|---|---|---|
| Student Teacher | School | Semester | Subject | Grade Level | Initials |

G=Good progress evidenced. You are building a sound foundation. Continued on-going development is expected.

R= Reasonable progress evidenced. Continued on-going development is expected.

A=Additional attention needed. Seek additional feedback and improvement in this area.

N=Needs significant remediation. There is need to develop specific plans for improvement and to demonstrate significant improvements in this area.

L=Limited opportunity to demonstrate at this point.

## PROFESSIONALISM

### *Knowledge*

_G_ 1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws.

### *Skills*

_A_ 2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel.

_R_ 3. Meets professional expectations through appropriate dress, punctuality, language, and interpersonal skills.

_G_ 4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers.

### *Dispositions*

_G_ 5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels.

_R_ 6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities.

### EVIDENCE

2. As observation reports indicate, additional attention is needed in regard to clear (sequential, paced, definitive) communication with students.
3. Interpersonal skills - continue to develop the proper teacher - student boundaries.
6. MU obligations are still somewhat behind schedule but on the move.
Professional organizations?

## PREPARATION

### *Knowledge*

_A_ 7. Incorporates strong general education knowledge to plan for content-area connections and applications.

_N_ 8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

_L_ 9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans.

### *Skills*

_R_ 10. Designs instructional plans that incorporate Pennsylvania Standards.

_L_ 11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

_L_ 12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

### EVIDENCE

7. Some use of transfer - continue to develop anticipatory sets, reinforcement (negative and positive), motivation techniques, and higher level thinking stimulus and response.
7/9 - I am confused about CIRQL. Which unit is it?
8. See observation comments on processing.
9/12 - MU steps done out of order.
10. Standards included in recent lesson plans
11. Shadowing? Student with exceptional needs?


EXHIBIT
Snyder-6
3/12/08

PREPARATION (continued)

L 13. Develops and revises plans in response to assessment data about student learning.
*Dispositions*

A 14. Demonstrates the value of preparation through the planning of meaningful lessons/units.

| 13 | Use CIRQL |
| 14 | process |

## TEACHING PERFORMANCE
### *Knowledge*

A 15. Bases teaching decisions on sound educational theory and knowledge of students and school culture.
### *Skills*

N 16. Communicates content in a variety of ways that students understand.

A 17. Stimulates student discussion, reflection, and participation.

N 18. Consistently uses positive classroom management to engage students and promote on-task behavior.

G 19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse.

R 20. Facilitates both individual student work and collaborative groups.

R 21. Uses frequent checks for assessing understanding.

R 22. Effectively integrates a variety of teaching materials and technology.

N 23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking.

L 24. Shapes learning environments to encourage students' self-motivation and independence.
### *Dispositions*

L 25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility to the group are valued.

EVIDENCE
15.  Application of theory must allow for negative and positive reinforcement.  Effective use of psychology is needed.  Be confident and demand respect. This observer needs to see that the student teacher now "gets it!"
16,17 - Content must be mastered and presented in ways that lead to at least application level on the taxonomy.
18/23 - Improvements in pace, content depth, businesslike routines, and the proper teacher/student relationship are needed.
20. Group work has been too simple - not really an application of a concept that students can articulate.
22. Variety - yes.
Effective use - no.

| EFFECT ON STUDENT LEARNING | EVIDENCE |
|---|---|
| <u>L</u> 26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse. | 28,29 - Some improvement - applying management plan. |
| <u>L</u> 27. Evidence of student growth in critical thinking and interest in subject matter. | |
| <u>N</u> 28. Evidence of student adherence to classroom expectations, standards, and routines. | |
| <u>N</u> 29. Evidence of student respect and rapport with the student teacher. | |

| ENGLISH SPECIFIC ITEMS | EVIDENCE |
|---|---|
| <u>R</u> 30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education. | 31. Stimulus and response discussions need depth that brings meaning. |
| <u>A</u> 31. Engages students in making meaning of texts through personal response. | |
| <u>L</u> 32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts. | |
| <u>R</u> 33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms. | |
| <u>?</u> 34. Engages students in critical analysis of different media and communications technologies. | |

Additional Comments / Evidence

EVALUATOR: J. Barry Girvin    Supervisor    3-17-06    *Barry Girvin*
          Name      Title          Date      Signature

**EXHIBIT C-7**

## Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice

| Snyder | Stacy | L. | 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 |
|---|---|---|---|
| Student/Candidate's Last Name | First | Middle | Social Security Number |

Subject(s) Taught    English                                    Grade Level    1 2

This form is to serve as a permanent record of a student teacher/candidate's professional performance evaluation during a specific time period, based on specific criteria. This form must be used at least twice during the 12-week (minimum) student teaching experience.

### PERFORMANCE EVALUATION

**Directions:** Examine all sources of evidence provided by the student teacher/candidate and bear in mind the aspects of teaching for each of the four categories used in this form. Check the appropriate aspects of student teaching, and indicate the sources of evidence used to determine the evaluation of the results in each category. Assign an evaluation for each of the four categories and then assign an overall evaluation of performance. Sign the form and gain the signature of the student teacher.

**Category I: Planning and Preparation** — Student teacher/candidate demonstrates thorough knowledge of content and pedagogical skills in planning and preparation. Student teacher makes plans and sets goals based on the content to be taught/learned, knowledge of assigned students, and the instructional context.
Alignment: 354.33. (1)(i)(A), (B), (C), (G), (H)

Student Teacher/Candidate's performance appropriately demonstrates:
- Knowledge of content
- Knowledge of pedagogy
- Knowledge of Pennsylvania's K-12 Academic Standards
- Knowledge of students and how to use this knowledge to impart instruction
- Use of resources, materials, or technology available through the school or district
- Instructional goals that show a recognizable sequence with adaptations for individual student needs
- Assessments of student learning aligned to the instructional goals and adapted as required for student needs
- Use of educational psychological principles/theories in the construction of lesson plans and setting instructional goals

**Sources of Evidence** (Check all that apply and include dates, types/titles and number)

| | | |
|---|---|---|
| [x] Lesson/Unit Plans | See Attached 430-A | [x] Student Teacher Interviews | See Attached 430-A |
| [X] Resources/Materials/Technology | See Attached 430-A | [X] Classroom Observations | See Attached 430-A |
| [X] Assessment Materials | See Attached 430-A | [ ] Resource Documents | See Attached 430-A |
| [ ] Information About Students | See Attached 430-A | [ ] Other | See Attached 430-A |
| (Including IEP's) | | | |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | [ ] | [ ] | [X] | [ ] |

Justification for Evaluation

Content must be processed to the point that understanding leads to success on assessments. Planning must provide for this. Lesson plans should reflect awareness of the need to look at content in a variety of ways that lead to retention and higher level thinking. Also, lesson plans should set the stage for proper pace and for activities that provide meaningful practice of the learning.



EXHIBIT
Snyder-7
3/12/08

�178

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

Student/Candidate's **Snyder**    **Stacy**    **Middle**    **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**
Last Name    First    Middle    Social Security Number

**Category II: Classroom Environment** — Student teacher/candidate establishes and maintains a purposeful and equitable environment for learning, in which students feel safe, valued, and respected, by instituting routines and setting clear expectations for student behavior.

**Alignment: 354.33. (1)(i)(E), (B)**

Student Teacher/Candidate's performance appropriately demonstrates:

- Expectations for student achievement with value placed on the quality of student work
- Attention to equitable learning opportunities for students
- Appropriate interactions between teacher and students and among students
- Effective classroom routines and procedures resulting in little or no loss of instructional time
- Clear standards of conduct and effective management of student behavior
- Appropriate attention given to safety in the classroom to the extent that it is under the control of the student teacher
- Ability to establish and maintain rapport with students

**Sources of Evidence** (Check all that apply and include dates, types/titles, and number)

- [X] Classroom Observations — See Attached 430-A
- [X] Informal Observations/Visits — See Attached 430-A — [ ] Visual Technology — See Attached 430-A
- [X] Student Teacher/Candidate — See Attached 430-A — [X] Resources/Materials/Technology/Space — See Attached 430-A
- Interviews — See Attached 430-A — [ ] Other — See Attached 430-A

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| **Criteria for Rating** | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| **Rating** (Indicate √) | ☐ | ☐ | ☐ | ☒ |

**Justification for Evaluation**

Effective management of student conduct has not resulted although there has been some improvement through application (consequences) of the management plan. Improved interaction between the student teacher and the students

will develop through better pacing, better processing, and a more "down to business" approach with good transitions (no lulls/no off-task comments).

PDE-430  2

Student/Candidate's Last Name  Snyder      First  Stacy      Middle      Social Security Number  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

**Category III – Instructional Delivery - Student teacher/candidate, through knowledge of content, pedagogy and skill in delivering instruction, engages students in learning by using a variety of instructional strategies.**
Alignment: 354.33. (1)(i)(D),(F),(G)

Student Teacher/candidate's performance appropriately demonstrates:

- Use of knowledge of content and pedagogical theory through his/her instructional delivery
- Instructional goals reflecting Pennsylvania K-12 standards
- Communication of procedures and clear explanations of content
- Use of instructional goals that show a recognizable sequence, clear student expectations, and adaptations for individual student needs
- Use of questioning and discussion strategies that encourage many students to participate
- Engagement of students in learning and adequate pacing of instruction
- Feedback to students on their learning
- Use of informal and formal assessments to meet learning goals and to monitor student learning
- Flexibility and responsiveness in meeting the learning needs of students
- Integration of disciplines within the educational curriculum

Sources of Evidence (Check all that apply and include dates, types/titles, or number)

| | | | |
|---|---|---|---|
| [X] Classroom Observations | See Attached 430-A | ☐ Student Assignment Sheets | See Attached 430-A |
| [X] Informal Observations/Visits | See Attached 430-A | ☐ Student Work | See Attached 430-A |
| ☐ Assessment Materials | See Attached 430-A | [X] Instructional Resources/ | See Attached 430-A |
| [X] Student Teacher/Candidate | See Attached 430-A | Materials/Technology | |
| Interviews | | ☐ Other | See Attached 430-A |

| .gory | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☐ | ⊠ | ☐ |

**Justification for Evaluation**

Instructional delivery is hampered by classroom management problems, but the student teacher does establish goals for sequence and makes adaptations for individual needs. She uses positive reinforcement, gives regular feedback on assignments, and uses informal assessments as she teaches.

Student/Candidate's Last Name    Snyder          First    Stacy          Middle    L          Social Security Number    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

**Category IV – Professionalism -** Student teacher/candidate demonstrates qualities that characterize a professional person in aspects that occur in and beyond the classroom/building.
Alignment: 354.33. (1)(i)(I),(J)

Student Teacher/Candidate's performance appropriately demonstrates:

- Knowledge of school and district procedures and regulations related to attendance, punctuality and the like
- Knowledge of school or district requirements for maintaining accurate records and communicating with families
- Knowledge of school and/or district events
- Knowledge of district or college's professional growth and development opportunities
- Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local, state, and federal, laws and regulations
- Effective communication, both oral and written with students, colleagues, paraprofessionals, related service personnel, and administrators
- Ability to cultivate professional relationships with school colleagues
- Knowledge of Commonwealth requirements for continuing professional development and licensure

Sources of Evidence (Check all that apply and include dates, types/titles, or number)

| | | | | |
|---|---|---|---|---|
| ☒ Classroom Observations | See Attached 430-A | ☒ Student Assignment Sheets | | See Attached 430-A |
| ☒ Informal Observations/Visits | See Attached 430-A | ☐ Student Work | | See Attached 430-A |
| ☐ Assessment Materials | See Attached 430-A | ☒ Instructional Resources/Materials/ | | See Attached 430-A |
| ☒ Student Teacher Interviews | See Attached 430-A | Technology | | |
| ☐ Written Documentation | See Attached 430-A | ☒ Other | | See Attached 430-A |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☒ | ☐ | ☐ |

**Justification for Evaluation**

Ms Snyder usually and extensively conducts herself in a very professional manner.

| Overall Rating | | | | |
|---|---|---|---|---|
| Category | Exemplary (Minimum of 12 Points) | Superior (Minimum of 8 Points) | Satisfactory (Minimum of 4 Points) | Unsatisfactory (0 Points) |
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | | | ✓ | |

Note: This assessment instrument must be used a minimum of two times. **A satisfactory rating (1) in each of the 4 categories, resulting in a minimum total of at least (4) points, must be achieved on the final summative rating to favorably complete this assessment.**

**Justification for Overall Rating:**

Categories I through IV do not show a consistent pattern but the average is shown above. Needed improvements are noted in this document as well as in written observation reports.

Student Teacher/Candidate's Last Name   Snyder,   First   Stacy   Middle   L.   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   Social Security Number

Conestoga Valley   District/IU   IU 13   School   Conestoga Valley High School   3/21/06   Interview/Conference Date

School Year: 2005-2006   Term: Spring

Required Signatures:
Supervisor/Evaluator: _____   Date: 3-21-06

Student/Teacher
Candidate: _____   Date: 03/21/06

**(Confidential Document)**

PDE-430   5

# PDE Form 430 Attachment A

## Category I: Planning and Preparation

Lesson Unit Plans: Types Titles and Numbers:

The Supervisor has had ample opportunity to examine lesson plans including those focused on Riddles, The Seafarer, and the definition of plagiarism.

Resources / Materials / Technology:

A variety of resouces are used and power point presentations are part of the approach.  The use of space in regard to materials and technology needs better planning.

Assessment Material:

Test on Medieval Unit - multiple choice, true/false, short answer, essay - examples of literature for students to analyze.

Information About Students:

Teacher Conferences Interviews:

2-16-06          In each case, written observation reports
3-02-06          were discussed in detail.  Glows and
3-10-06          grows were clearly explained.
3-21-06

Classroom Observations:

2-15-06
3-01-06
3-09-06

Teacher Resource Documents:

Other:

## Category II: Classroom Environment

Classroom Observations:

2-15-06
3-01-06
3-09-06

Informal ~~Observations~~/Visits:

2-28-06

Teacher Conferences/Interviews:

2-16-06
3-02-06 - complete analysis of improvements made and Supervisor's
          suggestions for further progress (Observation form
          for 3-01-06 class).
3-10-06
3-21-06

Visual Technology:

Resources/Materials/Technology/Space:

See Category I : Resources/Materials/Technology

Other:

## PDE Form 430 Attachment A

## Category III: Instructional Delivery

Classroom Observations:

2-15-06
3-01-06
3-09-06

Informal Observations/Visits:

2-28-06

Assessment Materials:

Teacher Conferences/Interviews:

2-16-06
3-02-06
3-10-06
3-21-06 - Mid-term evaluation

Student Assignment Sheets:

Student Work:

Instructional Resources/Materials/Technology:

See Category I: Resources/Materials/Technology

Other:

# PDE Form 430 Attachment A

## Category IV: Professionalism

Teacher Classroom Observations:

2-15-06
3-01-06
3-09-06

Informal ~~Observations~~/Visits:

2-28-06

Assessment Materials:

Clear instructions, good organization, most questions
clearly stated.

Student Teacher Interviews:

2-16-06
3-02-06
3-10-06
3-21-06

Written Documentation:

Student Assignment Sheets:

Formats designed to help students prepare for class or practice
previous learning.

Student Work

Instructional Resources/Materials/Technology:

Other

Knowledge of and interest in the Commonwealth's requirements
for continuing professional development.

PDE-430A

**EXHIBIT C-8**

Section K - 2.
Millersville University Student Teaching Mid-Evaluation
Completed by Ms. Snyder



G=Good progress evidenced. You are building a sound foundation. Continued on-going development is expected.

R= Reasonable progress evidenced. Continued on-going development is expected.

A=Additional attention needed. Seek additional feedback and improvement in this area.

N=Needs significant remediation. There is need to develop specific plans for improvement and to demonstrate significant improvements in this area.

L=Limited opportunity to demonstrate at this point.

| | PROFESSIONALISM | EVIDENCE |
|---|---|---|
| | **Knowledge** | 1. A/ — I reviewed the Pennsylvania Professional Code of Ethics, copyright, and privacy laws during my studies. I adhere to all laws and standards. |
| _ | 1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws. | |
| | **Skills** | 2. A/R — I have made a tremendous effort to communicate clearly to students, school personnel, and parents via open communication and interaction. |
| _ | 2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel. | |
| _ | 3. Meets professional expectations through ~~appropriate dress, punctuality, language, and~~ interpersonal skills. | 3. A/ — For the exception of two absences, I have been punctual. In addition, I dress appropriately, speak professionally to students and staff, and interact with all staff and student body as much as possible. |
| _ | 4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers. | |
| | **Dispositions** | 4. R — I initially had a "A", but I changed it to an "R" because I need to refer to student feedback less and professional feedback more. I always seek out and reflect upon positive and negative feedback. |
| _ | 5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels. | |
| | 6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities. | 5. R — I have always believed that all students can learn at equal levels; however, I have learned over the last several weeks that students may not want to learn at the same levels. I can request things from my students, but I cannot expect that they will complete my requests (their work). |
| | 6. A/ — I think that I have progressed drastically in this area. I knew very little about British literature coming into this experience, but I have gained in-depth knowledge of the content. I have requested to see teachers in a variety of content areas, grades, and school levels to grow professionally. | |

## PREPARATION

### Knowledge

7. Incorporates strong general education knowledge to plan for content-area connections and applications.

8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans

### Skills

10. Designs instructional plans that incorporate Pennsylvania Standards.

11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

## PREPARATION (continued)

13. Develops and revises plans in response to assessment data about student learning.

### Dispositions

14. Demonstrates the value of preparation through the planning of meaningful lessons/units.

13, R - I have revised plans and lessons due to a lack of understanding with the students. It will have to continue because change is invitable. I gave myself an "R" because I am not exceptional in this area. I need to continue to work in this area.

14, A - I believe that I have come a long way in this area. My lessons have developed into thoughtful and detailed plans for the classroom.

## EVIDENCE

7, R/A - I believe that I have a strong knowledge of general education, but I have some difficulty applying the knowledge that I have gained over the past four years, but I am learning how to apply it appropriately.

8, R - I use all of the Pennsylvania State Standards within my lessons. I understand them and know when to apply them. If needed, I would list them around the room with a visual poster / construction.

9, A - I always take a variety of learning styles (audio, visual) and abilities into consideration when I am constructing lesson or unit plans.

10, A - I always include the applicable state standards within my lesson plans. For my full load, I will also include the standards in my unit plan.

11, R/R - I work professionally with Mrs. Reinking, other English staff members, and Mr. Girvin to plan lessons that will challenge gifted students and help students with special needs.

12, R/A - I have adaquately made/completed teaching and post-teaching assessments; however, I have yet to complete a pre-assessment for a unit. I will complete one for the Shakespeare unit.

| TEACHING PERFORMANCE | EVIDENCE |
|---|---|
| **Knowledge** | 15-K/R- I base my planning and |
| 15. Bases teaching decisions on sound educational theory and knowledge of students and school culture. | teaching theory on the different classes technical and traditional and the diversity of school culture. |
| **Skills** | 16-K/R- I communicate content |
| 16. Communicates content in a variety of ways that students understand. | behaviorly and visually. I use media as much as I can to continue to |
| 17. Stimulates student discussion, reflection, and participation. | connect with students. |
| 18. Consistently uses positive classroom management to engage students and promote on-task behavior. | 17. K - I constantly request that students discuss, reflect, and participate in the evaluation of |
| 19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse. | literature. |
| 20. Facilitates both individual student work and collaborative groups. | 18. R - This is the area that students challenge me in, but I can say that |
| 21. Uses frequent checks for assessing understanding. | I am continuing to grow into a positive role-model and authoritarian. |
| 22. Effectively integrates a variety of teaching materials and technology. | I will continue to implement the discipline plan to gain positive results |
| 23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking. | 19. K - I continue to work with |
| 24. Shapes learning environments to encourage students' self-motivation and independence. | gifted or challenged students. The |
| **Dispositions** | students that are gifted can receive |
| 25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility for the group are valued. | more work above and beyond the regular work load. The challenged |
| 22. K/L- I have used technology as much as I could. Our class didn't have a projector right away, so I used it as soon as it was available. I will be using media (videos/webquest) in the Shakespeare unit. | students can see me before school, after school, and enrichment for individually tutoring or help. |
| 23- K - I use collaborative groups, individually planned work, and a | 20. K - I use both individual and cooperative group work in the classroom. |
| variety of teaching methods to ensure understanding. 24 & 25 | 21. K/R- I try to check for understanding as much as possible with in-class discussions, check questions, and homework assignments. |

| | EFFECT ON STUDENT LEARNING | EVIDENCE |
|---|---|---|
| | 26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse. | 26- A - I keep folders of all student work inside the classroom. I have the folders of IEP students, whether gifted or challenged students. They recieve bi-weekly or monthly progress reports, and they can look at their graded work. |
| | 27. Evidence of student growth in critical thinking and interest in subject matter. | 27- A - Some students are interested in the material and some students dislike it. It is my job to ensure that they understand the material, then like it. I try to connect the content to real-world issues or other content areas to make a connection. |
| | 28. Evidence of student adherence to classroom expectations, standards, and routines. | |
| | 29. Evidence of student respect and rapport with the student teacher. | |
| | 28- R - Students push the envelope in this area, and I need to stick to the discipline plan discussed at the beginning of the 3rd marking period. | |
| | 29- A/R I have gained student respect and rapport. I have a few students who dislike school and have a negative presence. | → I need to continue to work with these students! |
| | ENGLISH SPECIFIC ITEMS | EVIDENCE |
| | 30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education. | 30- A - Like I said before, I try to speak and make a variety of connections to their future college experiences, employment, and real-world experiences, as well as ideas from other content areas. |
| | 31. Engages students in making meaning of texts through personal response. | 31- A - Within their check question answers, I asked students to make personal connections, ask questions, and evaluate the literature. |
| | 32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts. | |
| | 33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms. | 32- L - I don't believe that I have helped them with different reading stratugies, however, I am putting together a packet with reading, studying, and test taking stratugies for all students. |
| | 34. Engages students in critical analysis of different media and communications technologies. | 33- A - I have included all three forms (oral, written, visual) of interpretation in my classroom with my units. |
| | 34- L - I haven't had a chance to have students critique or interpret media/ technology. I will be able to complete this step with the Shakespeare unit. They will be viewing three films and completing a webquest. | |
| Additional Comments / Evidence | I have come a long way during this educational journey thus far. I know that I have a variety of areas to continue to work on/in. I will continue to demonstrate my knowledge, compassion, and dedication to the students and for the classroom. I will ask for help when it is needed. I am continuing to work on the unit plan and lesson plans for the Shakespeare unit, as well as the work for the CIRAL Project. I will continue to grow based on the expertise of Mrs. Reinking and Mr. Givvin. | |

EVALUATOR: _____

Name              Title              Date  Signature

**EXHIBIT C-9**

Section L - 3.
Final Evaluation of Ms. Snyder Completed by
Cooperating Teacher, Nicole Reinking

$5\backslash 11\backslash 06$



EXHIBIT
Snyder-9
3/12/08

Snyde 9

CV-8

# Millersville Student Teaching Final Evaluation – English

| Stacy Snyder | Conestoga Valley High School | Conestoga Valley School District | |
|---|---|---|---|
| Student Teacher | School | School District | |
| Spring 2006 | English | 12 | |
| Semester | Subject | Grade Level | Initials |

**E**=EXEMPLARY (explanation in Evidence section needed): The candidate consistently and thoroughly demonstrates indicators of performance. To receive this rating proficiency must be evidenced at the **level of a successful experienced teacher.**

**S**=SUPERIOR: The candidate usually and extensively demonstrates indicators of performance. Fulfilled at **the level of a superior beginning teacher**. Superior is the highest rating normally evidenced during student teaching.

**C**=COMPETENT: The candidate sometimes and adequately demonstrates indicators of performance. Fulfilled at the level of a competent beginning teacher needing standard first-year mentoring

**U**=UNSATISFACTORY(explanation in Evidence section needed): The candidate rarely, never, inappropriately, or superficially demonstrates indicators of performance. Not fulfilled at the quality expected for a beginning teacher.

## PROFESSIONALISM

*Knowledge*

Unsatisfactory 1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws.

*Skills*

Unsatisfactory 2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel.

Unsatisfactory 3. Meets professional expectations through appropriate dress, punctuality, language, and interpersonal skills.

Unsatisfactory 4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers.

*Dispositions*

Competent 5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels.

Superior 6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities.

## PREPARATION

*Knowledge*

Unsatisfactory 7. Incorporates strong general education knowledge to plan for content-area connections and applications.

Unsatisfactory 8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

Competent 9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans.

*Skills*

Superior 10. Designs instructional plans that incorporate Pennsylvania Standards.

Superior 11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

Competent 12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

## EVIDENCE

In terms of professionalism, Miss Snyder evidenced some aspects of poor judgment during the semester, especially in regard to one specific instance (PA Code: Section 4.b.8); however, it is my sincerest hope that she will learn from this experience. At Conestoga Valley High School, a teacher who earns a mark of unsatisfactory for professionalism will fail the final evaluation overall; therefore, Miss Snyder has been encouraged to make wiser decisions when she places herself in siutations that may affect her teaching career. Additionally, Miss Snyder is an organized, punctual student teacher. She has begun to develop a belief that all students can learn at high levels, which she has worked to demonstrate in her daily lesson planning. Throughout the semester, Miss Snyder diligently contacted parents concerning discipline situations and failing grades.

## EVIDENCE

Growth and improvement can be noted in this area. Miss Snyder's lesson plan quality and timeliness improved in her final Shakespeare unit, which was aligned with Pennsylvania's standards. To her credit, Miss Snyder considered her students' prior knowledge and ability in order to develop a four-week unit for three blocks of traditional and technical seniors. However, most of Miss Snyder's written and oral communication with students and staff contained numerous grammatical and/or content errors, which is a cause for concern for an evaluator of a future English teacher. Frequently, in fact, her students corrected her during her lessons. Though Miss Snyder was not charged with teaching many students with exceptional needs, I am sure she would collaborate appropriately when needed. Miss Snyder needs

PREPARATION (continued)

Competent 13. Develops and revises plans in response to assessment data about student learning.
*Dispositions*

Superior 14. Demonstrates the value of preparation through the planning of meaningful lessons/units.

to continue to grow in planning assessments (pre-teaching, teaching, and post-teaching) that inform and drive her lessons as she gains more experience.

TEACHING PERFORMANCE
*Knowledge*

Superior 15. Bases teaching decisions on sound educational theory and knowledge of students and school culture.
*Skills*

Competent 16. Communicates content in a variety of ways that students understand.

Competent 17. Stimulates student discussion, reflection, and participation.

Competent 18. Consistently uses positive classroom management to engage students and promote on-task behavior.

Superior 19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse.

Superior 20. Facilitates both individual student work and collaborative groups.

Competent 21. Uses frequent checks for assessing understanding.

_perior 22. Effectively integrates a variety of teaching materials and technology.

Competent 23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking.

Superior 24. Shapes learning environments to encourage students' self-motivation and independence.
*Dispositions*

Competent 25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility to the group are valued.

EVIDENCE

More growth and progress can be commended in the area of teaching performance, especially when considering her fresh start with a new group of students in the fourth quarter. Further mentoring and experience will continue to build Miss Snyder's developing knowledge of content, and her ability to communicate that content knowledge to her students through meaningful lessons has and will also continue to grow with time. Miss Snyder worked to generate rich lessons. Her ability to stimulate the discussion, reflection, and participation students expect and appreciate in an English or language arts classroom is proficient; however, much room for improvement still exists. Additionally, Miss Snyder used the semester to tryout, cultivate, and implement a variety of classroom management strategies, which she will no doubt implement in future classroom settings with success. A strength of Miss Snyder's is her desire and willingness to incorporate technology into her lesson plans. Miss Snyder utilized the visual power of the Internet, PowerPoint presentations, and film clips to enrich her lessons. Finally, many of Miss Snyder's assignments within units allowed students the freedom of expression and the independence to set their own pace.

| | EFFECT ON STUDENT LEARNING | EVIDENCE |
|---|---|---|
| ⌐perior | 26. Documented evidence of learning for all students, including those with exceptional needs and those who are linguistically and/or culturally diverse. | Over the course of this experience and especially with her new group of students in the fourth quarter, Miss Snyder was able to show improvement in this area. Again, with mentoring and additional opportunity to develop as a teacher, Miss Snyder will be able to expertly establish and manage classroom routine, expectations, and standards; and because she is always striving to improve, she will be able to effect appreciable student growth in critical thinking and interest in subject matter as time and occasions present themselves. By the end of the experience, Miss Snyder was able to gain the necessary respect and rapport from her students in the classroom. |
| Competent | 27. Evidence of student growth in critical thinking and interest in subject matter. | |
| Competent | 28. Evidence of student adherence to classroom expectations, standards, and routines. | |
| Superior | 29. Evidence of student respect and rapport with the student teacher. | |

| | ENGLISH SPECIFIC ITEMS | EVIDENCE |
|---|---|---|
| Competent | 30. Makes meaningful connections between the English Language Arts curriculum and developments in culture, society, and education. | Throughout the experience this semester, Miss Snyder's students made connections between the course content and various events in popular culture. As far as English-specific items are concerned, Miss Snyder has worked to encourage her students to make meaningful, personal connections with texts. With additional experience and possibly different content, Miss Snyder will hone her skills for teaching reading strategies and her skills for engaging students in discussions. |
| Superior | 31. Engages students in making meaning of texts through personal response. | |
| Competent | 32. Helps students select appropriate reading strategies for understanding a wide range of print and non print texts. | |
| ⌐mpetent | 33. Engages students often in discussions for interpreting and evaluating ideas presented through oral, written, and/or visual forms. | |
| Superior | 34. Engages students in critical analysis of different media and communications technologies. | |

Additional Comments / Evidence

EVALUATOR: _Nicola Ryinking_    _Teacher_    _5/11/06_    _Lmicolufumle_
  Name        Title          Date        Signature

**EXHIBIT C-10**



Thursday, May 04, 2006

So... Updates!!!!!
Current mood: 😊dorky
Category:

Updates:

First, Bree said that one of my students was on here looking at my page,
which is fine. I have nothing to hide. I am over 21, and I don't say
anything that will hurt me (in the long run). Plus, I don't think that they
would stoop that low as to mess with my future. So, bring on the love! I
figure a couple students will actually send me a message when I am no
longer their offical teacher. They keep asking me why I won't apply there.
Do you think it would hurt me to tell them the real reason (or who the
problem was)?

Snyder 10



EXHIBIT
Snyder-10
3/12/08

**EXHIBIT C-11**



< 1 2 3 4 5 6 7 8 9 >

tsgtv | wmob | court tv | crime library | store | terms/privacy | rss | Add to Google | MY YAHOO!



Snyder 11

**EXHIBIT C-12**

**Millersville Student Teaching Final Evaluation – English**

EXHIBIT
Snydee-12
3/12/08
PENSAD 008-631-6969

| _Stacy Snyder_ | _Conestoga Valley High School_ | _Conestoga Valley_ | |
|---|---|---|---|
| Student Teacher | School | School District | |
| _Spring, 2006_ | _English_ | _12_ | |
| Semester | Subject | Grade Level | Initials |

E=EXEMPLARY (explanation in Evidence section needed): The candidate consistently and thoroughly demonstrates indicators of performance. To receive this rating proficiency must be evidenced at the **level of a successful experienced teacher.**

S=SUPERIOR: The candidate usually and extensively demonstrates indicators of performance. Fulfilled at **the level of a superior beginning teacher.** Superior is the highest rating normally evidenced during student teaching.

C=COMPETENT: The candidate sometimes and adequately demonstrates indicators of performance. Fulfilled at the level of a competent beginning teacher needing standard first-year mentoring

U=UNSATISFACTORY(explanation in Evidence section needed): The candidate rarely, never, inappropriately, or superficially demonstrates indicators of performance. Not fulfilled at the quality expected for a beginning teacher.

### PROFESSIONALISM

*Knowledge*

U    1. Adheres to Pennsylvania Professional Code of Ethics, copyright and privacy laws.

*Skills*

U    2. Communicates clearly and appropriately with students, families, supervisor, cooperating teacher and other school personnel.

U    3. Meets professional expectations through appropriate dress, punctuality, language, and interpersonal skills.

U    4. Seeks out, reflects, and acts upon feedback from students, cooperating teacher, supervisor, and peers.

*Dispositions*

S    5. Demonstrates a belief that all students (including students with disabilities, linguistic and/or cultural diversity) can learn at high levels.

C    6. Demonstrates a commitment to ongoing professional development through use of literature and professional growth opportunities.

### PREPARATION

*Knowledge*

C    7. Incorporates strong general education knowledge to plan for content-area connections and applications.

C    8. Demonstrates in-depth understanding of the subject matter as described in Pennsylvania Standards.

S    9. Demonstrates in-depth knowledge of students' characteristics, abilities, and learning styles to develop effective lesson/unit plans.

*Skills*

C    10. Designs instructional plans that incorporate Pennsylvania Standards.

S    11. Collaborates with all appropriate individuals in planning for the success of students with exceptional needs.

C    12. Plans a variety of assessments appropriate to the pre-teaching, teaching, and post-teaching stages of instruction.

### EVIDENCE

There were errors in judgment that relate to Section 4, b, 7-8; and Section 5 of Pennsylvania's Code of Professional Practice and Conduct for Educators.

Section 4, Practices, b, 7 -Professional educators shall exhibit acceptable and professional language and communication skills. Their verbal ar written communications with parents, students and staff shall reflect sensitivity to the fundamental human rights of dignity, privacy and respect Section 4, Practices, b, 8 - Professional educators shall be open-minded, knowledgeable and use appropriate judgment and communication skills when responding to an issue within the educational environment.

Section 5 - Conduct - Individual professional conduct reflects upon the practices, values, integrity and reputation of the profession. Violation o ... may constitute an independent basi for private or public reprimand, and may be used as supporting evidence in cases of certification suspension and revocation.

### EVIDENCE

During the second half of the semester Ms. Snyder exhibited quality unit planning with her CIRQL Unit, Macbeth. The unit earned a high score on all sections of an evaluation rubric. The organization of the Unit helped Ms Snyder to bring better management and more processing of content to the classroom.

PREPARATION (continued)

_____ C _____ 13. Develops and revises plans in response to assessment data about student learning.
*Dispositions*

_____ S _____ 14. Demonstrates the value of preparation through the planning of meaningful lessons/units.

| Lesson plans in the CIRQL Unit included thoughtful assessment strategies. Ms Snyder's "reflections" indicate that she realizes the value of assessment results in regard to reteaching. |

TEACHING PERFORMANCE
*Knowledge*

_____ C _____ 15. Bases teaching decisions on sound educational theory and knowledge of students and school culture.
*Skills*

_____ C _____ 16. Communicates content in a variety of ways that students understand.

_____ C _____ 17. Stimulates student discussion, reflection, and participation.

_____ C _____ 18. Consistently uses positive classroom management to engage students and promote on-task behavior.

_____ S _____ 19. Implements accommodations for all students including those with exceptional needs or those who are linguistically and/or culturally diverse.

_____ S _____ 20. Facilitates both individual student work and collaborative groups.

_____ S _____ 21. Uses frequent checks for assessing understanding.

_____ S _____ 22. Effectively integrates a variety of teaching materials and technology.

_____ C _____ 23. Uses a variety of teaching strategies to encourage student inquiry and critical thinking.

_____ S _____ 24. Shapes learning environments to encourage students' self-motivation and independence.
*Dispositions*

_____ C _____ 25. Demonstrates a belief in classroom learning communities in which collaborative decision-making, inquiry, and individual responsibility to the group are valued.

EVIDENCE

| Ms Snyder continued to grow in regard to engaging students in meaningful discussions. However, there is still room for improvement in this area. Discussions seldom get to the level of critical thinking. Stimulus questions lack the depth needed to take students up the taxonomy beyond rote learning. Group work has pro-duced products that are connected to and represent an application of the learning. An impressive growth in classroom management skills occurred as Ms Snyder followed through with consequences included in her management plan, and brought more structure to the classroom through modifications in pace, logistics (groups), transitions, and checks for knowledge. |

## Millersville Student Teaching Final Evaluation – English

EFFECT ON STUDENT LEARNING

S    26. Documented evidence of learning for all
students, including those with exceptional needs
and those who are linguistically and/or culturally
diverse.

C    27. Evidence of student growth in critical thinking
and interest in subject matter.

C    28. Evidence of student adherence to classroom
expectations, standards, and routines.

S    29. Evidence of student respect and rapport with
the student teacher.

EVIDENCE
Learning/evaluations are well docu-
mented for all students.
27.  Growth in interest – quality
materials, innovative approaches.
28.  Considerable growth
29.  Major growth area

ENGLISH SPECIFIC ITEMS

S    30. Makes meaningful connections between the
English Language Arts curriculum and
developments in culture, society, and education.

S    31. Engages students in making meaning of texts
through personal response.

C    32. Helps students select appropriate reading
strategies for understanding a wide range of print
and non print texts.

C    33. Engages students often in discussions for
interpreting and evaluating ideas presented
through oral, written, and/or visual forms.

S    34. Engages students in critical analysis of
different media and communications technologies.

EVIDENCE
Personal responses to meanings of
texts – quality visual representa-
tions.
33.  Ms Snyder demonstrated growth
in this area but she needs to strive
for more in-depth processing.

Additional Comments / Evidence

EVALUATOR: J. Barry Girvin    Supervisor          5-10-06    J. Barry Girvin
           Name            Title                  Date       Signature

**EXHIBIT C-13**

### Unprofessional Behavior/Performance in the Classroom

Miss Snyder played a song for background music during one of her first lessons that included profane language. She seemed to be oblivious to the words, so after hearing the first then the second word, I quickly walked over to stop the music

On February 15, 2006 (with her supervisor in the room), Miss Snyder gave an account of her Valentine's Day with her boyfriend, ex-husband, and children that made me and the students feel very uncomfortable.

Several times in class, the students used foul language ("Shut the hell up!" one student said.) or discussed inappropriate weekend behavior without reprimand from Miss Snyder.

Twice in class—even after I advised her not to the first time—Miss Snyder used "Shut up!" as a means to gain her students' attention. This, unfortunately, led the students to use this phrase to gain the attention of classmates during lessons

Twice I warned Miss Snyder to avoid Myspace.com discussions with her students and to avoid looking up student accounts or corresponding with students on the website. I could not have been clearer. On Friday, May 5, during class, Miss Snyder asked a few students in her class if they were on her Myspace account. She explained that a friend said that one of her (Miss Snyder's) students (fitting their description) stopped her in the mall and said, "I recognize you from Miss Snyder's Myspace account." After this, of course, a colleague of mine found and shared Miss Snyder's Myspace account with me. A copy of some of the account's content is included.

Frequently, Miss Snyder went above me for answers to issues concerning my classroom or her time at C— even after I explained the appropriate chain of command. Instead of asking me, she decided to ask the assistant principal for a key to my classroom. Also, she asked my department supervisor, instead of asking me, if she could remain at CV after she graduated to continue teaching my senior courses

As far as professional dress is concerned, I needed to inform Miss Snyder that flip-flops are not professional attire. She was also overly eager to wear jeans and dress down at any and all opportunities; however, she has not made the required donations to participate in the dress down days (to CVEA in support of our scholarship fund and to the Wellness team).

Oftentimes, criticism of Miss Snyder's lack of professionalism came to me from my colleagues at CV, to which I could only apologize on her behalf. One staff member noted that when Miss Snyder observed her class that she sat in the back of the room and scanned her textbook to plan for her next block's lesson instead of observing the teacher's interactions with the class. Many staff members have commented to me that Miss Snyder's forwardness with staff or lack of attention to procedure demonstrated her inability to observe professional boundaries

Additionally, Miss Snyder asked to leave for an 11:30 doctor's appointment on May 8; however, a department colleague informed me that she overheard Miss Snyder making the appointment with the doctor on her cell phone in the faculty lounge/prep room. According to this teacher, the appointment was clearly set for 3 p.m., which Miss Snyder definitely announced to a substitute teacher in the lounge



EXHIBIT
Snyder-13
3 /12/0P

Styl 13

**EXHIBIT C-14**

Dr. Bray:

First and foremost, I don't want this appeal meeting to be a bashing of another's character; however, I do want to reinstate or change the outlook of my character in this gathering. The only way I know how to do that is to display the facts with the backing that I have and explain the other points as professionally as possible. I don't want to make my cooperating teacher look awful, but I feel that my character traits and professional qualities are being challenged. I am not the person or the teacher being portrayed in these documents.

Second, I am looking to appeal the decision of the college about both my degree and the ban of educational classes at this university. Furthermore, if both items cannot be appealed, I would be happy to know that I would be able to take education classes at Millersville University.

Mrs. Reinking made up this list of nine incidents that "occurred" over the 14 weeks of my student teaching. I will make an argument against most points. I know that I cannot argue some of these points because I was naïve to the concepts until they were brought to my attention. Most concepts were brought to my attention in a one sentence comment, but the most serious situations that are being questioned were never brought up by Mrs. Reinking to myself or Mr. Girvin.

Incident 1: "Profane Language": The first incident *did* take place in the classroom. I was busy assisting students with questions on the task at hand (a journal prompt), and I played a song by Ben Folds. The lyrics to this song are attached. While I didn't hear the lyrics and the song was skipped (not turned off), and I continued on with the lesson. Mrs. Reinking told me that there was a swear word that was played, and I apologized automatically to her. I told her that I believed the CD included no swear words. Upon further inspection, the swear word listened in the song was "ass." The word "ass" came up in our class within the literature. While this was inappropriate language, I feel that I needed to present that the word was not an FCC regulated word, in which the students would not have heard it on the radio normally or in an un-banned book.

Incident 2: "Valentine's Day": I had two students ask me of my experience on Valentine's Day during the teaching of my Anglo-Saxon unit. While I was inexperienced in handling personal questions like that, I quickly (but briefly) explained my night. I told them that my boyfriend and I went to Damon's Grill for dinner. Upon arrival, I saw my ex, and we left to go out for pizza. I told them of my two gifts: a stuffed teddy bear and lion. After these few details, I began the lesson. The explanation in question was less than two minutes, and so minute that Mr. Girvin did not bring it up during his observation evaluation (see form for February 15, 2006). If Mrs. Reinking was so uncomfortable, *why* did she not proceed to reprimand me for my behavior at the end of that class?



Incident 3: "Foul language": During my tenure at CVHS, I had a discipline plan: 1) Verbal Warning, 2) Call Home, 3) Written Warning, and 4) School Detention. When students were inappropriate in those situations, I gave them a verbal warning. I talked to them in class while other students were working, verbally warned them in front of the class ("No F Bombs in Class") or I talked to them after class. As far as inappropriate behavior conversations by students, there were none with my students in front of me teaching. When one student in Mrs. Reinking's "Advanced Composition" class talked about drinking, I said, "This is not something you should be talking about. I am a teacher, and I don't want to hear anything else about it." On my last day at CVHS, a student was beginning to retell his events at post-prom in the nurse's office. I proceeded to give him the same lecture. I don't know what reason Mrs. Reinking had for placing this issue on the list; obviously, it was handled professionally and immediately.

Incident 4: "Shut Up!" I cannot argue that this did not occur. I apologized to the students and Mrs. Reinking after I did it. I was one month into the experience, and I was having behavioral problems/discipline problems with my second block class. One day when they were out of control, I leaned to using the term "Shut Up" to gain the attention of the class. Mrs. Reinking was present the whole block and didn't intervene at that point to help me with the class. We talked about this issue and the proper chain of command in an afternoon talk on February 27, 2006; however, this is one of the few conversations Mrs. Reinking had with me. She did not conference with me formally after this point. The only notes that I have from her (during my whole experience) are presented here from that day. I have all paperwork from Mr. Girvin throughout the semester, and this is the only "noted" evaluation I had. After our talk, I apologized to the students, and made a class rule that the words should not be used in class by anyone. The students took this announcement seriously and all conversation using that term stopped.

Incident 5: "Myspace.com": This is the touchiest incident on this sheet, and the incident that led to the stripping of my degree. First and foremost, Mr. Girvin was aware of this from the day of my final evaluation, I stated: "*Mrs. Reinking never warned me about My Space.*" I am not holding her to blame. I made up the account before student teaching, and the issue was brought up to avoid talking about staff, students, or faculty on your page. I adhered to that warning. I *never* talked about any member of CV in my comments or blogs. Am I saying I am not to blame for having the account, no. Am I stating that my co-op should have had a conference with me on the issue of internet accounts with Mr. Girvin (during our first conversation about it-- Mrs. Reinking and myself, no students involved), yes. I am not saying the account wasn't there... It was. But, the discussions Mrs. Reinking was identifying were fabricated, and they never occurred. The first time the problem of the myspace account came up was in a conversation the day after Mrs. Buffington's call about professionalism. Within a one-two hour period, my account was closed. I am presenting the facts. I closed that account immediately after speaking with my supervisor about it. If it was an issue before my full load began, than there should have been a conference with my supervisor and co-operating teacher to remove it and how it didn't adhere to specific tenets of the Ethics Code. No talk ever took place, and I cannot fathom to the reasons why it was only

brought up five days before I graduated.

Incident 6: "Chain of Command": The issue of the chain of command was brought up during my conference with Mrs. Reinking (listed above). During a one-week period, I asked Mr. Prichard if student teachers get keys for the classroom they are teaching in. He said, "No," and that was the end of the conversation. I was the one that informed Mrs. Reinking that I spoke with him. Later that week, I asked Mrs. Buffington a simple question with Mrs. Reinking and Mrs. Barnett (the reading teacher) in the room. I asked whether student teachers could continue to observe in the classroom after they graduate, and Mrs. Buffington said, "No." Mrs. Reinking has that listed on the top of the notes page I have as backing that issue, but the idea of "chain of command" was not an issue after that point.

Incident 7: "Professional Dress": Professional dress was never an issue for me at any point in my educational career at MU, for the exception of this one incident Mrs. Reinking identified. First, Mrs. Reinking was absent that day, it was a half-day because culminating projects were being presented, and it was St. Patrick's Day so other staff members were dressing differently for the day. While I was not an official staff member, I didn't see nor read any material stating that flip-flops was prohibited. After the senior project presentations, Mrs. Reinking briefly mentioned that I should not wear flip-flops to school. I apologized and never wore them again; furthermore, I didn't even wear flip-flops or sandals on any of the spirit days in fear of punishment. As far as the contribution to CVEA, I am appalled that she would have listed this. My dedication and support of the student body has never been a question, and this sheds unprofessional light on that, which I argue with the most. Mrs. Reinking and I went through the proper channels together to see if I could dress down on those days, and the answer was yes, as long as I made a donation. We agreed that I would write a check to CVEA on one of my last days there, and I was suppose to tally the number of days I participated for the final donation amount. Since I was removed from the school, there was no way of me paying this debt. It was an issue I brought up to Dr. Dietrich during my meeting with her. She said I could make an anonymous donation, which I plan to do. I just wanted to add that I donated money to other organizations in the school during my stay, and I *never* would take that money away from a student that earned it.

Incident 8: "Colleagues/Observations": Mrs. Reinking never talked to me about the conversations listed in her document with me. She told me she had to apologize for me one time, and that was a "spit ball" incident in the library. I can inform you of the details of time, but all students were punished that were involved because I took the proper channels. However, I did not hear anything otherwise. As far as the information relayed to her about my observation behavior, I have detailed notes for every observation I made at the high school and middle school level with minute-by-minute classroom analysis. Whoever brought this to Mrs. Reinking was false with their accusations, if you look at the proof you can clearly see that I was observing the class not planning my next lesson.

Incident 9: "Doctor's Appointment": Before I received the phone call at my home last

Monday, I had a serious health matter that harbored me from staying at school all day. I called Mrs. Reinking early that morning and told her that I was having a reaction from something that I wanted to try to make it through my last "official" day of teaching. She agreed and said that I should see Nancy Lopez, the school nurse. I taught first block and went to the nurse. I complained about my asthma and showed her the reaction sight. She told me to contact my doctor. I did so just like it is stated in Mrs. Reinking's document; however, what isn't stated is that I received a second call from my doctor's office concerning the appointment. Another patient cancelled, so they wanted me to be seen earlier at 11:30. I took this phone call in the IPC: a smaller teacher's lounge for English teachers. My family doctor is producing a formal letter stating the situation, which explains that I did not lie (which is being implied in Mrs. Reinking's document) and I was definitely sick.

# Whatever and Ever Amen

One Angry Dwarf, and 200 Solemn Faces (By Ben Folds)
September '75 I was 47 inches high
Mom said by Christmas I would have
A badass mother G.I. Joe
For your little minds to blow
I still got beat up after class

Yeah, now I'm big and important
One angry dwarf and 200 solemn faces are you
If you really want to see me check the papers and the TV
Look who's telling who what to do
Kiss my ass goodbye ✱ Where the song was stopped!

Don't give me that bullshit, you know who I am
I'm your nightmare little man
Vic, you stole my lunch money, made me cry
Jane, remember second grade?
Said you couldn't stand my face
Rather than kiss me you said you'd rather die

Now I'm big and important
One angry dwarf and 200 solemn faces are you
If you really want to see me check the papers and the TV
Look who's telling who what to do
Kiss my ass goodbye

You'll be sorry one day
Yes you will, yes you will
You shouldn't push me around
'cause I will, yes I will
You will be sorry when I'm big
Yes you will, yes you will
You will be sorry

Now I'm big and important
One angry dwarf and 200 solemn faces are you
If you really want to see me check the papers and the TV
Look who's telling who what to do
Kiss my ass
Kiss my ass
Goodbye

**EXHIBIT C-15**



**From:** "Stacy Snyder" <ssmb112801@yahoo.com>
**To:** "J Barry Girvin" <jbgseg@highstream.net>
**Sent:** Tuesday, May 09, 2006 11:15 AM
**Subject:** Paperwork, Etc.

Hi Mr. Girvin. I am hanging in there (but by a thread). I am extremely confused and this email will hold several emotions along with it. I wanted to tell you a couple things before we talk tonight. The aggrivated feelings and overtones of this message are not directed towards anybody, but are a mere highlight of the feelings I am juggling. I need to clarify that I am not mad at you, but just frustrated in general. This is something that I wasn't expecting and caught me completely off guard!

First, I just wanted to be more specific as to the assignments I need to pick up:
1. Over sixty journals (with 12 entries in each for a summative assessment)    FOR BLKS 1 & 3
2. Over sixty packets (study guides- for a class participation grade) FOR BLKS 1 & 3
3. All/any make-up work handed in by students in ALL 3 BLOCKS
*I don't know how I am going to get these all graded in time.* I would have had time to get them sporadically in class and work on them while I was watching Mrs. Reinking teach; now I do not have that luxury. *I feel like I am not finishing my job correctly-- and it is not my decision that is causing it.*

In addition, the copy of Hamlet that I am renting for class is in the classroom and is due back today. So, I am going to receive a late fee because I cannot get it (to return it). *Actually, I will have to pay for it being 3 days late, which I can't afford!*

Third, It was requested that I pack up all of my things and leave on Thursday. One, I have a desk in the classroom. Should I take that on Thursday as well? Two (I apologize if I am blunt, and I don't want to offend you.), Am I not allowed to say goodbye to the students on Friday? If so, why am I being treated like a criminal. *I was and am a good teacher, and I feel it is unnecessary to go to this extent on my last week of teaching when I am supposed to say goodbye and finish my work load.* It makes me look like a hypocrite and a liar, and I am neither! Couldn't Mrs. Buffington and Mrs. Reinking gone about this in a different way?

Lastly, is there a way that I can request that no one is placed with Mrs. Reinking again. I can rate you as a supervisor, but I was never able to rate her as a co-op. I don't know how you feel about this, but I had a negative experience most of this semester; I only mentioned a small part to you. *I don't want another student teacher to have to go through this. I am sorry that I didn't say something sooner, and maybe there is nothing I can do about it now...*

By the way, I took all of my pictures off of my webpage, and my comments and blogs are only for my friends to see anyways. Lastly, I have a friend who knows a thing or two about computers, and she says there is a way for only my friends (people I add) to view my whole webpage.... this ensures that nobody (students/staff members/etc) can look at my page at all! *I am going to have that in effect by the time of our meeting to prove that I didn't intentionally do anything wrong.* In addition, two quick questions:
*1. If myspace, zanga, and facebook sites are such a big deal to school staff members, why doesn't MU or school districts have a policy that tells all teachers to delete them before they teach?*
* I had my myspace account months before student teaching, and the only things that were ever brought up to us in Junior Block was a warning. Warning: do not post comments about staff members and students, which I didn't!!!!
*2. If this shows a flaw in my character, why is it being brought up during my final week of teaching?* I

had this account for months (like I said before), and the previous 14 weeks of student teaching, so why is it an issue now? I just wish I knew the circumstances and incident, so I could begin to understand and stop over analyzing the situation that I am stuck with.

*Thank you once again for all of your help. You a great supervisor! If I wouldn't have had you to receive guidance and support this semester, I would have been lost! I appreciate all your hard work and effort.*

I look forward to talking with you this afternoon or evening and receiving some type of clarification and understanding.

Stacy Snyder

New Yahoo! Messenger with Voice. Call regular phones from your PC and save big.

**EXHIBIT C-16**

## Deann Buffington

**From:** Stacy Snyder [ssmb112801@yahoo.com]

**Sent:** Wednesday, May 10, 2006 9:46 AM

**To:** Nicole Reinking; J Barry Girvin; Deann Buffington; judith.wenrich@millersville.edu; Jane.Bray@millersville.edu; Kim Seldomridge

**Subject:** Formal Apology Letter

Dear Supervisors and Administrative Staff of Conestoga Valley High School and Millersville University:

I have enclosed a formal letter of apology that I hope you read and consider.

Thank you for your time and regret the circumstances which evolve it.

Sincerely,

Stacy L Snyder

Yahoo! Mail goes everywhere you do. Get it on your phone.



5/22/2006

# STACY L SNYDER

847 Bunker Hill Road
Strasburg, PA 17579
717-786-2243
717-808-9274
ssmb112801@yahoo.com

May 10, 2006


Dear Conestoga Valley High School and Millersville University Staff and Supervisors:

The situation that has been evolving over the past three days is one that I am taking very seriously. I wanted to express a variety of emotions to each of you: regret, empathy, confidence, and responsibility. I know that this incident has challenged all of you and myself as well. With my faith and trust in God, I felt He guided me in writing this letter to each of you.

First and foremost, I wanted to apologize to every staff member at Conestoga Valley High School and Millersville University that is involved or affected by this incident. I know that each of you have busy schedules meshed with teaching, meetings, and other administrative responsibilities, and I feel awful that this incident has interrupted the daily routine for all of you. Not only did I want to apologize for the information that has been identified, but I also wanted to apologize for any embarrassment or altered feelings that I have caused the members of the school district or the college. I never meant to hurt or offend anyone; I have a large heart that only wants to help others, not harm them. With that being said, I am not only a teacher, but I am a learner, a student. This incident has caused me to open my eyes and realize that I am the only person to blame. I have to take full responsibility for my actions and live with the consequences determined by the administrative staff from Conestoga Valley High School and Millersville University.

Secondly, It is necessary that I present not only an apology to those involved, but also all present the positive experiences that have taken me through the past four years and the last fourteen weeks of student teaching. These positive experiences include major responsibilities that show my true maturity and mindset. I have juggled parenthood, college courses, teaching experiences, and employment over the past four years to ensure that I can be the positive, professional role model for others in my life. I have excelled and succeeded in all of my previous placements educationally, and I have excelled in my own personal life by interacting with the community, especially with elementary-aged functions. In addition to these previous experiences, I have had a rewarding, eye-opening experience at Conestoga Valley High School. Not only have I learned things about the teaching profession in general, but also I was able to focus on my teaching style and the positive and negative experiences that encapsulated it. I partook in all administrative days, administrative/school meetings, and in some extracurricular activities and clubs, which showed and shows that I want to be a professional member of the staff during my tenure here.

In addition to the extra activities that come with teaching, I tried my hardest to excel in the classroom. I talked to students, staff members, and supervisory staff about my performance in the classroom because I wanted to excel as a teacher. I thought it was important to get feedback from Mrs. Reinking and Mr. Girvin because they are the professionals and I am the student; in addition to these staff members, I wanted to continue to get feedback from the students because I needed to see if they understood the content. With positive and negative feedback, evaluations, and meetings, I was able to teach five full units and one partial unit to a combination of ninety students. From my mid-term evaluation, I worked diligently inside and outside of the classroom: planning, teaching, grading, and developing. I wanted to correct all of the previous problems I encountered. All of these experiences should be identified because they show essential qualities of a teacher: professional interaction with staff and students inside and outside the school duration, as well as an openness and willingness to learn and succeed as a student.

Even though it is not under the best circumstances, I look forward to seeing each and everyone of you to discuss and elevate this issue, and with the discussion, I hope to rebuild or reinstate your previous viewpoint of me.


Sincerely,

Stacy L Snyder

**EXHIBIT C-17**

APPROVED

**Millersville University** *student proposing plan / Student Backing / Changed degree to B.A.*
Request for Exception to Graduation Requirements

Instructions for Student: It is your responsibility to initiate a request for exceptions in the major, minor, general education or university academic policy requirements well in advance of expected graduation date. Approved changes will be noted on your degree audit report.

---

**To Be Completed By Student in Consultation with Advisor (Please print or type)**

Student's Name: Stacy Snyder          ID#: 186 1085168

Student's Local Address: 847 Bunker Hill Rd          Phone: 717-786-2243

Student's Marauder Email Address: ~~ecom~~ slsnyde2@marauder.millersville.edu

Major: English          Minor: N/A

Advisor: Kimberly McCollum-Clark          Expected Graduation Date: 05/13/2006

& multiple changes/substitutions
I am requesting an exception to requirement(s) in:
____Major or Required Related   ___Minor   ___Honors College   ___General Education   ____Univ Acad Policy
~~see back~~

Attach a typed explanation of the exception(s) you are requesting. Give a clear and compelling justification for the request and attach any supportive documentation (e.g., letters from faculty, catalog descriptions, etc. Also attach your degree audit (DARS) and show precisely how the requested exception would change your DARS. Submit this form and all attachments to the appropriate signatory required for approval.

Student's Signature: *[signature]*          Date: 05/12/2006

Advisor's Signature: *[signature]*          Date: 5/12/06

---

**Signature(s) Required for Approval:**

For exception requests to requirements in the:   **MAJOR or REQUIRED RELATED**

(YES)/NO   Major Dept Chair: *[signature]*          Date: 5/12/06

---

OR
For exception requests to requirements in the:   **MINOR or HONORS COLLEGE**

YES/NO   Minor Dept Chair/Honors College: _____          Date: _____

---

OR
For exception requests to requirements in:   **GENERAL EDUCATION or UNIVERSITY ACADEMIC POLICY**

YES / NO   Major Dept Chair: _____          Date: _____

(YES)/ NO   School Dean: *[signature]*          Date: 5/15/06

After the required signatures have been obtained the original form and attachments must be sent to the appropriate SCHOOL DEAN who will notify the student of the result and distribute copies to the DEPT CHAIR, ADVISOR and forward the original document to the Registrar's Office.

S-16.

EGR-103 Fall 2002
1 oF 5



EXHIBIT
Snydee-17
*[handwritten]* 2/13/08

I need 235 substituted
for 233 & 240 imaried
to elective.

# Millersville University
## Request for Exception to Graduation Requirements

**APPROVED**

**Instructions for Student:** It is your responsibility to initiate a request for exceptions in the major, minor, general education or university academic policy requirements well in advance of expected graduation date. Approved changes will be noted on your degree audit report.

**To Be Completed By Student in Consultation with Advisor (Please print or type)**

Student's Name: Stacy Snyder          ID#: 816 85 148

Student's Local Address: 847 Bunker Hill Rd          Phone: 717-786-2243

Student's Marauder Email Address: www. Slsnyde2@marauder.millersville.edu

Major: English changeing to BA (BSE)          Minor: N/A

Advisor: Kimberly McCollum-Clark          Expected Graduation Date: 05/13/2006

I am requesting an exception to requirement(s) in:
_____ Major or Required Related ___X___ Minor _____ Honors College ____ General Education _____ Univ Acad Policy

_see back_

Attach a typed explanation of the exception(s) you are requesting. Give a clear and compelling justification for the request and attach any supportive documentation (e.g., letters from faculty, catalog descriptions, etc. Also attach your degree audit (DARS) and show precisely how the requested exception would change your DARS. Submit this form and all attachments to the appropriate signatory required for approval.

Student's Signature: _(signed)_          Date: 05/12/2006

Advisor's Signature: _(signed)_          Date: 5/12/2006

**Signature(s) Required for Approval:**

For exception requests to requirements in the:          **MAJOR or REQUIRED RELATED**

(YES)/NO          Major Dept Chair: _(signed)_          Date: 5/12/2006

**OR**

For exception requests to requirements in the:          **MINOR or HONORS COLLEGE**

YES/NO          Minor Dept Chair/Honors College: _____          Date: _____

**OR**

For exception requests to requirements in:          **GENERAL EDUCATION or UNIVERSITY ACADEMIC POLICY**

YES / NO          Major Dept Chair: _____          Date: _____

(YES)/NO          School Dean: _(signed)_          Date: 5/18/06

After the required signatures have been obtained the original form and attachments must be sent to the appropriate SCHOOL DEAN who will notify the student of the result and distribute copies to the DEPT CHAIR, ADVISOR and forward the original document to the Registrar's Office.

. EGR-103 Fall 2002

3 of 5

DEVOTIONAL 331 moved to
Amer. Lit. r 321 moved
to election

# Millersville University
### Request for Exception to Graduation Requirements

 **APPROVED**

**Instructions for Student**: It is your responsibility to initiate a request for exceptions in the major, minor, general education or university academic policy requirements well in advance of expected graduation date. Approved changes will be noted on your degree audit report.

---

**To Be Completed By Student in Consultation with Advisor (Please print or type)**

Student's Name: Stacy Gnyder     ID#: 18168 5168

Student's Local Address: 847 Bunker Hill Rd     Phone: 717-786-2243

Student's Marauder Email Address: SISnyde 2@ marauder.millersville.edu

Major: English     Minor: N/A

Advisor: Kimberly McCollum-Clark     Expected Graduation Date: 05/13/2006

I am requesting an exception to requirement(s) in:
____Major or Required Related ____Minor ____Honors College __X__General Education ____Univ Acad Policy

Attach a typed explanation of the exception(s) you are requesting. Give a clear and compelling justification for the request and attach any supportive documentation (e.g., letters from faculty, catalog descriptions, etc. Also attach your degree audit (DARS) and show precisely how the requested exception would change your DARS. **Submit this form and all attachments to the appropriate signatory required for approval.**

Student's Signature: Stacy Snyder     Date: 05/12/2006

Advisor's Signature: Kim M^c Collum-Clark     Date: 05/17/2006

---

**Signature(s) Required for Approval:**

For exception requests to requirements in the:     **MAJOR or REQUIRED RELATED**

(YES) NO     Major Dept Chair: Schnelle     Date: 5/19/06

**OR**

For exception requests to requirements in the:     **MINOR or HONORS COLLEGE**

YES/NO     Minor Dept Chair/Honors College: Schnelle     Date: 5/19/06

**OR**

For exception requests to requirements in:     **GENERAL EDUCATION or UNIVERSITY ACADEMIC POLICY**

YES / NO     Major Dept Chair: Schnelle     Date: 5/19/06

YES / NO     School Dean: Dumke     Date: 5/23/06

**After the required signatures have been obtained the original form and attachments must be sent to the appropriate SCHOOL DEAN** who will notify the student of the result and distribute copies to the DEPT CHAIR, ADVISOR and forward the original document to the Registrar's Office.

**EXHIBIT C-18**

## Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice

| Snyder | Stacy | L. | 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 |
|---|---|---|---|
| Student/Candidate's Last Name | First | Middle | Social Security Number |

Subject(s) Taught  English                                    Grade Level  12

**This form is to serve as a permanent record of a student teacher/candidate's professional performance evaluation during a specific time period, based on specific criteria. This form must be used at least twice during the 12-week (minimum) student teaching experience.**

### PERFORMANCE EVALUATION

**Directions: Examine all sources of evidence provided by the student teacher/candidate and bear in mind the aspects of teaching for each of the four categories used in this form. Check the appropriate aspects of student teaching, and indicate the sources of evidence used to determine the evaluation of the results in each category. Assign an evaluation for each of the four categories and then assign an overall evaluation of performance. Sign the form and gain the signature of the student teacher.**

Category I: Planning and Preparation — Student teacher/candidate demonstrates thorough knowledge of content and pedagogical skills in planning and preparation. Student teacher makes plans and sets goals based on the content to be taught/learned, knowledge of assigned students, and the instructional context.

Alignment: 354.33. (1)(i)(A), (B), (C), (G), (H)

Student Teacher/Candidate's performance appropriately demonstrates:
- Knowledge of content
- Knowledge of pedagogy
- Knowledge of Pennsylvania's K-12 Academic Standards
- Knowledge of students and how to use this knowledge to impart instruction
- Use of resources, materials, or technology available through the school or district
- Instructional goals that show a recognizable sequence with adaptations for individual student needs
- Assessments of student learning aligned to the instructional goals and adapted as required for student needs
- Use of educational psychological principles/theories in the construction of lesson plans and setting instructional goals

Sources of Evidence (Check all that apply and include dates, types/titles and number)

| | | | |
|---|---|---|---|
| ☒ Lesson/Unit Plans | See Attached 430-A | ☒ Student Teacher Interviews | See Attached 430-A |
| ☒ Resources/Materials/Technology | See Attached 430-A | ☒ Classroom Observations | See Attached 430-A |
| ☒ Assessment Materials | See Attached 430-A | ☐ Resource Documents | See Attached 430-A |
| ☐ Information About Students (Including IEP's) | See Attached 430-A | ☐ Other | See Attached 430-A |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☒ | ☐ | ☐ |

Justification for Evaluation
Unit and daily planning has improved during the second half of the semester. The strongest evidence of this growth is Ms Snyder's Millersville University CIRQL Unit. Content, strategies, and assessments were well addressed.



EXHIBIT
Snyder-18
3 12/08

| | Snyder | Stacy | L. | | 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 |
Student/Candidate's Last Name | | First | Middle | | Social Security Number

**Category II:** Classroom Environment — Student teacher/candidate establishes and maintains a purposeful and equitable environment for learning, in which students feel safe, valued, and respected, by instituting routines and setting clear expectations for student behavior.
Alignment: 354.33. (1)(i)(E), (B)

Student Teacher/Candidate's performance appropriately demonstrates:

- Expectations for student achievement with value placed on the quality of student work
- Attention to equitable learning opportunities for students
- Appropriate interactions between teacher and students and among students
- Effective classroom routines and procedures resulting in little or no loss of instructional time
- Clear standards of conduct and effective management of student behavior
- Appropriate attention given to safety in the classroom to the extent that it is under the control of the student teacher
- Ability to establish and maintain rapport with students

Sources of Evidence (Check all that apply and include dates, types/titles, and number)
| | | | |
|---|---|---|---|
| ☒ Classroom Observations | See Attached 430-A | | |
| ☒ Informal Observations/Visits | See Attached 430-A | ☐ Visual Technology | See Attached 430-A |
| ☒ Student Teacher/Candidate | See Attached 430-A | ☒ Resources/Materials/Technology/Space | See Attached 430-A |
|    Interviews | See Attached 430-A | ☐ Other | See Attached 430-A |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☐ | ☒ | ☐ |

**Justification for Evaluation**

There has been a definite improvement in classroom environment. Better planning for clear instructions, pace, transitions, and businesslike implementation of Ms Snyder's discipline plan have produced a better learning environment.

|                              | Snyder | Stacy | L.     | 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            |
|------------------------------|--------|-------|--------|------------------------|
| Student/Candidate's Last Name |        | First | Middle | Social Security Number |

**Category III – Instructional Delivery** - Student teacher/candidate, through knowledge of content, pedagogy and skill in delivering instruction, engages students in learning by using a variety of instructional strategies.
**Alignment: 354.33. (1)(l)(D),(F),(G)**

Student Teacher/candidate's performance appropriately demonstrates:

- Use of knowledge of content and pedagogical theory through his/her instructional delivery
- Instructional goals reflecting Pennsylvania K-12 standards                                                  •
- Communication of procedures and clear explanations of content
- Use of instructional goals that show a recognizable sequence, clear student expectations, and adaptations for individual student needs
- Use of questioning and discussion strategies that encourage many students to participate
- Engagement of students in learning and adequate pacing of instruction
- Feedback to students on their learning
- Use of informal and formal assessments to meet learning goals and to monitor student learning
- Flexibility and responsiveness in meeting the learning needs of students
- Integration of disciplines within the educational curriculum

Sources of Evidence (Check all that apply and include dates, types/titles, or number)

| ☒ Classroom Observations | See Attached 430-A | ☒ Student Assignment Sheets | See Attached 430-A |
| ☒ Informal Observations/Visits See Attached 430-A | | ☐ Student Work | See Attached 430-A |
| ☒ Assessment Materials | See Attached 430-A | ☒ Instructional Resources/ | See Attached 430-A |
| ☒ Student Teacher/Candidate | See Attached 430-A | Materials/Technology | |
| Interviews | | ☐ Other | See Attached 430-A |

| ory | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|-----|---------------------|---------------------|------------------------|--------------------------|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | ☐ | ☐ | ☒ | ☐ |

**Justification for Evaluation**

There was improvement in instructional delivery that sometimes and
adequately demonstrated the indicators of performance.

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |
|---|---|---|

| Snyder | Stacy | L. | 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 |
|---|---|---|---|
| Student/Candidate's Last Name | First | Middle | Social Security Number |

**Category IV – Professionalism** - Student teacher/candidate demonstrates qualities that characterize a professional person in aspects that occur in and beyond the classroom/building.

Alignment: 354.33. (1)(I)(I),(J)

Student Teacher/Candidate's performance appropriately demonstrates:

- Knowledge of school and district procedures and regulations related to attendance, punctuality and the like
- Knowledge of school or district requirements for maintaining accurate records and communicating with families
- Knowledge of school and/or district events
- Knowledge of district or college's professional growth and development opportunities
- Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local, state, and federal, laws and regulations
- Effective communication, both oral and written with students, colleagues, paraprofessionals, related service personnel, and administrators
- Ability to cultivate professional relationships with school colleagues
- Knowledge of Commonwealth requirements for continuing professional development and licensure

**Sources of Evidence** (Check all that apply and include dates, types/titles, or number)

| ☒ Classroom Observations | See Attached 430-A | ☐ Student Assignment Sheets | See Attached 430-A |
|---|---|---|---|
| ☒ Informal Observations/Visits | See Attached 430-A | ☐ Student Work | See Attached 430-A |
| ☐ Assessment Materials | See Attached 430-A | ☐ Instructional Resources/Materials/ | See Attached 430-A |
| ☒ Student Teacher Interviews | See Attached 430-A | Technology | |
| ☒ Written Documentation | See Attached 430-A | ☐ Other | See Attached 430-A |

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| Rating (Indicate √ ) | ☐ | ☐ | ☐ | ☒ |

**Justification for Evaluation**

Performance indicators not demonstrated:

\*Integrity and ethical behavior, professional conduct as stated in <u>Pennsylvania Code of Professional Practice and Conduct for Educators</u>; and local, state, and federal, laws and regulations.
\*Effective communication, both oral and written with students, colleagues, para-professionals, related service personnel, and administrators.
\*Ability to cultivate professional relationships with school colleagues.
\*Knowledge of Commonwealth requirements for continuing professional development and licensure.

|  | | | **Overall Rating** – Four points in three categories | |
|---|---|---|---|---|
| Category | Exemplary (Minimum of 12 Points) | Superior (Minimum of 8 Points) | Satisfactory (Minimum of 4 Points) | Unsatisfactory (0 Points) |
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately or superficially* demonstrates indicators of performance. |
| Rating (Indicate √) | | | | |

Note: This assessment instrument must be used a minimum of two times. **A satisfactory rating (1) in each of the 4 categories, resulting in a minimum total of at least (4) points, must be achieved on the <u>final summative rating</u> to favorably complete this assessment.**

---

**Justification for Overall Rating:**
The candidate received four points but scored in only three categories.

---

Student Teacher/Candidate's Last Name: Snyder  First: Stacy  Middle: L.  Social Security Number: 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

District: Conestoga Valley IU 13   School: Conestoga Valley High School   Interview/Conference Date: 5-12-06

School Year: 2005-2006   Term: Spring

**Required Signatures:**
Supervisor/Evaluator:   Date: 5-12-06

Student/Teacher
Candidate:   Date: 5-12-06

**(Confidential Document)**

# PDE Form 430 Attachment A

## Category I: Planning and Preparation

Lesson Unit Plans: Types Titles and Numbers:

The Supervisor evaluated Ms Snyder's Millersville University CIRQL
Unit. It was exemplary in all areas indicated in the rubric. This
Macbeth Unit included unit goals and lesson objectives, daily lesson
plans with all the proper steps, and an impressive array of assessments.
Quality supplemental materials were also part of the plans and an
important aspect of motivation.

Resources / Materials / Technology:

A variety of teacher-made resources (worksheets, portfolio assignments,
etc) and videos were part of the planning.

Assessment Material:

An impressive variety of assessments were designed to help students
process their learning in a number of forms: oral, written,
visual representation, group products.

Information About Students:

Teacher Conferences Interviews:

3-28-06
4-4-06
4-7-06
4-19-06

Classroom Observations:

4-3-06
4-6-06 and 4-6-06 - Two block classes
4-18-06

Teacher Resource Documents:

Other:

## Category II: Classroom Environment

Classroom Observations:

```
4-3-06
4-6-06 and 4-6-06 - Two block classes
4-18-06
```

Informal Observations/Visits:

```
3-28-06
4-28-06
```

Teacher Conferences/Interviews:

```
3-28-06
4-4-06
4-7-06
4-19-06
```

Visual Technology:

Resources/Materials/Technology/Space:

```
See Category I - Resources/Materials/Technology
```

Other:

PDE-430A

# PDE Form 430 Attachment A

## Category III: Instructional Delivery

Classroom Observations:
```
4-3-06
4-6-06 and 4-6-06 - Two block classes
4-18-06
```

Informal Observations/Visits:
```
3-28-06
4-28-06
```

Assessment Materials:
```
See Category I - Assessment Materials
```

Teacher Conferences/Interviews:
```
3-28-06
4-4-06
4-7-06
4-19-06
```

Student Assignment Sheets:
```
A variety of assessment materials were designed to have students
express understanding of the learning in several forms.
Assessment results made it clear when objectives were not
driving the lesson.
```

Student Work:
```
Visual representations and other products were examined by
the Supervisor.
```

Instructional Resources/Materials/Technology:
```
See Category I - Resources/Materials/Technology
```

Other:

# PDE Form 430 Attachment A

## Category IV: Professionalism

Teacher Classroom Observations:

4-3-06          4-18-06
4-6-06
4-6-06

Informal Observations/Visits:

3-28-06
4-28-06

Assessment Materials:

Student Teacher Interviews:

3-28-06
4-4-06
4-7-06
4-19-06

Written Documentation:

There were errors in judgment that relate to Section 4, b, 7-8;
and Section 5 of <u>Pennsylvania's Code of Professional Practice
and Conduct for Educators</u>.

Section 4, Practices, b, 7 - Professional educators shall exhibit
acceptable and professional language and communication skills.  There
verbal and written communications with parents, students and staff
shall reflect sensitivity to the fundamental human rights of dignity,
privacy and respect.
Section 4, Practices, b, 8 - Professional educators shall be open-
minded, knowledgeable and use appropriate judgment and communication
skills when responding to an issue within the educational environment.
Section 5 - Conduct - Individual professional conduct reflects upon
the practices, values, integrity and reputation of the profession.
Violation of ... may constitute an independent basis for private or
public reprimand, and may be used as supporting evidence in cases of
certification suspension and revocation.

Other