*E-mail that I planned to send to MU*

In response to Stacy Snyder's letter, I need to state that this young woman, in my opinion, should not pass student teaching. Nicole Reinking has coped with a great deal this semester, and I have served as a confidante and advisor. Stacy's content knowledge, as is obvious from the numerous errors in this memo and letter because of her lack of knowledge about the English language, is one factor. In addition, her lack of professionalism, throughout her stay and most recently with her inappropriate actions, is another factor. Here at Conestoga Valley, if a teacher receives an unsatisfactory rating in the professionalism category on the state form, that teacher receives an unsatisfactory rating overall. It will be no surprise to me if our excellent teachers here at CV do not volunteer again to serve as cooperating teachers for Millersville students.

Deann Buffington, Supervisor of Communications

EXHIBIT "B"

P-52