1    IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT

3            OF PENNSYLVANIA

4            * * * * * * * *

5    STACY SNYDER,       *

6        Plaintiff     *   Case No.

7        vs.           *   07-1660

8    MILLERSVILLE       *

9    UNIVERSITY, J.     *

10   BARRY GIRVIN,      *

11   DR. JANE BRAY, DR.*

12   VILAS A. PRABHU,   *

13       Defendants     *

14            * * * * * * * *

15

16            DEPOSITION OF

17            DR. JANE BRAY

18            March 3, 2008

19

20

21

22

23   Any reproduction of this transcript

24   is prohibited without authorization

25        by the certifying agency.

Ex/t/B/T
"C"

Electronically signed by Susan Koons (101-237-445-4355)                    9d4b9487-cc04-464d-aceb-4c49b39ab9c4

1    A. That's correct.
2    Q. What percentage passed the
3    Praxis exam in July of 2005; do you
4    know?
5    A. I do not.
6    Q. What's the significance of Ms.
7    Snyder's passing the Praxis test?
8    A. She meets requirements for
9    Pennsylvania certification as well as
10    one of the requirements for advanced
11    professional study.
12    Q. And the other requirement for
13    advanced professional studies would
14    be raising her GPA by one one-
15    hundredth of a point; is that what
16    you're saying?
17    A. There are multiple
18    requirements.
19    Q. What else is Ms. Snyder
20    required to do in order to get into
21    the advanced professional studies
22    block?
23    ATTORNEY KRAMER:
24    You can refer back to
25    the ---.

1    A. I forget which number it's on.
2    BY ATTORNEY VOIGT:
3    Q. Plaintiff's 73. So it looks
4    like Ms. Snyder got passing scores on
5    the Praxis exam; right? Is that a
6    yes?
7    A. No.
8    Q. No, she didn't get passing
9    scores on the Praxis exam?
10    ATTORNEY KRAMER:
11    I think she's reading
12    to refresh her recollection.
13    A. Reading the second sentence,
14    at that time when this was written in
15    June, she'll be able to enter her
16    classes for the fall should you be
17    able to provide us with documentation
18    that indicates you meet the APS
19    requirements, including passing
20    scores on the Praxis exam and
21    satisfactory clearance of Act 34 and
22    Act 151.
23    BY ATTORNEY VOIGT:
24    Q. So Ms. Snyder passed her
25    Praxis exam; correct?

1    A. I don't believe at this time.
2    If she did, the office did not have
3    that documentation.
4    Q. But I showed you the Praxis
5    scores from July of 2005, we can
6    agree that Ms. Snyder at that time
7    passed the Praxis exam?
8    A. That's correct.
9    Q. And subsequently, Ms. Snyder
10    forwarded the Act 34 and Act 151
11    clearance; do you believe?
12    A. I do believe that.
13    Q. So she eventually was admitted
14    into the APS program; is that
15    correct?
16    A. That's correct.
17    Q. What is your role in the APS
18    program?
19    A. I do review some of the
20    students who make appeals to enter
21    the APS.
22    Q. Are you the one responsible
23    for the advanced professional studies
24    program here at Millersville?
25    A. I am not.

1    Q. What is your role exactly at
2    Millersville?
3    A. I'm the dean for the school of
4    education.
5    Q. What are the requirements or
6    the responsibilities of that role?
7    ATTORNEY KRAMER:
8    Objection, it's a
9    compound question.
10    BY ATTORNEY VOIGT:
11    Q. What are the responsibilities
12    of that role?
13    A. Oversight for 150 faculty
14    members, 30 to 50 adjuncts, 4
15    different buildings, 2,800 teacher-
16    preparation students on campus and 8
17    direct reports to my office.
18    Q. Do you have a staff to help
19    you deal with that?
20    A. I do.
21    Q. How many people are part of
22    your staff?
23    A. Seven.
24    Q. Turn to Plaintiff's Exhibit
25    Four. This is the Millersville

SARGENT'S COURT REPORTING SERVICES, INC.
814-536-8908

Electronically signed by Susan Koons (101-237-445-4355)      9d4b9487-cc04-464d-aceb-4c49b39ab9c4

1   University Guide for Student
2   Teaching; is that correct?
3   A. That's correct.
4   Q. Are you familiar with this
5   document?
6   A. I am.
7   Q. Did you draft or approve this
8   document for use in the student
9   teaching program at Millersville?
10  A. I did neither draft nor
11  approve this document.
12  Q. Who would approve or draft
13  this document at Millersville?
14  ATTORNEY KRAMER:
15  Objection, it's a
16  compound question.
17  BY ATTORNEY VOIGT:
18  Q. Who would draft it; do you
19  know?
20  A. A student teaching coordinator
21  and a contact team for the student
22  teaching office.
23  Q. Who would the student teaching
24  coordinator be?
25  ATTORNEY KRAMER:

1   If you don't remember
2   ---.
3   A. I don't remember.
4   BY ATTORNEY VOIGT:
5   Q. Do you know whether this
6   document was in force and effect as
7   of the spring semester 2006 when
8   Stacy did her student teaching?
9   A. It was in effect.
10  Q. Did Ms. Snyder receive a copy
11  of this?
12  A. She did.
13  Q. Did Ms. Reinking? First of
14  all, do you know who Nicole Reinking
15  is?
16  A. By name only, yes.
17  Q. Let me represent to you that
18  Ms. Reinking is a teacher in the
19  Conestoga Valley School District. Do
20  you know whether she received a copy
21  of this document?
22  A. I do.
23  Q. And what's the basis for that
24  knowledge?
25  A. Knowing the material sent to

1   all of our cooperating teachers
2   provides me with the base of that
3   knowledge.
4   Q. So by custom and practice,
5   your office sends a copy of this
6   guide to all student teachers at or
7   to all cooperating teachers in
8   schools where student teachers are
9   teaching?
10  A. That's correct.
11  Q. Turn to page two of
12  Plaintiff's Four. Is that your
13  signature on the bottom of the page?
14  A. It is.
15  Q. This letter is dated January
16  18, 2006. Was a similar letter
17  included in the summer 2005 edition;
18  do you know?
19  ATTORNEY KRAMER:
20  If you don't know, say
21  you don't know.
22  A. I do not know.
23  BY ATTORNEY VOIGT:
24  Q. Would this letter, the one
25  that's dated January 18, 2006, have

1   been included in the packet that was
2   sent to the cooperating teachers in
3   the spring of 2006?
4   A. It may have been.
5   Q. It may have been. You don't
6   know? You're not sure?
7   A. I am not sure.
8   Q. Turn to the second paragraph
9   on the January 18 letter. You
10  include teaching interviewing skills
11  and sessions. What was the purpose
12  of including instruction on the
13  important skill of interviewing; do
14  you know?
15  A. Could you repeat that
16  question? I don't really understand
17  it.
18  Q. Why did you include a section
19  in your letter on interviewing skills
20  for cooperating teachers?
21  A. To alert the cooperating
22  teachers of the scheduled seminar of
23  interviewing sessions that would take
24  place during the student teaching
25  semester.

Electronically signed by Susan Koons (101-237-445-4355)                    9d4b9487-cc04-464d-aceb-4c49b39ab9c4

1    BY ATTORNEY VOIGT:
2    Q. All right. Have you ever seen
3    this document before?
4    A. I have.
5    Q. When did you first see ---
6    strike that.
7    This is a photograph and text
8    which is dated May 4th of 2006; is
9    that correct?
10   A. That's correct.
11   Q. When did you first see this
12   photo?
13   A. During the days following the
14   events.
15   Q. Can you be more specific, when
16   did you first see it?
17   A. Following Ms. Snyder's --- I
18   saw this first following Ms. Snyder's
19   removal from the school district by
20   the school district.
21   Q. How did you come to be in
22   possession of this photograph and
23   text?
24   A. I believe Mr. Girvin gave it
25   to me.

1    Q. When was that?
2    A. Following Ms. Snyder's removal
3    by the assistant superintendent.
4    Q. That would have been in or
5    about May 8th of 2006; correct?
6    A. That's correct.
7    Q. Did you have a discussion with
8    Mr. Girvin about this photo at that
9    time?
10   A. I did.
11   Q. What was the nature of that
12   discussion? Well, first of all, was
13   anyone else present?
14   A. Not when I met with Mr.
15   Girvin.
16   Q. What did you and Mr. Girvin
17   talk about?
18   A. The events of the student
19   teaching semester for Ms. Snyder.
20   Q. What exactly did you talk
21   about?
22   A. The infractions that Ms.
23   Snyder had committed during the
24   student teaching semester that had
25   been recognized by the district.

1    Q. Did Mr. Girvin discuss with
2    you the text that accompanied this
3    photograph?
4    A. I think we talked about it,
5    yes.
6    Q. And what did you talk about?
7    A. We tried to assess the meaning
8    of it.
9    Q. What meaning do you attach to
10   the text?
11   A. I'm still not sure about that.
12   Q. Mr. Girvin testified that the
13   text was more outrageous to him then
14   the photograph; do you agree with
15   that?
16   ATTORNEY KRAMER:
17   I would object. I
18   don't think that's what he
19   testified to. So ask it not
20   including Mr. --- any
21   characterization of Mr.
22   Girvin.
23   ATTORNEY VOIGT:
24   All right.
25   BY ATTORNEY VOIGT:

1    Q. Do you agree --- let me
2    represent to you for purposes of this
3    question that Mr. Girvin testified
4    that the text accompanying this
5    photograph in his mind was more
6    unprofessional than the photograph.
7    Do you agree with that statement?
8    ATTORNEY KRAMER:
9    Same objection. You
10   can certainly try to answer.
11   A. I would agree with that.
12   BY ATTORNEY VOIGT:
13   Q. Do you believe that the text
14   in some way refers to an actual
15   teacher?
16   A. I really don't know.
17   Q. Now, as you sit here today,
18   you do not know of any actual
19   disruption of the school environment
20   at Conestoga Valley due to the
21   photograph and text which are Exhibit
22   51; correct?
23   ATTORNEY KRAMER:
24   Objection, school
25   environment, that's unclear.

SARGENT'S COURT REPORTING SERVICES, INC.
814-536-8908

Electronically signed by Susan Koons (101-237-445-4355)                    9d4b9487-cc04-464d-aceb-4c49b39ab9c4

1    BY ATTORNEY VOIGT:
2    Q. Do you know what the term
3    school environment means?
4    A. I do.
5    Q. All right. Now, as you sit
6    here today, you do not know of any
7    actual disruption of the school
8    environment at Conestoga Valley due
9    to the photograph and text on Exhibit
10   51; correct?
11   A. That is not correct.
12   Q. What was the disruption of the
13   school environment due to this photo?
14   A. The disruption was that the
15   superintendent was called, who was
16   not there at the time, and the
17   assistant superintendent removed the
18   student teacher.
19   Q. Okay. So the disruption was
20   in the reaction of the administrators
21   at Conestoga Valley; correct?
22   A. I would assume so, yes.
23   Q. And the educational process at
24   Conestoga Valley didn't come to a
25   grinding halt due to the publication

1    of this photograph; correct?
2    A. Oh, that's correct.
3    Q. There was nothing threatening
4    in your view about this photo and
5    text; correct?
6    A. Threatening, no.
7    Q. You were not aware of any
8    interference in the disciplinary
9    processes at Conestoga Valley due to
10   the photo and text; correct?
11   ATTORNEY KRAMER:
12   Object. It's a very
13   vague question but you
14   certainly try to answer.
15   BY ATTORNEY VOIGT:
16   Q. Did student discipline at
17   Conestoga Valley become worse as a
18   result of this photograph?
19   A. I really don't know that.
20   Q. Okay. You do not consider the
21   photo lewd or obscene, do you?
22   A. No.
23   Q. Now, in the text of her
24   comments, Ms. Snyder discusses her
25   decision not to apply for a job at

1    Conestoga Valley; correct.
2    A. Can you repeat that?
3    Q. Sure. In the text of her
4    comments, Ms. Snyder discusses her
5    decision not to apply for a job at
6    Conestoga Valley; correct?
7    ATTORNEY KRAMER:
8    You can answer, but I
9    will object, the document
10   speaks for itself. Doctor
11   Bray, if you can interpret
12   what it says here, and ---.
13   BY ATTORNEY VOIGT:
14   Q. Are you not going to answer
15   the question or are you?
16   ATTORNEY KRAMER:
17   She can answer the
18   question.
19   A. If you interpret there, I
20   won't apply there.
21   BY ATTORNEY VOIGT:
22   Q. Do you have any reason to
23   think that the word there applies to
24   some other school besides Conestoga
25   Valley?

1    A. I really don't know.
2    Q. All right. Wouldn't someone
3    reading this post be entitled to know
4    about Ms. Snyder's decision not to
5    apply to be a teacher at Conestoga
6    Valley?
7    ATTORNEY KRAMER:
8    I object to that. It
9    calls for speculation.
10   BY ATTORNEY VOIGT:
11   Q. You can answer over objection.
12   That's our agreement.
13   Wouldn't someone reading this
14   post be entitled to know about Ms.
15   Snyder's decision not to apply for a
16   teaching job at Conestoga Valley?
17   A. I really don't know.
18   Q. Are you aware of any policies
19   or procedures in effect at
20   Millersville concerning the posting
21   of statements on the Internet by
22   students?
23   ATTORNEY KRAMER:
24   Just to clarify,
25   Millersville rules and

SARGENT'S COURT REPORTING SERVICES, INC.
814-536-8908

Electronically signed by Susan Koons (101-237-445-4355)                    9d4b9487-cc04-464d-aceb-4c49b39ab9c4

1    regulations?
2    ATTORNEY VOIGT:
3    Yeah.
4        BY ATTORNEY VOIGT:
5        Q. Are you familiar with
6    Millersville's rules and regulations
7    regarding Internet activity and
8    Internet statements?
9        A. I am.
10       Q. You would agree with me that
11   at the time of this incident,
12   Millersville had no policy concerning
13   the use of such things as MySpace and
14   Facebook by students at the school;
15   correct?
16       A. That's correct.
17       Q. And in particular, you would
18   agree with me that there were no
19   policies relative to student teachers
20   concerning their posting of
21   statements or comments on MySpace or
22   Facebook or the like during their
23   student teaching programs?
24       A. That's correct.
25       Q. Who would be responsible for

1    making those policies?
2    ATTORNEY KRAMER:
3    At Millersville?
4        BY ATTORNEY VOIGT:
5        Q. At Millersville.
6        A. I would assume student
7    affairs.
8        Q. Student affairs.
9        A. Or information technology, one
10   or the other.
11       Q. So as the dean of the school
12   of education, you have no role in the
13   policies that are in effect at the
14   school of education?
15   ATTORNEY KRAMER:
16   Objection. This is not
17   school of education policy.
18   ATTORNEY VOIGT:
19   Okay.
20       BY ATTORNEY VOIGT:
21       Q. At the school of education,
22   you have no role as the dean of ---
23   strike that.
24   As the dean of the School of
25   Education, you do not have any direct

1    role in the making of policy for
2    student teachers; is that what you're
3    saying?
4        A. I oversee that, yes.
5        Q. So if somebody was going to
6    make a policy about Internet postings
7    and MySpace and Facebook, it would
8    come through you; is that correct?
9        A. No, that's not correct.
10       Q. Who would it go through?
11       A. The Teacher Education Council.
12       Q. All right. And what is the
13   Teacher Education Council?
14   ATTORNEY KRAMER:
15   Objection, that's been
16   asked and answered.
17   ATTORNEY VOIGT:
18   All right.
19       BY ATTORNEY VOIGT:
20       Q. How did you come to receive
21   this photo and text?
22   ATTORNEY KRAMER:
23   Objection, also asked
24   and answered.
25       BY ATTORNEY VOIGT:

1        Q. Girvin gave it to you. Okay.
2    Before seeing this photo and text,
3    you had not taken any steps to deny
4    Ms. Snyder her Bachelor of Science in
5    Education degree; correct?
6        A. That's correct.
7        Q. Before seeing these photos and
8    text, this photo and text, you had
9    not taken any steps to deny Ms.
10   Snyder her teaching certificate;
11   correct?
12   ATTORNEY KRAMER:
13   I'll object. I don't
14   believe that Doctor Bray has
15   any relationship to whether
16   she gets a teaching
17   certificates or not. You can
18   certainly answer.
19   ATTORNEY VOIGT:
20   Well, let's back up.
21       BY ATTORNEY VOIGT:
22       Q. What is the process --- or as
23   the dean of the School of Education,
24   are you familiar with the process by
25   which a student receives a teaching

23 (Pages 86 to 89)

Electronically signed by Susan Koons (101-237-445-4355)                                   9d4b9487-cc04-464d-aceb-4c49b39ab9c4

1    certificate in the Commonwealth of
2    Pennsylvania?
3    A. I am.
4    Q. What is that process?
5    A. Students complete their
6    requirements and complete a state
7    required application form. And it's
8    sent to the Pennsylvania Department
9    of Education who reviews it, approves
10   it or not, and issues the teaching
11   certification.
12   Q. And an essential step in that
13   regard is the completion of a PDE
14   form 430; is that correct?
15   A. That's correct.
16   Q. All right. And who has
17   responsibility for the completion of
18   the PDE form 430 in Ms. Snyder's
19   case?
20   A. Mr. Girvin.
21   Q. You had no responsibility or
22   role in completing that form?
23   A. I did not.
24   Q. Was there any other
25   intermediary between you and Mr.

1    Girvin who may have had a role in the
2    completion or approval of the PDE
3    form 430 form in Ms. Snyder's case?
4    A. I don't really understand your
5    question.
6    Q. I take it that Mr. Girvin
7    completes the PDE form 430 on Ms.
8    Snyder's behalf; is that correct?
9    A. That's correct.
10   Q. Does Mr. Girvin have to give
11   that form to anyone for approval?
12   A. Not for approval, no.
13   Q. All right. Does he have to
14   --- does Ms. Weinrick have any role
15   in this process?
16   A. She collects all of the PDE
17   430 forms.
18   Q. Okay. Does she have any role
19   in reviewing them, the PDE form 430s?
20   A. She does not.
21   Q. So she just makes the
22   administrative task of collecting
23   them; is that correct?
24   A. That's correct.
25   Q. What does she do with the

1    forms when she collects them?
2    A. The state requires us to keep
3    the mid 430 and the final 430 in hard
4    copy form for a period of five years
5    on all of our students.
6    Q. Do you receive these form 430s
7    before they are sent to Harrisburg?
8    A. They are not sent to
9    Harrisburg. And yes, I receive the
10   430s into the certification office.
11   Q. Okay. So you receive these
12   form 430s. What do you do with them?
13   A. We save them in hard copy for
14   five years.
15   Q. All right. Is the record of
16   those form 430s in some way
17   communicated to authorities with the
18   ability to grant a teaching
19   certificate?
20   ATTORNEY KRAMER:
21   Objection. It's a very
22   vague question. If you can
23   answer, go ahead.
24   BY ATTORNEY VOIGT:
25   Q. How does a teaching --- how

1    does somebody get a teaching
2    certificate out of this college?
3    A. The University must verify ---
4    there is a spot on our application
5    form that the University must verify
6    that the PDE-430 forms have been
7    completed twice on each student and
8    they have been successful.
9    Q. Who verifies that?
10   A. The certification officer for
11   the University.
12   Q. Who is that?
13   A. I am the certification officer
14   for the University.
15   Q. All right. So it would be
16   your responsibility to verify whether
17   or not Ms. Snyder passed her form
18   430; is that correct?
19   A. That is correct.
20   Q. And you have it within your
21   power to change the results of a form
22   430 as completed by Mr. Girvin or
23   another supervisor; correct?
24   A. I ---
25   ATTORNEY KRAMER:

24 (Pages 90 to 93)

**Page 94**

Objection. Object to the form. You can answer.
A. I do not.
BY ATTORNEY VOIGT:
Q. So whatever Mr. Girvin writes is what goes forward; is that what you're saying?
ATTORNEY KRAMER:
Again, object to the form. You can answer.
A. Say it again.
BY ATTORNEY VOIGT:
Q. You receive a form from Mr. Girvin saying that Stacy should be --- saying that Stacy failed her form 430. You're telling me that you have no power to change that determination; is that what you're saying?
A. That is absolutely correct.
Q. Does anybody at Millersville have any authority to change the form 430 once it is completed by the University supervisor?
A. Only the University supervisor

**Page 95**

who issued the first 430.
Q. That would be Mr. Girvin in this case; correct?
A. That's correct.
Q. Nobody other then Mr. Girvin can make any changes to a form 430; is that correct?
A. That is absolutely correct.
Q. Now, after receiving the photo and text, P-51 which we'll call the drunken pirate photo, what was the first action you took regarding Stacy's degree and certification?
ATTORNEY KRAMER:
Objection as to compound question.
ATTORNEY VOIGT:
All right.
BY ATTORNEY VOIGT:
Q. You received this document, right, P-51; correct?
A. Yes.
Q. And you spoke to Mr. Girvin about it; right?
A. Along with all the rest of the

**Page 96**

documents, yes.
Q. What did you do next with regard to Ms. Snyder?
A. I did nothing.
Q. Turn to Exhibit 100, please, page 5, paragraph 26. Did you speak with Ms. Buffington about Ms. Snyder's situation on or about May 8th of 2006?
A. I did not.
Q. Why not?
A. I gather my information in other ways.
Q. What does that mean? You gather your information in other ways, are they active ways or passive ways?
ATTORNEY KRAMER:
I'll object. I don't understand that question.
BY ATTORNEY VOIGT:
Q. How did you go about gathering information in Ms. Snyder's case?
A. I met with Mr. Girvin and Doctor Weinrick.

**Page 97**

Q. When did you meet with Doctor Weinrick?
A. When it was first reported to me that the school district had removed Ms. Snyder from that placement.
Q. That would have been on or about May 8th of 2006?
A. I'm not sure of the exact date, but it was around that time.
Q. What did you talk to Ms. Weinrick about?
A. The reasons why the school district would take such a drastic action.
Q. And what did Ms. Weinrick say?
A. She presented the situations that happened throughout the whole student teaching semester that caused the school district to take those actions.
Q. What precisely did she say?
A. She listed a series of events that occurred during the student teaching semester.

25 (Pages 94 to 97)

SARGENT'S COURT REPORTING SERVICES, INC.
814-536-8908

Electronically signed by Susan Koons (101-237-445-4355)
9d4b9487-cc04-464d-aceb-4c49b39ab9c4

1  Q. Did Ms. Weinrick make a
2  recommendation to you about what
3  should happen to Stacy?
4  A. She did not.
5  Q. Did you ask her for a
6  recommendation?
7  A. I did not.
8  Q. How did the meeting end?
9  A. I think I said keep me posted
10  as the situation continues.
11  Q. All right. Turn to
12  Plaintiff's Exhibit 48. This is an
13  e-mail from Ms. Buffington to Ms.
14  Reinking. Did you ever receive this
15  e-mail?
16  A. I did not.
17  Q. All right. Turn to page 2 of
18  Exhibit 48. This is a memo called
19  unprofessional behavior/performance
20  in the classroom. Did you receive
21  this?
22  A. I did.
23  Q. When did you receive this?
24  A. I believe Mr. Girvin gave this
25  to me.

1  Q. That would have been on May
2  8th or on or about May 8th you
3  received it?
4  A. That's correct.
5  Q. Okay. Now, paragraph one,
6  says Ms. Snyder played a song for
7  background music. Are you aware
8  whether Millersville instructs its
9  students regarding the appropriate
10  musical content of their classrooms?
11  A. I think they do, yes.
12  Q. Does Millersville have a
13  policy concerning appropriate musical
14  content to your knowledge?
15  A. Not to my knowledge.
16  Q. To your knowledge does
17  Millersville maintain a list of dirty
18  words not to use in the classroom?
19  A. Not to my knowledge.
20  Q. Turn to paragraph number two.
21  It talks about an incident in which
22  Ms. Snyder talked about Valentine's
23  Day with her boyfriend. Do you
24  believe that it's inappropriate for a
25  teacher to speak about Valentine's

1  Day with their boyfriend?
2  ATTORNEY KRAMER:
3  I'll object, that's not
4  what the line says. She can
5  read it and then make a ---.
6  BY ATTORNEY VOIGT:
7  Q. Do you believe that it's
8  inappropriate for Ms. Snyder to talk
9  about Valentine's Day with her
10  boyfriend?
11  A. I do.
12  Q. Why?
13  A. It's not appropriate for a
14  student teacher to do that or a
15  teacher with their students.
16  Q. Are you aware of any teachers
17  at Millersville who may or may not
18  have mentioned that they have a
19  spouse or significant other in the
20  classroom?
21  A. I have no idea.
22  Q. So you're saying that it is
23  inappropriate in all situations for a
24  teacher in a high school setting to
25  mention that they have a significant

1  other to their students?
2  ATTORNEY KRAMER:
3  Objection, that's not
4  what she's saying.
5  ATTORNEY VOIGT:
6  Then she can clarify.
7  BY ATTORNEY VOIGT:
8  Q. Is that what you're saying?
9  A. To mention it in the context
10  of what's here for Valentine's Day is
11  inappropriate.
12  Q. What's inappropriate about it?
13  A. A discussion such as this
14  should not occur in a classroom with
15  young students.
16  Q. You're aware that some of
17  these students are 17 or 18 years
18  old. Do you consider that young?
19  A. I do.
20  Q. Are you aware that 18 year
21  olds are presently serving in Iraq?
22  Do you think that they are exposed to
23  comments like this or worse?
24  ATTORNEY KRAMER:
25  I'll object to the

Electronically signed by Susan Koons (101-237-445-4355)    9d4b9487-cc04-464d-aceb-4c49b39ab9c4



**Thursday, May 04, 2006**

So..: Updates!!!!!
Current mood: 😊dorky
Category: Life

Updates:

First, Bree said that one of my students was on here looking at my page, which is fine. I have nothing to hide. I am over 21, and I don't say anything that will hurt me (in the long run). Plus, I don't think that they would stoop that low as to mess with my future. So, bring on the love! I figure a couple students will actually send me a message when I am no longer their offical teacher. They keep asking me why I won't apply there. Do you think it would hurt me to tell them the real reason (or who the problem was)?

P-51

**CVSD** 193



P-104

# MILLERSVILLE
## UNIVERSITY

## A GUIDE FOR
## STUDENT TEACHING

**OFFICE OF FIELD SERVICES**
**MILLERSVILLE UNIVERSITY**

**P. O. BOX 1002**
**MILLERSVILLE, PA 17551-0302**
**(717) 871-5752**

Revised, Summer 2005

P-4

P.O. Box 1002
Millersville PA 17551-0302
www.millersville.edu

MILLERSVILLE
U N I V E R S I T Y

*Find Your Future. Here.*

Dean of Education
717-872-3379
FAX: 717-872-3856

January 18, 2006

*Dear Millersville University Cooperating Teacher:*

I would like to take this opportunity to thank you for your willingness to assist Millersville University by serving in the most critical position of a cooperating teacher in the preparation of new teachers. Your role as a cooperating teacher is highly valued by all at Millersville University; however, too often and unintentionally, we are remiss in showing our profuse appreciation for your work. The most significant semester of our teacher preparation programs is successful because of your willingness to share your time, your expertise and your focus for supporting a great profession.

Enclosed, you will locate two items that I hope you will be able to review with your student teachers. The first is a revised schedule for the Spring 2006 student teaching semester. Of special note, the student teaching interviewing session date was changed from the earlier schedule that you received. The opportunity for our teacher candidates to hear about the important skill of interviewing is first detailed in a large group presentation by one of our local superintendents, Mr. Don Stewart. His presentation is followed by placing our teacher candidates into smaller sections according to disciplines. Mock interviews are conducted in these smaller sessions by local principals and curriculum supervisors. We are pleased to offer the interviewing session once again to all of our teacher candidates.

The second enclosure is a quick snapshot of our conceptual framework entitled *Communities of Learners*. This framework is the result of two years of work that involved faculty at the university, teacher candidates and practicing teachers and principals in the field. The main elements of our framework are the three themes you see listed on the enclosed card. Please feel free to discuss the themes with your student teacher. You are also encouraged to reference the themes in your written observations of your student teacher. Finally, if you are interested in viewing the entire framework, you may visit the School of Education web site at http://muweb.millersville.edu/~deaneduc/ where you can locate the framework on the left side under the heading of Professional Education Unit Information.

I would like to thank you again for sharing your expertise in the development of new teachers for our PK-12 students. Should you have questions, issues or concerns during this semester or at any other time, please do not hesitate to contact me directly or the university supervisor who is working with you.

With appreciation,

Dr. Jane S. Bray
Dean, School of Education

/cjs

*Celebrating 150 years of tradition and innovation*

# TABLE OF CONTENTS

Quick Reference...........................................................................................................................4

Professional Education Unit - Conceptual Framework ...................................................................5

Professional Education Unit - Mission and Vision Statements .......................................................5

Student Teaching Policies and Procedures .....................................................................................7

Certification Requirements .............................................................................................................9

Responsibilies of the:
    Student Teacher ....................................................................................................................10
    Cooperating Teacher............................................................................................................11
    University Supervisor .........................................................................................................12

Teaching & Classroom Management.............................................................................................13

Planning for Instruction ................................................................................................................14

Evaluation of Student Teaching....................................................................................................15

Pennsylvania Statewide Evaluation Form (PDE 430) - Instructions ............................................16.

Pennsylvania Statewide Evaluation Form (PDE 430) - Form .......................................................19

Appendices
    A) Student Teaching Absence Form .................................................................................24
    B) Pennsylvania Code of Professional Ethics...................................................................25

# QUICK REFERENCE

## WHAT TO DO IN CASE OF:

| | |
|---|---|
| SITUATION: | **Illness or family emergencies** such as illness in family, funeral, etc. |
| CALL: | Cooperating Teacher **and** University Supervisor. |
| ACTION: | Follow the instructions on Pages 7 and 8 under 'Attendance of Student Teachers'. |

| | |
|---|---|
| SITUATION: | **Anticipated absences** such as job interview, observations in other schools. |
| ACTION: | Follow the instructions on Pages 7 and 8 under 'Attendance of Student Teachers'. |

| | |
|---|---|
| SITUATION: | **In-Service Days or Meeting.** |
| ACTION: | Attend if district permits or make arrangements with your cooperating teacher to work in the classroom. |

| | |
|---|---|
| SITUATION: | **Inclement weather conditions** which impede travel. |
| ACTION: | Listen to radio or TV reports which announce whether or not your assigned school district is open or delayed. Follow your district's schedule. |

## IMPORTANT PHONE NUMBERS AND E-MAIL ADDRESSES

| | | |
|---|---|---|
| Student Teaching Office | 871-5752 | student.teaching@millersville.edu |
| Student Teaching Fax | 871-2034 | |
| University Supervisor #1 | | |
| University Supervisor #2 | | |
| Cooperating Teacher #1 | | |
| Cooperating Teacher #2 | | |
| School Office #1 | | |
| School Office #2 | | |

**NOTE:** Numbers must be obtained from the University Supervisors, Cooperating Teachers, and Schools. ALWAYS check with your Cooperating Teacher and University Supervisor regarding proper procedure and permission to call the person at home.

# Student Teaching Website.......www.millersville.edu/~stutch

## AFFIRMATIVE ACTION STATEMENT

Millersville University is an Equal Opportunity/Affirmative Action institution. Coordinators: Services for Students with Disabilities - Mrs. Sherlynn Bessick, Director, Office of Learning Services, Lyle Hall, 717-872-3178; Title VI and Title IX - Ms. Patricia Hopson-Shelton, Assistant to the President for Social Equity and Diversity, Delaware House,717-872-3787; ADA Coordinator - Mr. Dale McCloud, Associate Vice President for Human Resources, Dilworth Building, 717-872-3017.

A Member of the Pennsylvania State System of Higher Education.

## CONCEPTUAL FRAMEWORK - ABSTRACT

*All members of the Millersville University Professional Education Unit will create learning communities of inquiry and action, focus on students, and demonstrate exemplary professional practices.*

| | |
|---|---|
| **Learning Communities of Inquiry and Action** | We will engage in learning communities in which reflection, collaboration, lifelong learning, and habits of mind are developed and nurtured. |
| **Focus on Students** | We will balance knowledge and the principles and concepts delineated in professional and state standards with an appreciation of all students' individuality, diversity, and cultures. |
| **Exemplary Professional Practices** | We will demonstrate the knowledge, skills and dispositions of exemplary professionals. We will have strong competence in our content knowledge, pedagogical content knowledge and skills as delineated in professional, state, and institutional standards. We will demonstrate professional dispositions or standards of conduct, will be supportive of students, families, and the school and community and will serve as catalysts for positive and responsible change. |

To view the full text of the Conceptual Framework, visit the School of Education webpage at **http://muweb.millersville.edu/~deaneduc/**.

NOTE: The term *Students* in this document and the Mission and Vision Statement refer to school-age (pre-school to grade 12) students.

# PROFESSIONAL EDUCATION UNIT

## MISSION STATEMENT

The Professional Education Unit (PEU) is committed to the preparation and continuing development of education professionals (e.g., teachers, school leaders, and professional support personnel). The core of basic preparation includes a steadfast commitment to a liberal-arts based education, a strong knowledge of pedagogy and content, provision of ample field experiences, and the development of dispositions befitting an education professional. The PEU is committed to providing the Commonwealth of Pennsylvania and its students with professionals who are able to assume their roles and responsibilities as educators in a diverse and technologically complex society; who are able to understand and appreciate students as individuals; who develop habits of mind that support inquiry, reflection, and collaboration; and who demonstrate professional standards of conduct including a strong sense of ethics and the motivation to seek opportunities that foster professional and personal growth. The PEU is committed to serve as a resource for the communities in the region through the application of scholarship efforts and service.

## VISION STATEMENT

We envision the Professional Education Unit (PEU) at Millersville University to be exemplary in the preparation of education professionals who recognize, respect, and respond to the promise of every child, seek to better the lives of individuals in a changing and complex society, and improve society through the education process. We envision generations of learners within the community, where PEU faculty and school partners support and guide future education professionals; where new education professionals support and guide their P-12 students and become partners in the preparation of future educators; and where, subsequently, their students become responsible, valued, and giving members of the community.

Adopted, 2005

6

# STUDENT TEACHING POLICIES AND PROCEDURES

The overall policies in regard to student teaching are determined by the various teacher education departments, with the approval of the Dean of the School of Education. The administration of student teaching is a joint responsibility of the Coordinator of Field Services and the education faculty of the Professional Educational Unit.

## Assignment of Student Teachers

Assignments for student teaching locations are made by the Coordinator in cooperation with university departmental personnel, and administrators and teachers in cooperating school districts. Student Teachers are assigned to Cooperating Teachers, not to schools or school districts. Student Teachers are responsible for arranging their own transportation to and from their school assignment.

## Time Element in Student Teaching

Student teaching typically occurs during a student's seventh or eighth semester. The choice of semester is determined by: number of credits completed and departmental recommendation; satisfactory completion of all Advanced Professional Studies requirements; completion of all professional education courses (see University catalog); time of graduation; and the availability of Cooperating Teachers and University Supervisors. The Student Teacher is required to follow the school's daily schedule unless otherwise noted on the Millersville University Student Teaching calendar.

## Professional Conduct

The Student Teacher is a guest of the cooperating school. As a future member of the teaching profession, the Student Teacher needs to maintain the same professional standards expected of the teaching employees of the cooperating school. The Student Teacher is recognized as a representative of the University by the students, faculty, and community to which he/she is assigned.

The Student Teacher is urged to accept every task as a potential learning experience, to fulfill as effectively as possible every role of the classroom teacher, and to develop his/her own educational philosophy which will be consistent with the principles of a democratic society.

The Student Teacher is expected to be well-groomed and appropriately dressed as a member of the teaching profession and to adhere to the Pennsylvania Code of Professional Ethics. (Appendix B)

The Student Teacher must continue to adhere to the MU Student Code of Conduct throughout his/her field experience. The code is on the Millersville website, search: Student Handbook/Policies/Student Code of Conduct.

The Coordinator, in consultation with the Cooperating Teacher and the University Supervisor, has the authority to change or terminate the Student Teacher's assignment if professional conduct is not maintained.

## Additional Responsibilities Beyond Teaching

Student Teachers are urged not to take any courses during the semester in which they student teach. Under no circumstances may more than one course be taken. Student Teachers are also urged to reduce and/or eliminate their involvement in campus activities and outside employment. IN NO WAY SHOULD EITHER ACTIVITIES OR WORK INTERFERE WITH THE STUDENT TEACHER'S RESPONSIBILITIES TO HIS/HER TEACHING ASSIGNMENT.

## Attendance of Student Teachers

During the semester of student teaching, each Student Teacher is expected to be in the assigned classroom every day the school is in session. The Student Teacher will follow the school calendar and the calendar furnished by the Office of Field Services. Any exceptions to the school district or student teaching calendars will be announced to all students and Cooperating Teachers uniformly. Student Teachers are expected to attend in-service meetings, faculty meetings, and special school events (e.g. Parent-Teacher Conferences, I.E.P. Conferences, Open Houses).

IF YOU ARE ABSENT FOR ANY REASON, IT IS YOUR RESPONSIBILITY TO MAKE SURE YOUR COOPERATING TEACHER HAS ANY PLANS AND TEACHING MATERIALS/MANUALS NEEDED TO OPERATE THAT CLASS DURING YOUR ABSENCE.

1. If ill, call your Cooperating Teacher and University Supervisor.
2. If an emergency arises, contact your Cooperating Teacher and University Supervisor.                (cont.)

7

3. No unexcused absences are permitted during the semester of student teaching. University Supervisors may require make-up time in instances of excessive absences, regardless of cause. A Cooperating Teacher should call the University Supervisor immediately if a Student Teacher does not report that day.
4. Any Student Teacher who finds it necessary to be excused for reasons other than emergencies (job interviews are the most frequent) must receive permission from his/her Cooperating Teacher and University Supervisor by completing the absentee form (Appendix A) and submitting it to the Office of Field Experiences.
5. If inclement weather conditions (e.g., snow) exist, listen to radio/television reports and follow the district's schedule. Do not call your school.

## Use of Student Teachers as Substitute Teachers

"A substitute teacher must hold a valid Pennsylvania certificate to teach in Pennsylvania public schools. Since Student Teachers normally do not hold a valid certificate, their assignments as substitute teachers violate the school code. Those teacher educators involved with student teaching should advise Student Teachers to avoid substitute teacher assignments, as they may find themselves in legal jeopardy." Pennsylvania Department of Education Memo 14, dated July 1975.

If a Cooperating Teacher becomes ill and the principal of the school asks a Student Teacher to cover the class for up to one hour, under the supervision of another teacher, until a substitute arrives, that brief substitution would not appear to break the law. Compensation for substitution is forbidden.

If a Cooperating Teacher is absent, a qualified substitute teacher will be assigned to his/her duties. When a substitute is in the classroom, the Student Teacher should not be given responsibility in addition to that which he/she has already assumed at that stage in the student teaching assignment. For example, if a Student Teacher is responsible for about one-third of the schedule, the substitute should not tell the Student Teacher to "take over the full load."

Under no circumstances should a Student Teacher be assigned as a substitute teacher to cover another teacher's classroom schedule or lunch, hall, bus, study hall, or recess duty.

University policy prohibits the release of the Student Teacher to accept a teaching position prior to successful completion of his/her student teaching. Receiving compensation for student teaching is also forbidden.

## Solo Teaching

Student teaching is a developmental process in which the student teacher gradually assumes increasing classroom responsibilities, leading to an eventual "solo" experience. The decision on how and when to increase a Student Teacher's classroom responsibilities is a JOINT DECISION, involving all three key participants - the Cooperating Teacher, the Student Teacher, and the University Supervisor. Likewise, the decision when to begin and end the "solo" portion of the assignment is a JOINT DECISION by these three participants. It is the University's expectation that all three individuals will develop effective communication channels so these decisions can be made with careful deliberation.

## Disruption in Schools

The policy of Millersville University in disruptive situations, i.e., strikes by professional employees or students, is to remove Student Teachers from their assignments at the discretion of the Coordinator. The Student Teachers will not return until the operation of school is resumed on a normal basis. Should the period of disruption become extensive, the Coordinator may reassign the Student Teachers to other locations.

## Transporting Students

No Student Teacher should transport any school students in any vehicle. This prohibition extends to field trips and overnight trips (which the Student Teacher should only attend if accompanied by the Cooperating Teacher).

# CERTIFICATION REQUIREMENTS

In order to receive an initial teaching certificate in Pennsylvania, a Millersville University candidate must...

1. Complete all requirements of an approved Millersville University education program, including those for admission into Advanced Professional Studies (APS).

2. Complete the program with a cumulative Millersville University GPA of 3.0*.

3. Satisfactorily complete student teaching.

4. Earn a Bachelor's Degree or higher.

5. Pass all required PRAXIS examinations and have the scores submitted by ETS to Millersville University.

6. Complete an application for certification and submit it, with money order or *certified* check, to the Certification Office in the School of Education at least 8 weeks before program completion.

Once passing PRAXIS scores are received and 'Degree is Conferred' by the Registrar's Office, the MU Certification Office will submit the application to Harrisburg.

*The Bureau of Teacher Preparation and Certification, Harrisburg, PA* will send the teaching certificate directly to the candidate approximately 6 weeks later.

Before receiving the teaching certificate, a successful candidate who: [1] submits a DAR's that states "ALL REQUIREMENTS HAVE BEEN MET" and [2] has had all PRAXIS exam passing scores submitted to MU may obtain a verification letter from the MU Certification Office for *substitute teaching purposes only.*

The candidate must complete the 'Request for Verification' form, attach a final DAR's, and submit it to the Certification Office after the last day of the semester.

*This cumulative grade point average is aligned with Title 22 Chapter 354 for Pennsylvania and is established at the time of the Candidate's admission to Advanced Professional Studies (APS).
   a. Academic Year 2003 and after: 3.0 GPA
   b. Academic Year 2002-2003: 2.8 GPA
   c. Academic Year 2001-2002: 2.6 GPA

C. Ridley & D. Groff, 6-7-05

## FOR STUDENT TEACHING REQUIREMENTS REFER TO YOUR DISCIPLINE-SPECIFIC SUPPLEMENT

# RESPONSIBILITIES OF THE STUDENT TEACHER

*It is the Student Teacher's responsibility to become part of the*
*Community of Learners in the school.*

## Professional Interactions

Demonstration of Professional Dispositions
- Show enthusiasm for teaching, initiative and drive for best performance.
- Present a professional appearance and a high quality of verbal and written communication.
- Exemplify punctuality, thorough preparation, confidentiality, and ongoing personal learning.

Orientation to the school
- Adhere to faculty regulations: school day, dress code, use of equipment, parking, and emergency procedures.
- Meet school staff: principal, secretary, grade-level and support teachers, support staff.
- Locate all special services within the school.
- Learn all procedures for daily activities: school, classroom, and laboratory safety rules, school records, managements systems, and access to services.

Open Communication
- Have daily conversations with your Cooperating Teacher about instructional procedures, curricular issues, classroom management, and student characteristics and performance.
- Maintain frequent verbal and written communication with University Supervisor.
- Have effective interaction with all professionals and support staff to enhance the educational process for your students.

## Preparation

Daily Planning
- Prepare lesson plans several days in advance, and have them approved by your Cooperating Teacher.
- Base instruction on state and local standards and established curriculum or individualized plans.

Comprehensiveness
- Construct plans based on most current pedagogy and technology.
- Have all materials organized and easy to retrieve.

## Teaching

Take teaching responsibility early in the assignment
- Follow your Cooperating Teacher's lead in performing instructional practices.
- Volunteer to assume teaching tasks for individuals and small groups early in the assignment.
- Gradually increase teaching duties until you are totally responsible for daily instruction.
- Use current, research-based, and innovative methodologies.
- Research educational journals and other media in order to enhance lesson content and methodology.
- Follow a well-designed plan for lesson structure, student activities, and evaluation procedures.
- Adapt methodology to meet diverse student learning styles and special needs.
- Integrate technology into all phases of planning, teaching, and assessment.
- Perform formative and summative assessments throughout the instructional process.
- As your confidence increases, try unique and innovative teaching procedures.

## Student Interactions

Build student rapport
- Learn students' names, learning styles, special needs and effective grouping practices.
- Support students with self-management and by setting clear expectations.
- Honor student individuality, diversity, linguistic and cultural factors.

Build family rapport
- Show respect to all families and significant individuals important to your students.
- Involve parents through on-going communication, in exchanging information, and by seeking sincere input.

# RESPONSIBILITIES OF THE COOPERATING TEACHER

## Before the Student Teacher arrives

- Inform the students, parents, and building personnel of the Student Teacher's arrival.
- Collect district, building, classroom, and curricular materials for the Student Teacher.
- Provide a work and storage space.
- Develop a tentative schedule that will enable the Student Teacher to gradually assume teaching and other responsibilities.

## Orientation

- Introduce the Student Teacher to the principal and all significant personnel within the building.
- Share gathered materials including classroom management and evaluation systems.
- Discuss expectations, building regulations, and use of building and classroom equipment.
- Formalize the Student Teacher's schedule with input from the University Supervisor and Student Teacher

## Modeling, assistance and observation

- Explain developmental and unique learning characteristics of your students.
- Model instructional procedures and encourage discussion about pedagogy.
- Provide opportunities for the Student Teacher to observe your teaching, parent conferences if appropriate, and instructional support procedures.
- Provide opportunities for the Student Teacher to collaborate with personnel responsible for supporting students with special needs and those who are linguistically and/or culturally diverse.
- Confer with your Student Teacher on a daily basis and frequently provide written and verbal feedback.
- Interact with the University Supervisor when he/she visits and by phone or e-mail whenever successes and concerns arise.
- Complete an MU Mid-Placement Student Teaching Formative Evaluation, and an MU Student Teaching Final Evaluation. Only the MU Student Teaching Final Evaluation is submitted to the University Supervisor to be delivered to the Field Services Office and placed into the student's permanent file.

## Important factors about pre-service teaching

- Remember that student teaching is a formative process in which the teacher candidate will steadily gain proficiency.
- Offer the Student Teacher increased opportunities to acquire responsibility.
- Assist the Student Teacher in developing lessons, seeking resources, and managing student behavior.
- Encourage creative and unique teaching techniques.
- Confer with the University Supervisor on an ongoing basis and before completing the mid-term and final evaluations.

# RESPONSIBILITIES OF THE UNIVERSITY SUPERVISOR

## To the Cooperating Teacher

- Explain the Conceptual Framework, university policies, and the evaluation process.
- Serve as an ambassador promoting university goals and procedures with the Cooperating Teacher and the Student Teacher.
- Provide leadership to initiate and maintain the professional relationship between the School, University, and the Student Teacher.
- Communicate frequently with the Cooperating Teacher concerning Student Teacher progress and inform the Coordinator of Field Services of any concerns.

## To the Student Teacher

- Meet prior to the beginning of the assignment, fully explain the role and responsibilities of the Student Teacher and conduct periodic seminars, as needed, to enhance the student teaching experience.
- Encourage ongoing professional dialogue with the Cooperating Teacher.
- Observe the Student Teacher in a variety of classes/subjects a minimum of three times in a half semester or six times in a full-semester assignment.
- Provide advice and resource recommendations to promote effective teaching practices.
- Provide written and verbal feedback on each observation and be available for additional communications throughout the assignment.
- Provide honest, tactful, and constructive praise and criticism of the Student Teacher's performance.
- Complete evaluations as listed below and submit a final grade for the Student Teacher.
    o   For a **half-semester assignment**: complete an MU Mid-Placement Student Teaching Formative Evaluation, an MU Student Teaching Final Evaluation, and one PDE 430 evaluation.
    o   For a **full-semester assignment**: complete an MU Mid-Placement Student Teaching Formative Evaluation, a mid-assignment PDE 430 evaluation, an MU Student Teaching Final Evaluation, and a final PDE 430 evaluation.

12

# TEACHING AND CLASSROOM MANAGEMENT

The goal of effective classroom management is to provide positive supports so that each student may fully participate as a responsible and valued member of your learning community. To attain this goal, the Student Teacher should observe and work with the Cooperating Teacher's classroom and laboratory standards to identify appropriate plans and professional practices for his or her own teaching experiences. As you work toward attaining this management goal, you are demonstrating our conceptual framework themes: learning communities of inquiry and action, focus on students, and exemplary professional practices; and helping us to fulfill our mission.

To assist you in developing your teaching management skills, consider the following:

- Define and explain expectations.
- Let your students know when they are meeting your academic or behavior expectations.
- Use prompts, cues and reminders to assist your students to support them in meeting the standards.
- Consider the physical classroom arrangement and the impact this may have on student learning and student behavior. Make certain:
  - All students can see instructional areas
  - Materials are accessible
  - Students are seated away from distracters
- Set management standards for your lessons using student input as appropriate.
  - Phrase the standards as positives.
  - Post the standards and review them regularly with your students.
- Focus upon your professional delivery.
  - Maintain an even and well modulated voice.
  - Avoid 'Do you want to...?' questions if students do not have an option.
  - Use pauses and dramatic delivery to get students' attention or emphasize information.
  - Deliver directions as polite declarative statements, not as hesitant interrogatives.
- Develop management plans (for groupings, material dissemination, transition times, etc.) concurrent with your lesson plans. Resorting to management plans after a lesson doesn't go smoothly is not proactive or supportive.
- Establish positive connections by using your students' names during classroom interactions.
- Identify and respect the individual needs and differences of all of your students.
- Be consistent.
- Involve all of your students in active learning as appropriate.
- Eliminate threats, promises, and bluffs from your teaching management repertoire.
- Continuously attempt to stretch your teaching management skills repertoire.
  - Attend to positives and try ignoring inappropriate or challenging behaviors.
  - Reflect upon and identify positive strengths in each of your students on an ongoing basis.

C. Ridley & L. West, 5-18-05

# PLANNING FOR INSTRUCTION

Planning is an absolute necessity for any teacher to accomplish the professional aspect of teaching. NO ATTEMPT AT TEACHING SHOULD BE MADE WITHOUT PROPER PLANNING. To plan effectively, a teacher must be aware of all aspects of a curriculum. Student Teachers, while not responsible for an entire year's curriculum, should be introduced to the scope and sequence of a year's work.

It is important that the University Supervisor and the Student Teacher discuss the appropriate lesson plan format for each particular Student Teacher. Refer to the discipline-specific supplement to acquire the specific formats suggested in your program.

Typically, lesson plans include the following (or similar) components:
- Goal and State or District Standards
- Lesson Objectives
- Materials and Resources
- Procedures, including:
    - Introduction
    - Teacher Instructional Methods
    - Student Activities
    - Special Adaptations to Meet Individual Needs
    - Closure
- Methods for assessing and documenting student performance.
- Self-Reflection.

## Instructional Unit Planning, Teacher Work Sample, CIRQL Project

Instructional unit planning provides an opportunity to use professional skills in designing, assessing, and reflecting upon instruction in a particular subject area. Student Teachers are responsible for organizing a series of learning activities to accomplish instructional unit planning in a particular subject area.

# EVALUATION OF STUDENT TEACHING

## Each discipline has its own student teaching evaluation form.

The student teaching evaluation form has components that are consistent with all disciplines and those that are specific to each discipline. Common elements across disciplines are the following:

1. Specific emphasis on Professionalism, Preparation, Teaching Performance, and Effect on Student Learning.
2. Criteria focus on Knowledge, Skills, and Dispositions under each area.
3. A common rating scale described below.

## Rating Scale for the Millersville Mid-Placement Student Teaching Formative Evaluation

$G$ = GOOD progress evidenced. You are building a sound foundation. Continued on-going development is expected.

$R$ = REASONABLE progress evidenced. Continued on-going development is expected.

$A$ = ADDITIONAL attention needed. Seek additional feedback and improvement in this area.

$N$ = NEEDS significant remediation. There is need to develop specific plans for improvement and to demonstrate significant improvements in this area.

$L$ = LIMITED opportunity to demonstrate this point.

## Please refer to the discipline-specific form for your major.

Each discipline has a student teaching evaluation form that includes items relevant to the Professional Education Unit and items specific to the major. The forms are contained in the supplements related to each area. Fall 2005 is the first semester the forms will be used. Student Teachers are encouraged to discuss the new evaluation forms with the University Supervisor.

# The PDE 430 is completed ONLY by the University Supervisor



Using the
Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice–
Pennsylvania Department of Education—PDE-430

## HEADING AND SIGNATURE PAGE

1. The heading of the evaluation form contains biographical information regarding the Student Teacher/candidate being evaluated and the evaluation period.

2. The subjects being taught and the grade level should be clearly listed.

3. Write the date on which the conference was held between the Student Teacher/candidate and the evaluator on the signature page of the PDE-430 form.

4. Clearly state the school year and the term in the appropriate place on the signature page.

## CATEGORIES OF EVALUATION

1. PDE 430 has 4 major categories addressing evaluation of Student Teacher/candidate:
   i. Category I- Planning and Preparation
   ii. Category II- Classroom Environment
   iii. Category III-Instructional Delivery
   iv. Category IV-Professionalism

   Each category has Student Teacher/candidate performance indicators that support the category's evaluation on a continuum from Exemplary through Unsatisfactory. The "Student Teacher/Candidate's Performance Appropriately Demonstrates" indicators are the criteria for the evaluation. Both the evaluator and the Student Teacher/candidate must be aware of the performance indicators being used in the evaluation before the evaluation takes place.

2. Each PDE 430 Category, I through IV, includes an explanation of the various aspects of teaching that aid in the further definition of the category.

## LEVELS OF PROFICIENCY IN THE CATEGORIES

1. The categories presented on the PDE 430 provide knowledge, to the evaluator and the Student Teacher/candidate, of performance expectations and the required levels of proficiency for each category. The category's results, are evaluated through the review of the defined "Student Teacher/Candidate's Performance Demonstrates" indicators in each of the four categories.

2. The Student Teacher/candidate's demonstrated performance indicators in each category should be checked or highlighted in a manner to assist the evaluator in determining the appropriate level of proficiency. *The judgment of the performance for the rating of any category is based on:*

- *the rater's overall evaluation of performance in each category and*
- *is not dependent on seeing each single performance indicator demonstrated successfully in order to receive a high level evaluation.*

## SOURCES OF EVIDENCE

1. The sources of evidence, gathered by the Student Teacher/candidate and the evaluator, should be considered by the evaluator to make a judgment about the Student Teacher/candidate's performance/level of proficiency.

2. It is also the responsibility of the Student Teacher/candidate to ensure the availability of evidence required for each of the categories evaluated. The evaluator and the Student Teacher/candidate will share the sources at the conference date. The evaluator will mark, on the form next to the source of evidence, pertinent pieces of evidence that were reviewed during the evaluation of a Student Teacher/candidate's performance/level of proficiency.

3. Since the evaluation form serves as a recordkeeping device in support of the recommendation for a successful performance assessment, it is important that the evaluator specify, next to the source of evidence, any evidence considered so that the Student Teacher, and other administrators reviewing the form, may have a sense of what was used to arrive at a judgment on the level of proficiency.

4. Sources of evidence should have, where appropriate, written dates that the source of evidence occurred: for example, the date of the planning document or dates of classroom observations/visits. Types of evidence reviewed can be listed as well as titles, for example, Back-to-School Night presentation. It should include the number of sources; for example if seven pieces of student work were collected for a particular source of evidence, that number should be included.

5. The space following each source of evidence allows an evaluator to document the important source(s) that were considered and captures the essential information about the source. If further space is required, an additional sheet may be attached.

## JUSTIFICATION FOR EVALUTION

1. After reviewing the results of the Student Teacher/candidate's performance indicators in each category, and the pertinent sources of evidence, the assessor will make a judgment for each category on the PDE 430. The appropriate box is then checked.

2. This is a key section as it provides the Student Teacher with a clear understanding of the evaluator's decision based on observations and other specific sources of evidence. This section also provides further explanation of why the Student Teacher is receiving a particular rating for the category. The evaluator's comments help to focus the Student Teacher on his/her specific strengths and areas for improvement. It is important to write statements that are clear, consistent, and specify key areas for improvement, if required.

The justification section may be expanded to whatever length the rater feels necessary to help the Student Teacher/candidate understand the rating, the reasons for it and steps that can be taken to improve performance, whenever required.

## EVALUATION

1. The evaluation/signature page of the PDE 430 includes the school year and term during which the observation occurred. An appropriate overall judgment of the Student Teacher/candidate's demonstrated performance will be made and checked, resulting in either a particular level of proficiency.

2. The signature of the evaluator, usually the Student Teacher/candidate's supervisor, must be included. In addition, the signature of the Student Teacher/candidate and the appropriate signature dates must also be included. The Student Teacher/candidate does not have to agree with the judgments or statements of the evaluator in order to sign the form. The Student Teacher/candidate is obligated to sign the form once the evaluator has shared the

contents of the form with the Student Teacher/candidate. Student Teacher/candidate may annotate the form with "I disagree with this rating."

3. The Overall Justification for Evaluation section should specify any key areas for improvement, when used for the first assessment, and provide the Student Teacher with a clear understanding of the evaluator's overall judgment of the their performance. All written sections may be expanded in size in order to fully express the observations and recommendations to the Student Teacher/candidate. Additional pages may be added if necessary.

*The level of proficiency indicated in each of the 4 categories were added to determine an overall rating/level of proficiency for the entire PDE 430 form and the single rating period. At least a satisfactory rating must have been achieved in each of the 4 categories.*

*The certifying officer must now verify that the candidate has achieved at least a satisfactory rating on the PDE 430 by so indicating on the PDE 338C, College/University Verification Form, which is used to recommend a candidate to the Commonwealth for certification.*

## GENERAL REQUIREMENTS

1. Each Student Teacher/candidate must be observed and evaluated using the PDE 430 a minimum of two times during their student teaching experience--once at the midpoint, and once at the end. Note that this is a minimum number of times and further evaluations may be completed, as the college/university desires. For example, if a candidate has two separate student teaching assignments, they may be observed at the midpoint and end of each assignment.

2. All evaluations with the PDE 430 are considered to be formative with the exception of the final one, which is considered to be the summative evaluation. All others are used in order to give the Student Teacher/candidate an opportunity to correct or improve any deficiencies.

   The PDE 430 assessment instrument must be used a minimum of two times. A satisfactory rating (1) in each of the 4 categories, resulting in *a minimum total of at least (4) points, must be achieved on the final summative rating* to favorably complete the overall assessment. Note that all categories must have achieved at least a satisfactory rating in all cases.

3. A copy of the PDE 430 is kept in the Student Teacher/candidate's college file. Student Teacher/candidate's should have a copy of their completed PDE-430. However, copies of the PDE 430 should not be provided by the college to outside agencies, prospective employers, or other individuals, in any situation, as this in an internal document. The PDE 430 is a confidential document. Copies of the PDE 430 will be reviewed during state major program reviews.

Division of Teacher Education
717-787-3470
Bureau of Teacher Certification
and Preparation
Pennsylvania Department of Education
(8/1/03)

18

## Pennsylvania Statewide Evaluation Form for Student Professional Knowledge and Practice

| Student's Last Name | First | Middle | Social Security Number |

Subject(s) Taught                                                          Grade Level

**This form is to serve as a permanent record of a Student Teacher's professional performance evaluation during a specific time period based on specific criteria. This form must be used at least twice during the 12-week (minimum) student teaching experience.**

### PERFORMANCE EVALUATION

**Directions: Examine all sources of evidence provided by the Student Teacher and bear in mind the aspects of teaching for each of the four categories used in this form. Check the appropriate aspects of student teaching, and indicate the sources of evidence used to determine the evaluation of the results in each category. Assign an evaluation for each of the four categories and then assign an overall evaluation of performance. Sign the form and gain the signature of the Student Teacher.**

Category I: Planning and Preparation—Student Teacher demonstrates thorough knowledge of content and pedagogical skills in planning and preparation Student Teacher makes plans and sets goals based on the content to be taught/learned, their knowledge of assigned students and their instructional content.
Alignment: 354.33 (1)(i)(A), (B), (C), (G), (H)

Student Teacher's performance appropriately demonstrates:
1. Knowledge of content
2. Knowledge of pedagogy
3. Knowledge of Pennsylvania's K-12 Academic Standards
4. Knowledge of students and how to use this knowledge to impart instruction
5. Use of resources, materials, or technology available through the school or district
6. Instructional goals that show a recognizable sequence with adaptations or individual student needs
7. Assessment of student learning aligned to the instructional goals and adapted as required for student needs
8. Use of educational psychological principles/theories in the construction of lesson plans and setting instructional goals

Sources of Evidence (Check all that apply and include dates, types/titles and number)

☐ Lesson/Unit Plans _____    ☐ Student Teacher Interviews _____

☐ Resources/Materials/Technology _____    ☐ Classroom Observations _____

☐ Assessment Materials _____    ☐ Resource Documents _____

☐ Information about Students _____    ☐ Other _____

| Category | Exemplary  3 Points | Superior  2 Points | Satisfactory  1 Point | Unsatisfactory  0 Points |
|---|---|---|---|---|
| **Criteria for Rating** | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| **Rating** (indicate ✓) | | | | |
| **Justification for Evaluation** | | | | |

| Commonwealth of Pennsylvania | DEPARTMENT OF EDUCATION | 333 Market St., Harrisburg, PA 17126-0333 |

Student's Last Name          First          Middle          Social Security Number

**Category II: Classroom Environment--Student Teacher establishes and maintains an equitable environment for learning, in which students feel safe, valued and respected, by instituting routines and by setting clear expectations for student behavior.**
Alignment: 354.33. (1)(*i*)(E), (B)

Student Teacher's performance appropriately demonstrates:
1. Expectations for student achievement with value placed on the quality of student work
2. Attention to equitable learning opportunities for students
3. Appropriate interactions between teacher and students and among students
4. Effective classroom routines and procedures resulting in little or no loss of instructional time
5. Clear standards of conduct and effective management of student behavior
6. Appropriate attention given to safety in the classroom to the extent that it is under the control of the Student Teacher
7. Ability to establish and maintain rapport with students

**Sources of Evidence (Check all that apply and include dates, types/titles and number)**

❑   Classroom Observations _____          ❑   Visual Technology _____

❑   Informal Observations/Visits_____          ❑   Resources/Materials/Technology/Space _____

❑   Student Teacher Interviews _____          ❑   Other _____

| Category | Exemplary  3 Points | Superior  2 Points | Satisfactory  1 Point | Unsatisfactory  0 Points |
|---|---|---|---|---|
| **Criteria for Rating** | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| **Rating** (indicate ✓) | | | | |
| **Justification for Evaluation** | | | | |

PDE 430

20

| Student's Last Name | First | Middle | Social Security Number |

**Category III: Student Teacher, through knowledge of content and their pedagogy and skill in delivering instruction engages in learning by using a variety of instructional strategies.**
**Alignment: 354.33 (1) (i) (D), (F), (G)**

Student Teacher's performance appropriately demonstrates:

1. Knowledge of content and pedagogical theory through their instructional delivery
2. Instructional goals reflecting Pennsylvania K-12 standards
3. Communication of procedures and clear expectations of content
4. Instructional goals that show a recognizable sequence, clear student expectations, and adaptations for individual student needs
5. Use of questioning and discussion strategies that encourage many students to participate
6. Engagement of students in learning and adequate pacing of instruction
7. Feedback to students on their learning
8. Use of informal and formal assessments to meet learning goals and to monitor student learning
9. Flexibility and responsiveness in meeting the learning needs of students
10. Integration of disciplines within the educational curriculum

**Sources of Evidence** (Check all that apply and include dates, types/titles and number)

❑ Classroom Observations _____

❑ Informal Observations/Visits _____

❑ Assessment Materials _____

❑ Student Teacher Interviews _____

❑ Student Assignment Sheets _____

❑ Student Work _____

❑ Instructional Resources/Materials/Technology _____

❑ Other _____

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| **Criteria for Rating** | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| **Rating** (indicate ✓) | | | | |

**Justification for Evaluation**

PDE 430

21

| Student's Last Name | First | Middle | Social Security Number |

**Category IV—Student Teacher demonstrates qualities that characterize a professional person in aspects that occur in and beyond the classroom/building.**
Alignment: 354.33 (1) (i) (I), (J)

Student Teacher's performance appropriately demonstrates:

1. Knowledge of school and district procedures and regulations related to attendance, punctuality and the like
2. Knowledge of school or district requirements for maintaining accurate records and communicating with faculty
3. Knowledge of school and/or district events
4. Knowledge of district or college's professional growth and development activities
5. Integrity and ethical behavior, professional conduct as stated in Pennsylvania Code of Professional Practice and Conduct for Educators; and local state, and federal laws and regulations
6. Effective communication, both oral and written, with students, colleagues, paraprofessionals, related service personnel, and administrators
7. Ability to cultivate professional relationships with school colleagues
8. Knowledge of Commonwealth requirements for continuing professional development and licensure

**Sources of Evidence** (Check all that apply and include dates, types/titles and number)

- ❑ Classroom Observations _____
- ❑ Informal Observations/Visits _____
- ❑ Assessment Materials _____
- ❑ Student Teacher Interviews _____
- ❑ Written Documentation _____

- ❑ Student Assignment Sheets _____
- ❑ Student Work _____
- ❑ Instructional Resources/Materials/Technology _____
- ❑ Other _____

| Category | Exemplary 3 Points | Superior 2 Points | Satisfactory 1 Point | Unsatisfactory 0 Points |
|---|---|---|---|---|
| Criteria for Rating | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| Rating (indicate ✓) | | | | |

**Justification for Evaluation**

PDE 430

## Overall Rating

| Category | Exemplary Minimum of 12 Points | Superior Minimum of 8 Points | Satisfactory Minimum of 4 Points | Unsatisfactory Less than 4 Points |
|---|---|---|---|---|
| **Criteria for Rating** | The candidate *consistently* and *thoroughly* demonstrates indicators of performance. | The candidate *usually* and *extensively* demonstrates indicators of performance. | The candidate *sometimes* and *adequately* demonstrates indicators of performance. | The candidate *rarely* or *never* and *inappropriately* or *superficially* demonstrates indicators of performance. |
| **Rating** (indicate ✓) | | | | |

Note: Candidates must achieve at least a satisfactory rating of 4 Points or above.

**Justification for overall rating:**

PDE 430

---

| Student's Last Name | First | Middle | Social Security Number |
|---|---|---|---|

District/IU       School

Interview/Conference Date _____

School Year _____ Term_____

**Required Signatures:**

Supervisor/Evaluator_____     Date:_____

Student Teacher _____     Date:_____

23

## STUDENT TEACHING ABSENCE

I am requesting permission to be excused from student teaching for the dates and reasons described at the end of this request. I understand that I may be asked to make-up these dates/times at the end of my assignment in order to complete my student teaching obligation. I also understand that this request must be approved by my co-op, supervisor, and the Field Services Office. Failure to receive permission from all individuals will result in the request being denied.

Student Teacher: _____ Phone number: _____

Dates of expected absence: _____

Reason for absence: _____

_____

_____

Student Teacher signature / Date

☐ Please indicate the total number of absences to date, including this one.

☐ Approved ☐ Denied ☐ Approved ☐ Denied

_____ _____
Cooperating Teacher University Supervisor

☐ Approved ☐ Denied

_____
Coordinator Field Services

Except in the case of illness, or an emergency, this form must be on file in the Field Services Office 5 days prior to the requested absence.

# Appendix B

## PENNSYLVANIA'S CODE OF PROFESSIONAL PRACTICE AND CONDUCT FOR EDUCATORS

### Section 1. Mission

The Professional Standards and Practices Commission is committed to providing leadership for improving the quality of education in this Commonwealth by establishing high standards for preparation, certification, practice and ethical conduct in the teaching profession

### Section 2. Introduction

(a) Professional conduct defines interactions between the individual educator and students, the employing agencies and other professionals. Generally, the responsibility for professional conduct rests with the individual professional educator. However, in this Commonwealth, a Code of Professional Practice and Conduct (Code) for certificated educators is required by statute and violation of specified sections of the Code may constitute a basis for public or private reprimand. Violations of the Code may also be used as supporting evidence, though may not constitute an independent basis, for the suspension or revocation of a certificate. The Professional Standards and Practices Commission (PSPC) was charged by the act of December 12, 1973 (P.L. 397, No. 141) (24 P.S. §§ 12-1251 – 12-1268), known as the Teacher Certification Law, with adopting a Code by July 1, 1991. See 24 P.S. § 12-1255(a)(10).

(b) This chapter makes explicit the values of the education profession. When individuals become educators in this Commonwealth, they make a moral commitment to uphold these values.

### Section 3. Purpose

(a) Professional educators in this Commonwealth believe that the quality of their services directly influences the Nation and its citizens. Professional educators recognize their obligation to provide services and to conduct themselves in a manner which places the highest esteem on human rights and dignity. Professional educators seek to ensure that every student receives the highest quality of service and that every professional maintains a high level of competence from entry through ongoing professional development. Professional educators are responsible for the development of sound educational policy and obligated to implement that policy and its programs to the public.

(b) Professional educators recognize their primary responsibility to the student and the development of the student's potential. Central to that development is the professional educator's valuing the worth and dignity of every person, student and colleague alike; the pursuit of truth; devotion to excellence; acquisition of knowledge; and democratic principles. To those ends, the educator engages in continuing professional development and keeps current with research and technology. Educators encourage and support the use of resources that best serve the interests and needs of students. Within the context of professional excellence, the educator and student together explore the challenge and the dignity of the human experience.

### Section 4. Practices

(a) Professional practices are behaviors and attitudes that are based on a set of values that the professional education community believes and accepts. These values are evidenced by the professional educator's conduct toward students and colleagues, and the educator's employer and community. When teacher candidates become professional educators in this Commonwealth, they are expected to abide by this section

(b) Professional educators are expected to abide by the following:

(1) Professional educators shall abide by the Public School Code of 1949 (24 P.S. §§ 1-101 – 27-2702), other school laws of the Commonwealth, sections 1201(a)(1), (2) and (4) and (b)(1), (2) and (4) of the Public Employee Relations Act (43 P.S. §§ 1101.1201(a)(1), (2) and (4) and (b)(1), (2), and (4) and this chapter.

(2) Professional educators shall be prepared, and legally certified, in their areas of assignment. Educators may not be assigned or willingly accept assignments they are not certified to fulfill. Educators may be assigned to or accept assignments outside their certification area on a temporary, short-term, emergency basis. Examples: a teacher certified in English filling in a class period for a physical education teacher who has that day become ill; a substitute teacher certified in elementary education employed as a librarian for several days until the district can locate and employ a permanent substitute teacher certified in library science.

(3) Professional educators shall maintain high levels of competence throughout their careers.

(4) Professional educators shall exhibit consistent and equitable treatment of students, fellow educators and parents. They shall respect the civil rights of all and not discriminate on the basis of race, national or ethnic origin, culture, religion, sex or sexual orientation, marital status, age, political beliefs, socioeconomic status, disabling condition or vocational interest. This list of bases or discrimination is not all-inclusive.

(5) Professional educators shall accept the value of diversity in educational practice. Diversity requires educators to have a range of methodologies and to request the necessary tools for effective teaching and learning.

(6) Professional educators shall impart to their students principles of good citizenship and societal responsibility.

(7) Professional educators shall exhibit acceptable and professional language and communication skills. Their verbal and written communications with parents, students and staff shall reflect sensitivity to the fundamental human rights of dignity, privacy and respect.

(8) Professional educators shall be open-minded, knowledgeable and use appropriate judgment and communication skills when responding to an issue within the educational environment.

(9) Professional educators shall keeping confidence information obtained in confidence in the course of professional service unless required to be disclosed by law or by clear and compelling professional necessity as determined by the professional educator.

(10) Professional educators shall exert reasonable effort to protect the student from conditions which interfere with learning or are harmful to the student's health and safety.

### Section 5. Conduct

Individual professional conduct reflects upon the practices, values, integrity and reputation of the profession. Violation of §§ 235.6-235.11 may constitute an independent basis for private or public reprimand, and may be used as supporting evidence in cases of certification suspension and revocation.

### Section 6: Legal obligations

(a) The professional educator may not engage in conduct prohibited by the act of December 12, 1973 (P.L. 397, No. 141) (24 P.S. §§12-1251-12-1268), known as the Teacher Certification Law.

(b) The professional educator may not engage in conduct prohibited by:

(1) The Public School code of 1949 (24 P.S. §§ 1-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) and other laws relating to the schools or the education of children.

(2) The applicable laws of the Commonwealth establishing ethics of public officials and public employees, including the act of October 4, 1978 (P.L. 883, No. 170) (65 P.S. §§ 401-413), known as the Public Official and Employee Ethics Law.

(c) Violation of subsection (b) shall have been found to exist by an agency of proper jurisdiction to be considered an independent basis for discipline.

### Section 7. Certification

The professional educator may not:

(1) Accept employment, when not properly certificated, in a position for which certification is required.

(2) Assist entry into or continuance in the education profession of an unqualified person.

(3) Employ, or recommend for employment, a person who is not certificated appropriately for the position.

### Section 8. Civil Rights

The professional educator may not:

(1) Discriminate on the basis of race, National or ethnic origin, culture, religion, sex or sexual orientation, marital status, age, political beliefs, socioeconomic status; disabling condition or vocational interest against a student or fellow professional. This list of bases of discrimination is not all-inclusive. This discrimination shall be found to exist by an agency of proper jurisdiction to be considered an independent basis for discipline.

(2) Interfere with a student's or colleague's exercise of political and civil rights and responsibilities.

### Section 9. Improper personal or financial gain

(1) Accept gratuities, gifts or favors that might impair or appear to impair professional judgment.

(2) Exploit a professional relationship for personal gain or advantage.

### Section 10. Relationships with students

The professional educator may not:

(1) Knowingly and intentionally distort or misrepresent evaluations of students.

(2) Knowingly and intentionally misrepresent subject matter or curriculum.

(3) Sexually harass or engage in sexual relationships with students.

(4) Knowingly and intentionally withhold evidence from the proper authorities about violations of the legal obligations as defined within this section

### Section 11. Professional relationships

The professional educator may not:

(1) Knowingly and intentionally deny or impede a colleague in the exercise or enjoyment of a professional right or privilege in being an educator.

(2) Knowingly and intentionally distort evaluations of colleagues.

(3) Sexually harass a fellow employee.

(4) Use coercive means or promise special treatment to influence professional decisions of colleagues.

(5) Threaten, coerce or discriminate against a colleague who in good faith reports or discloses to a governing agency actual or suspected violations of law, agency regulations or standards.

27