Approved Dec 19, 2005

CONESTOGA VALLEY SCHOOL DISTRICT
2110 Horseshoe Road
Lancaster, Pennsylvania 17601

## STUDENT TEACHERS - SPRING SEMESTER 2005-2006

| College | School | Cooperating Teacher | Student Teacher | Subject/Grade |
|---|---|---|---|---|
| Millersville | High School | Tara Flick | Emilie Tyson | Biology/10th – 1/19-5/12 |
| West Chester | High School | Dave Hartlaub | Heidi Beck | Health & P.E. – 1/23 – 3/10 |
| West Chester | High School | Dave Hartlaub | Gary Thrush | Health & P.E. – 3/13 – 5/8 |
| Millersville | High School | Andy Hudson | Casey Crandall | Learning Support – 1/19-3/16 |
| Millersville | High School | Gary Landis | Vanessa Robtison | Tech Ed – 1/19 – 5/12 |
| West Chester | High School | Gerad Novak | Heidi Beck | Health & P.E. – 1/23 – 3/10 |
| West Chester | High School | Gerad Novak | Gary Thrush | Health & P.E. 3/13 – 5/8 |
| Eastern Unviersity | High School | Stacy Orr | Kerri Frederick | Spanish – 1/19 – 5/4 |
| Millersville | High School | Hatsady Phongsanith | David Salib | Tech Ed – 1/19-5/12 |
| Millersville | High School | Nicole Reinking | Stacy Snyder | English/Creative Writing – 1/19-5/12 |
| Millersville | High School | Chris Smith | Jason Miller | Tech Ed – 1/19-5/12 |
| Millersville | High School | Kerrie Snavely | Robert Bushman | Biology/Ecology – 1/19-5/12 |
| West Chester | High School | Trent Turner | Heidi Beck | Health & P.E. – 1/23 – 3/10 |
| West Chester | High School | Trent Turner | Gary Thrush | Health & P.E. – 3/13 – 5/8 |
| Millersville | Middle School | Vicki Beekler | Christopher Beiler | English/7 – 1/19-5/12 |
| Millersville | Middle School | Donna Burkholder | Martha Heinly | Vocal – 1/19-3/16 |
| Millersville | Middle School | Roger Campbell | Matthew Miller | Social Studies/7th – 1/19-5/12 |
| West Chester | Middle School | Steph Chunko | Kelly Portser | Health & P.E. – 3/13 – 5/8 |
| Millersville | Middle School | Suzanne Fisher | Jennifer Youndt | English/8th – 1/19-5/12 |
| Millersville | Middle School | Mark Olcott | Jared Byrnes | History-US/8th – 1/19-5/12 |
| Millersville | Middle School | Jim Orr | Jennifer Frederick | History-US/8th – 1/19-5/12 |
| West Chester | Middle School | Marie Schlegel | Kelly Portser | Health & P.E. – 3/13 – 5/8 |

EXHIBIT "D"

# STUDENT TEACHERS – SPRING SEMESTER 2004-2005
- page 2 -

| | | | | |
|---|---|---|---|---|
| Millersville | Middle School | Leslie Spurrier | Katherine Berg | English/Lang.Arts/Reading – 1/19-5/12 |
| Millersville | Brownstown | Kevin Allen | Stephanie Curry | Grade 4 – 1/19-5/12 |
| West Chester | Brownstown | Drue Bullington | Sarah Reynolds | Music, Elementary – 1/19-3/10 |
| Millersville | Brownstown | Lori Ditzler | Melissa Pierce | Grade K – 1/19-3/16 |
| Millersville | Brownstown | Joan Franze | Cristen Usciak | Grade 5 – 3/20-5/12 |
| West Chester | Brownstown | Greta Krebs | Heidi Beck | Health & P.E. – 3/13 – 5/8 |
| West Chester | Brownstown | Greta Krebs | Gary Thrush | Health & P.E. – 1/23 – 3/10 |
| Millersville | Brownstown | Allison Lakehart | Amy Forbes | Grade 1 – 3/20-5/12 |
| Millersville | Brownstown | Jill Lenhard | Jody Bair | Grade 3 – 1/19-3/16 |
| Millersville | Brownstown | Lori Testen | Heather Weaver | Grade1-2 – 3/29-5/12 |
| Millersville | Fritz | Stephanie Carnahan | Karen Hays | Grade 6 – 1/19-5/12 |
| Millersville | Fritz | Barbara Freile | Naomi Levine | Grade 3 – 1/19 – 5/12 |
| Millersville | Fritz | Donielle Hepburn | Bradley Bauman | Grade 2 – 1/19-5/12 |
| Millersville | Fritz | Doreen Hershey | Na Yun Park | Grade 1-2 – 1/19-3/16 |
| Millersville | Fritz | Kathy Klunk | Nicole D'Andrea | Grade 4 – 1/19 – 5/12 |
| Millersville | Fritz | Curt McCaskey | Jessica McSherry | Grade 5 – 1/19 – 5/12 |
| Millersville | Fritz | Donna Schoenberger | Heather Groff | Grade K – 1/19-5/12 |
| Millersville | Leola | Nancy Gibson | Jamie Witmer | Grade 1-2 – 1/19 – 3/16 |
| Millersville | Leola | Rick Jones | Andrew Bahler | Grade 5 – 1/19-3/16 |
| Millersville | Leola | Amber Lizak | Heather Schrantz | Grade 4 – 1/19-5/12 |
| Millersville | Leola | Lisa Sempsey | Thomas McGinniss | Vocal and Instrumental – 3/20-5/12 |
| Millersville | Leola | Dori Stager | Melissa Miller | Grade 6 – 1/10 – 5/12 |
| Millersville | Leola | Jane Wenger | Dana Jablonski | Grade 1-2 – 1/19-3/16 |
| Millersville | Leola | Jane Wenger | Melissa Charles | Grade 1-2 – 3/29 – 5/12 |
| West Chester | Smoketown | Lori Greiner | Kelly Portser | Health & P.E. – 1/23 – 3/10 |
| Millersville | Smoketown | Gina Novak | Keith Olsen | Grade 4 – 1/19-5/12 |

STUDENT TEACHERS – SPRING SEMESTER 2004-2005
- page 3 -

| | | Patti Overly | Emily Silfies | Grade 3 – 1/19-5/12 |
|---|---|---|---|---|
| Millersville | Smoketown | | | |
| Millersville | Smoketown | Lori Smith | Carly Rothenberger | Grade 4 – 3/20-5/12 |

December 13, 2005