# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY L. SNYDER, | : |
|     Plaintiff | :    CIVIL ACTION |
| | : |
| v. | :    NO.: 07-1660 |
| | : |
| MILLERSVILLE UNIVERSITY, J. BARRY GIRVIN, DR. JANE S. BRAY, DR. VILAS A. PRABHU, DR. JUDITH WENRICH and DR. BEVERLY SCHNELLER | :    JURY TRIAL DEMANDED |
|     Defendants | : |

_____

## AFFIDAVIT OF MARK W. VOIGT, ESQUIRE

1. I, Mark W. Voigt, Esquire, am an adult individual and the Plaintiff in the above-captioned matter. I make this Affidavit in opposition to Defendants' Motion for Summary Judgment.

2. By letter dated January 28, 2007, I requested MU provide Stacy with an impartial due process hearing in accordance with her constitutional rights as well as MU's Student Code of Conduct. In response, Bray, Girvin and Prabhu, in their individual capacities, offered Plaintiff only an "academic appeal" before Prabhu. (*Id.*)

3. On February 21, 2007, Prabhu, in his individual capacity, in consultation with Bray, Wenrich and Girvin (in their individual capacities) conducted an "academic dismissal" hearing in this matter. I attended the hearing with Stacy. Prabhu refused to allow me to question either Stacy or any MU personnel. He would not allow me to speak during the hearing, much less argue in opposition to MU's expulsion of Stacy. By letter dated March 26, 2007, Prabhu, in his individual capacity, denied Stacy's appeal.

1

4. The foregoing facts are known by me to be true, of my own knowledge. I am competent to testify to such facts, and I would so testify at the trial of this matter. I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Plymouth Meeting, PA

on ___4/18/08___                         *Mark W. Voigt*
                                                   MARK W. VOIGT, ESQUIRE
                                                   Validation of Signature Code: MWV6003