P.O. Box 1002
Millersville PA 17551-0302
www.millersville.edu

**MILLERSVILLE**
U N I V E R S I T Y
*Find Your Future. Here.*

Office of the Dean
School of Humanities and Social Sciences
717-872-3553
Fax: 717-871-2003

February 2, 2006

STACY L SNYDER
847 BUNKER HILL RD
STRASBURG PA  17579

Dear Stacy:

    I am pleased to acknowledge that you are one of the outstanding students in the School of Humanities and Social Sciences. It is with a great deal of pride and joy that I have placed your name on the dean's list.

    Your excellent academic performance is a cause for much celebration. The faculty of the School are dedicated to student success and we take special pride in recognizing those students who have accomplished this worthy goal.

    On behalf of the faculty of the School of Humanities and Social Sciences, I congratulate you as one of Millersville University's finest student scholars.

                    Very truly yours,

                      *[signature]*

                      John N. Short
                      Acting Dean of the School

EXHIBIT 1 of 1

A Member of Pennsylvania's State System of Higher Education

# MILLERSVILLE UNIVERSITY
# EVALUATION OF FOUNDATIONS BLOCK
# SECONDARY FIELD EXPERIENCE

DIRECTIONS: This evaluation form must be completed at the end of the Millersville University Field Experience. The form should be signed by the student and cooperating teacher and returned to the university professor.

## TO BE COMPLETED BY THE STUDENT

Name: *Stacy Snyder*  SS#: *180685108* (AND/OR)
MAX ID: M *00142408*

Semester (circle one)  Fall  (Spring)  Summer  *2005*  Major(s): *English (BSE)*
(year)

Cooperating Teacher: *LaKisha Hargin*
Name of School: *La Academia Charter School*
MU College Professor: *Stengel / Hanich*
Course Title: *211/241*  Section Number: *XX 01*

## PROFESSIONAL EVALUATION
## TO BE COMPLETED BY THE TEACHER

Please evaluate the student's (1) abilities and skills to effectively communicate with you and your students and (2) readiness to begin the preparation to teach.

3 = COMPETENCY ACHIEVED SUCCESSFULLY     1 = COMPETENCY ATTEMPTED BUT NOT ACHIEVED
2 = COMPETENCY ACHIEVED WITH SUPERVISION   NA = NOT APPLICABLE

COMPETENCY ACHIEVEMENT
(Circle one)

### A. PROFESSIONAL COMPETENCIES

| | | | | |
|---|---|---|---|---|
| 1. | Used appropriate language and grammar | (3) | 2 | 1 NA |
| 2. | Demonstrated initiative and enthusiasm | (3) | 2 | 1 NA |
| 3. | Completed assignments and met obligations promptly | (3) | 2 | 1 NA |
| 4. | Interacted positively with students, teacher, and other professionals encountered | (3) | 2 | 1 NA |
| 5. | Assumed adult leadership role in classroom | (3) | 2 | 1 NA |
| 6. | Dressed in clothing appropriate to classroom | (3) | 2 | 1 NA |
| 7. | Maintained a clean and neat appearance | (3) | 2 | 1 NA |
| 8. | Attended daily | (3) | 2 | 1 NA |
| 9. | Arrived on time, does not leave early | (3) | 2 | 1 NA |

EXHIBIT "2"

Comments: *Ms. Snyder did an excellent job. She was well liked and respected by the students*

### B. INSTRUCTIONAL COMPETENCIES
(We encourage MU students to engage in instructional or lesson activities with individual students, small groups, or a whole class. These activities are strictly at the discretion of the teacher.)

| | | | | |
|---|---|---|---|---|
| 1. | Engaged in cooperative/collaborative planning | (3) | 2 | 1 NA |
| 2. | Used appropriate instructional methods and materials | (3) | 2 | 1 NA |
| 3. | Planned for individual differences | (3) | 2 | 1 NA |
| 4. | Demonstrated knowledge of subject matter | (3) | 2 | 1 NA |

1 OF

Comments: *Ms. Snyder jumped right in and participated from the moment she arrived*

C. CAREER ATTITUDES

1. The student should be considered a teacher
2. Cooperates positively with others in school and with
3. Adjusts to changing situations constructively
4. Accepts criticism from others before acting teacher
5. Looks for chances to provide but is not
6. Maintains confidentiality

Comments: _____

This is comment on this student's strong points: _____

Please comment on this student's areas for growth: _____

Do you think this student should continue in the teacher preparation program?
Yes _____ Too early to render a judgment _____ No _____

FINAL COMMENTS: _____

_____   _____
Signature of Cooperating Teacher & Date    Signature of Student & Date

(to be completed by Millersville Professors)

☐ I recommend that this student be admitted       ☐ I recommend that this student be admitted
  to Advanced Professional Studies                   to Advanced Professional Studies

☐ I DO NOT recommend that this student be         ☐ I DO NOT recommend that this student be
  admitted to Advanced Professional Studies          admitted to Advanced Professional Studies

_____                           _____
Professor's Signature & Date                      Professor's Signature & Date

2

This information will be shared with appropriate University people working with you in your teacher preparation program.
Revised 10/08

# MILLERSVILLE UNIVERSITY
# EVALUATION OF <u>PROFESSIONAL BLOCK</u>
# SECONDARY FIELD EXPERIENCE

DIRECTIONS: This evaluation form must be completed at the end of the Millersville University Field Experience. The form should be signed by the student and cooperating teacher and returned to the university professor.

## TO BE COMPLETED BY THE STUDENT

Student Name: _Stacy Snyder_  M# (must have): _186085168_

Course Name: _Issues in Secondary Education_  Section: _0_  Semester: _FA_  Year: _05_

School District: _Lampeter-Strasburg_  School Name: _Lampeter-Strasburg H.S._

Teacher Name: _Sue Fetterolf_  Grade: _10/11_

## PROFESSIONAL EVALUATION
## TO BE COMPLETED BY THE TEACHER

Please evaluate the student's (1) abilities and skills to effectively communicate with you and your students and (2) readiness to begin the preparation to teach.

4=OUTSTANDING, CONSISTENTLY EXCEEDS STANDARDS
3=COMPETENCE ACHIEVED
2=COMPETENCE ACHIEVED WITH SUPERVISION
1=COMPETENCY ATTEMPTED BUT NOT ACHIEVED
NA=NOT APPLICABLE

**COMPETENCY ACHIEVEMENT**
(Circle One or If you feel the student consistently Exceeds a competency, record an A4 after the statement)

### A. PROFESSIONAL COMPETENCIES

| | | | | |
|---|---|---|---|---|
| 1. Used appropriate language and grammar | **3** | 2 | 1 | NA |
| 2. Demonstrated initiative and enthusiasm | **3** | 2 | 1 | NA |
| 3. Completed assignments and met obligations promptly | **4** | 3 | 2 | 1 NA |
| 4. Interacted positively with students, teacher, and other professionals encountered | **4** | 3 | 2 | 1 NA |
| 5. Assumed adult leadership role in classroom | **4** | 3 | 2 | 1 NA |
| 6. Dresses in clothing appropriate to classroom | **3** | 2 | 1 | NA |
| 7. Maintains a clean and neat appearance | **3** | 2 | 1 | NA |
| 8. Attends daily | **3** | 2 | 1 | NA |
| 9. Arrives on time, does not leave early | **3** | 2 | 1 | NA |

Comments: _Stacy showed up on time each day dressed appropriately and enthusiastic about participating. She sent me a professionally written email several weeks ahead to apprise me of her arrival._

### B. INSTRUCTIONAL COMPETENCIES

| | | | | |
|---|---|---|---|---|
| 1. Engaged in cooperative/collaborative planning | **4** | 3 | 2 | 1 NA |
| 2. Used a variety of instructional methods and materials | **4** | 3 | 2 | 1 NA |
| 3. Planned for individual differences | **3** | 2 | 1 | NA |
| 4. Demonstrated knowledge of subject matter | **3** | 2 | 1 | NA |

Comments: _Students responded very well to Stacy's hands-on lessons. She created great concept maps and thorough handouts. She researched her subject matter well._

EXHIBIT "3"

1 of 2

(Over Please)

## C. CAREER ATTITUDES

1. Is enthusiastic about the teaching profession — ③ 2 1 NA
2. Expresses positive opinions about the field — ③ 2 1 NA
3. Evaluates own performance continuously — ③ 2 1 NA
4. Dresses in clothing appropriate to classroom — ③ 2 1 NA
5. Maintains a clean and neat appearance — ③ 2 1 NA
6. Attends regularly — ③ 2 1 NA
7. Arrives on time — ③ 2 1 NA
8. Is eager to learn from cooperating teacher — ④ 3 2 1 NA
9. Looks for chances to contribute/interact — ④ 3 2 1 NA
10. Maintains confidentiality — ④ ③ 2 1 NA

Comments: Stacy took notes and was eager for my feedback. She also observed other teachers and observed struggling students, individualizing instruction.

**Please comment on the over-all experience for this student, noting strong points, areas of positive growth, and suggestions for improvement:**

- Stacy has great ideas, ingenious activities, and is well planned.
- She is very professional.
- She rewards students verbally and tangibly (candy - they loved it!)
- As any beginning teacher, Stacy can work on lesson pacing.

**FINAL COMMENT**

I believe Stacy has the time management, planning, and subject-area skills to make a notable contribution to our profession. She did a great job here.

_Susan Jetterolf_ — December 2, 2005
**Signature of Cooperating Teacher** — **Date**

_____ — _____
**Signature of Student** — **Date**

_L. M. Dowell_ — _____
**Signature of Professor** — **Date**

*This information will be shared with appropriate University people working with you in your teacher preparation program.*

# MILLERSVILLE UNIVERSITY
# EVALUATION OF PROFESSIONAL BLOCK
# SECONDARY FIELD EXPERIENCE

DIRECTIONS: This evaluation form must be completed at the end of the Millersville University Field Experience. The form should be signed by the student and cooperating teacher and returned to the university professor.

## TO BE COMPLETED BY THE STUDENT

Student Name: _Stacy L Snyder_    M# (must have): _M00142408_

Course Name: _Teaching Writing (487)_  Section: _D_   Semester: _FA_   Year: _05_

School District: _Garden Spot School District_  School Name: _Garden Spot High School_

Teacher Name: _Neil Weidman_   Grade: _9th_

## PROFESSIONAL EVALUATION
## TO BE COMPLETED BY THE TEACHER

Please evaluate the student's (1) abilities and skills to effectively communicate with you and your students and (2) readiness to begin the preparation to teach.

4=OUTSTANDING, CONSISTENTLY EXCEEDS STANDARDS
3=COMPETENCE ACHIEVED
2=COMPETENCE ACHIEVED WITH SUPERVISION
1=COMPETENCY ATTEMPTED BUT NOT ACHIEVED
NA=NOT APPLICABLE

COMPETENCY ACHIEVEMENT
(Circle One or If you feel the student consistently Exceeds a competency, record an A4 after the statement)

### A. PROFESSIONAL COMPETENCIES

| | | | | |
|---|---|---|---|---|
| 1. Used appropriate language and grammar _some slips_ | [3] | 2 | 1 | NA |
| 2. Demonstrated initiative and enthusiasm 4 | 3 | 2 | 1 | NA |
| 3. Completed assignments and met obligations promptly 4 | 3 | 2 | 1 | NA |
| 4. Interacted positively with students, teacher, and other 4 professionals encountered | 3 | 2. | 1 | NA |
| 5. Assumed adult leadership role in classroom 4 | 3 | 2 | 1 | NA |
| 6. Dresses in clothing appropriate to classroom 4 | 3 | 2 | 1 | NA |
| 7. Maintains a clean and neat appearance 4 | 3 | 2 | 1 | NA |
| 8. Attends daily as _appropriate_ 4 | 3 | 2 | 1 | NA |
| 9. Arrives on time, does not leave early 4 | 3 | 2 | 1 | NA |

Comments _Stacy is highly competent and motivated. She will be a welcome addition to a secondary faculty._

EXHIBIT "4"
1 of 2

### B. INSTRUCTIONAL COMPETENCIES

| | | | | |
|---|---|---|---|---|
| 1. Engaged in cooperative/collaborative planning 4 | 3 | 2 | 1 | NA |
| 2. Used a variety of instructional methods and materials 4 | 3 | 2 | 1 | NA |
| 3. Planned for individual differences 4 | 3 | 2 | 1 | NA |
| 4. Demonstrated knowledge of subject matter 4 | 3 | 2 | 1 | NA |

Comments _Wonderfully competent / altruistic / compassionate_

C. CAREER ATTITUDES

| | | | | |
|---|---|---|---|---|
| 1. Is enthusiastic about the teaching profession 4 | 3 | 2 | 1 | NA |
| 2. Expresses positive opinions about the field 4 | 3 | 2 | 1 | NA |
| 3. Evaluates own performance continuously 4 | 3 | 2 | 1 | NA |
| 4. Dresses in clothing appropriate to classroom 4 | 3 | 2 | 1 | NA |
| 5. Maintains a clean and neat appearance 4 | 3 | 2 | 1 | NA |
| 6. Attends regularly 4 | 3 | 2 | 1 | NA |
| 7. Arrives on time 4 | [3] | 2 | 1 | NA |
| 8. Is eager to learn from cooperating teacher 4 | 3 | 2 | 1 | NA |
| 9. Looks for chances to contribute/interact 4 | 3 | 2 | 1 | NA |
| 10. Maintains confidentiality 4 | 3 | 2 | 1 | NA |

Comments _exceptionally professional_

Please comment on the over-all experience for this student, noting strong points, areas of positive growth, and suggestions for improvement:

_Stacy will become an excellent teacher. Her love for students and her passion for education are infectious. One area to improve could be to formalize speech to include proper usage (just a bit.)_

FINAL COMMENT

_I hope she keeps in touch — in case we have an opening in our faculty._

_____   12/7/05
Signature of Cooperating Teacher    Date

_____   _____
Signature of Student                Date

_____   _____
Signature of Professor              Date

2 of 2

This information will be shared with appropriate _University people_ working with you in your teacher preparation program.

Student Teacher Candidate _Stacy Snyder_

Stage 1 Shadowing, Teacher Interview, Prior-Assessment, & Planning with Students in Mind were all completed and·

Stage 1 Score _E_

| Exemplary | Superior | Satisfactory | Unsatisfactory |
|---|---|---|---|
| Addresses all questions with constructive in-depth analysis, multiple good ideas that are used in Unit Plan. Insightful connections between theory / observations of student / suggestions from coop / and planning | Addresses most questions with constructive sound analysis Good ideas that are used in Unit Plan Ideas have consistent basis, Easy to follow formatting | Adequate analysis, plausible ideas Connections are not made explicit | Harmful ideas, weak or little analysis, non-constructive critique of others Unexplained contradictions Inappropriate critique of teacher |

Stage 2 Unit plan overview along with 4-8 consecutive lessons and lesson reflections

Stage 2 Score _E_

| Exemplary | Superior | Satisfactory | Unsatisfactory |
|---|---|---|---|
| Clear, extensive relation to Stage 1 analysis. Creative, thoroughly planned, good variety strategies to promote student inquiry and critical thinking, highly motivational. Variety of assessments appropriate to students and task Analysis of formative assessments is specific, useful, and is used in planning next lesson | Clear relation to stage 1 Completely planned based on supervisor requirements Many of the qualities described in exemplary present. | No explicit relation to Stage 1 Completely planned, including some "exemplary" qualities | Poorly completed, unplanned Formative assessments aren't completed or aren't used in planning next lesson |

Stage 3: Summative Student Work Sample Analysis Includes 3 labeled samples

Stage 3 Score _E_

| Exemplary | Superior | Satisfactory | Unsatisfactory |
|---|---|---|---|
| Very detailed analysis of individuals and class. Analysis broken down by objectives  Constructive, insightful reflection on teaching clearly connected to evidence of student learning and feedback from others.  Evidence of positive impact on student learning including struggling students. | Specific analysis of samples and whole class learning  Constructive, useful reflection on teaching clearly connected to evidence of learning from samples and whole class  Evidence of positive impact on student learning as a whole | Analysis is general  Too much reliance on numerical information without discussion of qualities of learning or context  Reflection on teaching is sound, but not explicitly related to evidence of learning | Samples are not provided Analysis is very limited |

Holistic Evaluation (exemplary, Superior, Satisfactory, Unsatisfactory)
- use to assessment to monitor learning and adjust teaching
- Quality planning, high expectations, planned with students in mind
- Positive impact on student learning

Holistic Score _E_

Supervisor _J. Barry Girvin_ Date _5-2-06_

EXHIBIT "5"   1 of 1

12



**Thursday, May 04, 2006**

So... Updates!!!!
Current mood: 😊 dorky
Category: Life

Updates-

First, Bree said that one of my students was on here looking at my page, which is fine. I have nothing to hide. I am over 21, and I don't say anything that will hurt me (in the long run). Plus, I don't think that they would stoop that low as to mess with my future. So, bring on the love! I figure a couple students will actually send me a message when I am no longer their offical teacher. They keep asking me why I won't apply there. Do you think it would hurt me to tell them the real reason (or who the problem was)?

Exhibit "6"
1 of 1

CVSD 193

## Deann Buffington

**From:** Nicole Reinking
**Sent:** Thursday, May 11, 2006 7:54 AM
**To:** Deann Buffington
**Subject:** FW: Graded Material

Read Stacy's response to my email. She drives me crazy.
-----Original Message-----
**From:** Stacy Snyder [mailto:ssmb112801@yahoo.com]
**Sent:** Wednesday, May 10, 2006 4:31 PM
**To:** Nicole Reinking
**Subject:** Re: Graded Material

Nicole,

That sounds fine to me. From our talk the other day, I figured that you would be taking care of the final *Hamlet* assessment. Thank you for making a sound judgment with the students about the assignment I gave. I know that you have the students' best interests in mind. Thanks for all your help within the units this semester. I have a better understanding of British literature and poetry from the time spent in your classroom. I apologize about this incident because I feel like I didn't finish my job to the fullest extent I could have.

I just wanted to let you know that I appreciate all the help you have given me this semester. I am sorry that we had to end on the terms that we are on, but I want to assure you that anything being questioned wasn't about you, any staff member, or any student at CVHS. I would not stoop so low as to talk about someone behind their back in an online forum. I just wanted to clarify that before I spoke with you tomorrow.

Once again, even though it isn't under the best circumstances, I look forward to meeting with you and removing the problem at hand.

Thanks,

Stacy

*Nicole Reinking <nicole_reinking@cvsd.k12.pa.us>* wrote:

> Hi Stacy,
>
> EXHIBIT "7"
>
> I'm emailing to clear up any confusion that there may be concerning work from the students. Barry Girvin just left CV with a few items of make-up work from blocks one and three. Block two did not turn anything in to me. Please just enter the grades you can, and I will take care of closing out the gradebook without a problem. I can make decisions on collecting or exempting any delinquent work from your *Macbeth* unit.
>
> 1 of 2
>
> Otherwise, many students had questions that I could not answer this week concerning the *Hamlet* assignment you gave them. Therefore, I made the decision to tell those who were able to complete the assignment to hold on to it. If I can incorporate it somehow into my assessments, I will. Those

CVSD 183

students who were absent or confused were instructed to disregard the assignment. You will not need to grade any additional work from the students. Ultimately, I will handle and assign any *Hamlet* unit grades for all three blocks.

Thanks,
Nicole

---

New Yahoo! Messenger with Voice. Call regular phones from your PC and save big.



# The One-Hundred and Fiftieth Annual Commencement

SATURDAY, THE THIRTEENTH OF MAY
TWO THOUSAND SIX
TEN O'CLOCK A.M.

MILLERSVILLE UNIVERSITY OF PENNSYLVANIA
MILLERSVILLE, PENNSYLVANIA

EXHIBIT "8"

1 OF 2

Katharine A. Scull
BA  Social Work

Amber Leigh Seitz
BA  International Studies
BA  Spanish

Kathryn Leigh Seres
BS  Speech Communication

Janelle Cindee Shank
BA  Social Work

Destinee Ann Shank-Otto
BSE  Social Studies Education

Scott W. Shaw [1]
BA  Geography

Justin Sheaffer [1]
BFA  Art

Zhu Shengdong
BS  Business Administration

Kathleen Joan Sherry
BSE  English

Valentina Corinne Sherry
BA  History

Rebecca Jane Shirk
BA  Social Work

Samantha Lynne Shrawder [1]
BS  Speech Communication

Kirsten Leigh Shull
BS  Business Administration

Jason Todd Shultz
BA  Sociology

Megan R. Shultz
BA  Spanish

Fawn Elizabeth Smith [1]
BA  Government & Political Affairs
BA  Psychology

Katie Christine Smith
BA  Sociology

Nicholas K. Smith
BS  Business Administration

Timothy D. Smith
BA  English

Biljana Smitran [1]
BA  International Studies

Stacy Lee Snyder
BSE  English

Martina Irmgard Soden
BA  Geography

Katharine Sosinski
BS  Speech Communication

Sophorn Sou
BS  Business Administration

Daniel J. Spaide [1]
BS  Business Administration

Erin L. Sparmblack
BSE  English

Michael Jason Spurr
BA  History

Andrew Ben Stadler
BA  History

Eric R. Stas
BS  Business Administration

Sarah E. Steiger
BS  Business Administration

Timothy David Stier
BA  English

Andrea Lynn Stoltzfus
BSE  Art Education

Michelle DeeAnn Stoltzfus
BSE  Music Education

Lawrence John Stopper Jr.
BS  Business Administration

Jenna E. Strobl [1]
BS  Speech Communication

Cristen A. Stump
BA  Sociology

Jonathan S. Stunkard
BA  Sociology

Herbert L. Suereth IV
BA  Music

Bridget Ann Sullivan
BS  Speech Communication

Roshontia A. Swartswelder
BA  Social Work

Dawn Marie Tansi
BA  Social Work

Ryan J. Tegtmeyer
BSE  Social Studies Education

Renae F. Thomas [1]
BA  Social Work

William J. Thompson
BA  Art

Marc R. Thorne
BSE  Social Studies Education

Sarah Victoria Timtishin
BS  Speech Communication

Bradford Topping
BA  English

Laura Elizabeth Travis [1]
BA  Music

Adam Michael Trone
BSE  Social Studies Education

Beth Rachel Trout
BA  History

James Edward Tulos
BS  Business Administration
BS  Speech Communication

Alexander R. VanTassel III
BS  Business Administration

Efrain Daniel Vazquez [1]
BA  Government & Political Affairs

Denise Vega
BSE  English

Kristin M. Vespignani
BA  Social Work

Michael P. Vigoda III
BA  History
BA  Government & Political Affairs

Christina Soan Vu [1]
BA  Art

Dana Waldner
BS  Business Administration

Holly Christina Walker
BSE  English

Kelly Lee Walraven
BS  Business Administration

Jessica Mae Waltz [1]
BA  English

Amy M. Wandling
BS  Speech Communication

Matthew S. Ward
BA  History

Jennifer Wascavage
BS  Business Administration

Kimberly J. Watkins
BA  Social Work

Emily Cowell Webster
BS  Speech Communication

Michelle Marie Wenzel [1]
BA  English

Elisa Michelle Wheeler
BA  History

Ashley Lynn White
BA  Sociology

Meghan R. Whitman
BS  Speech Communication

Robert Bernard Whittaker
BS  Speech Communication

Richard S. Wiegand
BA  Art

Andrew Thomas Wildman Jr.
BSE  Social Studies Education

Ryan Dale Wile
BS  Business Administration

Jason Michael Williams
BS  Speech Communication

Michele S. Williams-Ober
BA  Social Work

Brian Andrew Witkowski
BA  History

Anne C. Wonsettler
BA  Government & Political Affairs

Dennis C. Wood
BS  Business Administration

Dina Xapakdy
BS  Business Administration

S. Michael Yetter
BA  Sociology

Steven J. York
BS  Business Administration

Jennifer L. Youndt
BSE  English

2 of 2



P.O. Box 1002
Millersville PA 17551-0302
www.millersville.edu

Dean of Education
717-872-3379
Fax: 717-872-3856

May 15, 2006

Ms. Stacy Snyder
847 Bunker Hill Road
Strasburg, PA 17579

Dear Stacy:

This letter is being sent to you in response to your appeal held in my office on Monday, May 15, 2006. I reviewed the additional material you submitted to me as well as the other materials that were submitted regarding your student teaching experience. I regret to inform you that I am not able to grant your appeal. However, I am pleased that we were able to make the exceptions necessary to allow you to graduate on time with a Bachelors of Arts degree in your discipline.

I wish you the best and hope that you will continue your educational pursuits at the graduate level as we discussed this morning.

Sincerely,

Dr. Jane S. Bray
Dean, School of Education

/cjs

c:  Dr. Judith Wenrich, Student Teaching Coordinator

1 oF 1

EXHIBIT "9"

View Student Schedule SWAREGQ 7.1 (muis_db) 03-MAY-2007 09:54 AM

Term: 200620
ID: M00142408  Snyder, Stacy L.

Registration From Date:   Registration To Date:

| CRN | Subj | Crse | Seq | Title | Creds | Lv | Stat | Days | Time | Build | Room | Instructor |
|-----|------|------|-----|-------|-------|----|----|------|------|-------|------|------------|
| 7102 | GRAD | 999 | 01 | Graduation | .00 | U | RE | TBA | TBA | | | TBA |
| 8843 | EDEN | 461 | 3B | Student Teaching in English | 12.00 | U | RE | TBA | TBA | | | Girvin, J B. |

Total Credits: 12.00

EXHIBIT
"10"  1 OF 1

ATTN-BOB

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** (99) **2006**    IRS Use Only - Do not write or staple in this space

OMB No. 1545-0074

STACY L SNYDER
139 MILLER ST APT. A2
STRASBURG, PA 17579

Your social security number: 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
Spouse's social security number:

You must enter your SSN(s) above.

Checking a box below will not change your tax or refund.

Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 18)   ☐ You   ☐ Spouse

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name below.
4 ☒ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter the child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 20)

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.   Boxes checked on 6a and 6b: 1
b ☐ Spouse
c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax cr. (see pg 21) |
|---|---|---|---|---|
| IAN | NIEVES | 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 | SON | X |
| KYLE | SNYDER | 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 | SON | X |

No. of children on 6c who:
• lived with you: 2
• did not live with you due to divorce or separation (see page 22)
Dependents on 6c not entered above:

d Total number of exemptions claimed. → 3

7  Wages, salaries, tips, etc. Attach Form(s) W-2.  7  11,295.
8a Taxable interest. Attach Schedule 1 if required.  8a
b Tax-exempt interest. Do not include on line 8a.
9a Ordinary dividends. Attach Schedule 1 if required.  9a
b Qualified dividends (see page 25).
10 Capital gain distributions (see page 25).  10
11a IRA distributions. 11a    11b Taxable amount (see page 26). 11b
12a Pensions and annuities. 12a    12b Taxable amount (see page 26). 12b
13 Unemployment compensation, Alaska Permanent Fund dividends, and jury duty pay.  13
14a Social security benefits. 14a   14b Taxable amount (see page 28). 14b
15 Add lines 7 through 14b (far right column). This is your total income.  ▶ 15  11,295.
16 Penalty on early withdrawal of savings (see page 28).  16
17 IRA deduction (see page 28).  17
18 Student loan interest deduction (see page 31).  18
19 Jury Duty pay you gave your employer (see page 31).  19
20 Add lines 16 through 19. These are your total adjustments.  20
21 Subtract line 20 from line 15. This is your adjusted gross income.  ▶ 21  11,295.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 58.  Form 1040A (2006)

FD1040A-1V 1.18

EXHIBIT "11"  1 OF 2

ATTN-BOB

Department of the Treasury - Internal Revenue Service

# U.S. Individual Income Tax Return    2007

IRS Use Only - Do not write or staple in this space

OMB No. 1545-0074

STACY L SNYDER
139 MILLER ST APT. A2
STRASBURG, PA 17579

Your social security number: 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

Spouse's social security number:

You must enter your SSN(s) above.

Checking a box below will not change your tax or refund.

Campaign ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 15) ► ☐ You ☐ Spouse

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name below ►
4 ☒ Head of household (with qualifying person) (See page 16). If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see page 17)

Exemptions
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse
c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see pg 18) |
|---|---|---|---|---|
| IAN | NIEVES | 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 | SON | X |
| KYLE | SNYDER | 211-76-0??? | SON | X |

Boxes checked on 6a and 6b: 1
No. of children on 6c who lived with you: 2

d Total number of exemptions claimed: 3

7 Wages, salaries, tips, etc. Attach Form(s) W-2 .......... 7    9,851.
8a Taxable interest. Attach Schedule 1 if required .......... 8a
b Tax-exempt interest. Do not include on line 8a .......... 8b
9a Ordinary dividends. Attach Schedule 1 if required .......... 9a
b Qualified dividends (see page 22) .......... 9b
10 Capital gain distributions (see page 22) .......... 10
11a IRA distributions 11a
11b Taxable amount (see page 22) .......... 11b
12a Pensions and annuities 12a
12b Taxable amount (see page 23) .......... 12b
13 Unemployment compensation and Alaska Permanent Fund dividends .......... 13
14a Social security benefits 14a
14b Taxable amount (see page 25) .......... 14b
15 Add lines 7 through 14b (far right column). This is your total income. ► 15    9,851.

16 Educator expenses (see page 25) .......... 16
17 IRA deduction (see page 27) .......... 17
18 Student loan interest deduction (see page 29) .......... 18
19 Tuition and fees deduction. Attach Form 8917 .......... 19
20 Add lines 16 through 19. These are your total adjustments. .......... 20
21 Subtract line 20 from line 15. This is your adjusted gross income. ► 21    9,851.

Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 74.    Form 1040A (2007)