# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY | : | JURY TRIAL DEMANDED |
| GIRVIN, DR. JANE S. BRAY, DR. BEVERLY | : | |
| SCHNELLER, DR. JUDITH WENRICH | : | |
| and DR. VILAS A. PRABHU, | : | |
|     Defendants | : | |

## ORDER

**AND NOW,** this       day of              , 2008, upon consideration Defendants' Motion for Summary Judgment and Plaintiff's Answer and Memorandum of Law in Opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

                                            **BY THE COURT:**

                                            **DIAMOND, J**.