IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SNYDER, | : | |
|        Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 07-1660 |
| | : | |
| MILLERSVILLE UNIVERSITY, J. BARRY GIRVIN, DR. JANE S. BRAY, and DR. VILAS A. PRABHU, | : : : | JURY TRIAL DEMANDED |
|        Defendants | : | |

### CERTIFICATE OF SERVICE

I, MARK W. VOIGT, hereby certify that, this 21st day of May, 2008, I served a true and correct copy of Plaintiff's Proposed Findings of Fact, etc. and Appendix via electronic filing only upon the following:

Barry N. Kramer, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**LAW OFFICE OF MARK W. VOIGT**

By:     */s/ Mark W. Voigt*
       **MARK W. VOIGT, ESQUIRE**
       Attorney ID No.: 64387
       Validation of Signature Code: MWV6003
       Plymouth Meeting Executive Campus, Suite 400
       600 West Germantown Pike
       Plymouth Meeting, PA 19462
       (610) 940-1709
       (Attorney for Plaintiff, Stacy Snyder)